Javier F. Garcia, Bar No. 296846
JGarcia@perkinscoie.com
PERKINS COIE LLP
1888 Century Park E., Suite 1700
Los Angeles, CA 90067-1721
Telephone: 310.788.9900
Facsimile: 310.788.3399

*Attorneys for Amazon Defendants*
Golden State FC LLC
Amazon Fulfillment Services, Inc.
Amazon.com Services, Inc.
Amazon.com, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELLUS MCMILLIAN, an individual,<br><br>    Plaintiff,<br><br>  v.<br><br>GOLDEN STATE FC LLC; AMAZON FULFILLMENT SERVICES, INC.; AMAZON.COM SERVICES, INC.; AMAZON.COM, INC.; DEVON FRANKLIN; and DOES 3-100, inclusive,<br><br>    Defendants. | Case No.<br><br>**AMAZON DEFENDANTS' CERTIFICATE OF INTERESTED ENTITIES IN COMPLIANCE WITH F.R.C.P. 7.1 AND LOCAL CIVIL RULE 7.1-1** |

**TO THE COURT AND ALL PARTIES APPEARING OF RECORD:**

The undersigned counsel of record for Defendants Golden State FC LLC, Amazon Fulfillment Services, Inc., Amazon.com Services, Inc., and Amazon.com, Inc. (collectively, "Amazon Defendants") certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualifications or recusal.

1. Defendant Amazon.com Inc., a publicly traded company. Amazon.com, Inc. has no parent corporation, and no other publicly-held corporation owns ten percent or more of its stock.

2. Amazon.com Services, Inc., a wholly-owned subsidiary of Amazon.com, Inc.  (Amazon Fulfillment Services, Inc. is the former name of Amazon.com Services, Inc.  Golden State FC LLC merged into Amazon.com Services, Inc. effective January 1, 2019.)

3. Alleged Defendant Devon Franklin.

4. Plaintiff Marcellus McMillian.

DATED:  March 20, 2019

**PERKINS COIE LLP**

By: */s/ Javier F. Garcia*
Javier F. Garcia, Bar No. 296846
JGarcia@perkinscoie.com

*Attorneys for Amazon Defendants*

# **PROOF OF SERVICE**

I, Yolanda Mendez, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 1888 Century Park E., Suite 1700, Los Angeles, California 90067-1721. On March 20, 2019, I served a copy of the within document(s): **AMAZON DEFENDANTS' CERTIFICATE OF INTERESTED ENTITIES IN COMPLIANCE WITH F.R.C.P. 7.1 AND LOCAL CIVIL RULE 7.1-1**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, the United States mail at Los Angeles, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed UPS Next Day Air envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Delivery Service agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by transmitting via my electronic service address (YMendez@perkinscoie.com) the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

| | |
|---|---|
| Griselda S. Rodriguez, Bar No. 303049<br>griselda@rodriqueztran.com<br>Derek T. Tran, Bar No. 295917<br>derek@rodriqueztran.com<br>Hari Kishan Lal Heerekar, Bar No. 318836<br>hari@rodrigueztran.com<br>RODRIGUEZ & TRAN, LLP<br>631 South Olive Street, Suite 820<br>Los Angeles, California 90014<br>Phone: 213-325-3024<br>Fax: 213-325-3027 | Attorneys for Plaintiff<br>MARCELLUS MCMILLIAN |

Carney R. Shegerian, Bar No. 150461
cshegerian@shegerianlaw.com
Anthony Nguyen, Bar No. 259154
anguyen@shegerianlaw.com
SHEGERIAN & ASSOCIATES, INC.
225 Santa Monica Boulevard Suite 700
Santa Monica, California 90401
Phone: 310-860-0770
Fax: 310-860-0771

    I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

    Executed on March 20, 2019, at Los Angeles, California.

_____
Yolanda Mendez

-4-

CERTIFICATE OF INTERESTED ENTITIES AND CORPORATE DISCLOSURE STATEMENT
143495558.1