Griselda S. Rodriguez, Esq., State Bar No. 303049
grodlaw.apc@gmail.com
G-ROD LAW, A.P.C.
2660 Townsgate Road, Suite 400
Westlake Village, California 91361
Telephone Number: (805) 275-4000

Carney R. Shegerian, Esq., State Bar No. 150461
CShegerian@Shegerianlaw.com
Anthony Nguyen, Esq., State Bar No. 259154
ANguyen@Shegerianlaw.com
Mahru Madjidi, Esq., State Bar No. 297906
Mmadjidi@Shegerianlaw.com
SHEGERIAN & ASSOCIATES, INC.
145 S Spring Street, Suite 400
Los Angeles, California 90012
Telephone Number: (310) 860-0770
Facsimile Number: (310) 860-0771

Attorneys for PLAINTIFF,
MARCELLUS MCMILLIAN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MARCELLUS MCMILLIAN,<br><br>　　　Plaintiff,<br><br>vs.<br><br>GOLDEN STATE FC LLC, AMAZON FULFILLMENT SERVICES, INC., AMAZON.COM SERVICES, INC., AMAZON.COM, INC., DEVON FRANKLIN, and DOES 1 to 100, inclusive,<br><br>　　　Defendants. | Case No.: 2:19-cv-02121-MWF-JCx<br><br>**The Honorable Michael W. Fitzgerald**<br><br>**PLAINTIFF MARCELLUS MCMILLIAN'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR RELIEF FROM THE COURT'S ORDER GRANTING PARTIAL SUMMARY JUDGMENT FOR PUNITIVE DAMAGES PURSUANT TO F.R.C.P. 60(b)**<br><br>[Filed Concurrently with Motion For Relief, Appendix of Exhibits, Declaration of Mahru Madjidi, Declaration of Griselda Rodriguez, and [Proposed] Order Thereon]<br><br>Date:　　　November 30, 2020<br>Time:　　　10:00 a.m.<br>Courtroom:　5A<br><br>Complaint Filed: January 11, 2019<br>Trial Date: January 19, 2021 |

Plaintiff Marcellus McMillian ("Plaintiff" or "McMillian") hereby requests this Court to take judicial notice, pursuant to Federal Rule of Evidence 201, of the following:

1. Exhibit 16 to Plaintiff's Appendix of Evidence: Letter from the Congress of the United States, issued to President, Chief Executive Officer, and Chairman of Amazon, Jeffrey Bezos on October 14, 2020. Accessed on following weblink: https://www.warren.senate.gov/imo/media/doc/2020.10.14%20Letter%20to%20Mr.%20Bezos%20from%20Senators%20Warren,%20Markey%20and%20Congressman%20Kennedy%20(1).pdf

2. Exhibit 17 to Plaintiff's Appendix of Evidence: Amazon's Disposable Workers: *National Employment Law Project,* "Amazon's Disposable Workers: High Injury and Turnover Rates at Fulfillment Centers in California", date March 2020. The weblink where this document can be accessed is as follows: https://s27147.pcdn.co/wp-content/uploads/Data-Brief-Amazon-Disposable-Workers-Injury-Turnover-Rates-California-Fulfillment-Centers3-20.pdf

The Court may take judicial notice of matters that are not subject to reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot be reasonably questioned. Fed. R. Evid. 201(b). Proper subjects of judicial notice include: (a) documents filed with the SEC (*see, e.g., In re Silicon Graphics Inc. Sec. Litig.*, 183 F.3d 970, 986 (9th Cir. 1999)); (b) press releases (*see, e.g., In re Ditech Comms. Corp.*, 2006 WL 2319784, at *5 (N.D. Cal. Aug. 10, 2006) (press releases are "the types of documents of which this Court properly may take judicial notice")); and, (c) publicly accessible websites (*see Caldwell v. Caldwell*, 2006 WL 618511, at 4 (N.D. Cal. Mar. 13, 2006); *Wible v. Aetna Life ins. Co.* 375 F. Supp. 2d 956, 965-66 (C.D. Cal. 2005)).

Here, the source of authority is the Congress of the United States and cannot be questioned. Furthermore, the documents referenced above are accessible through public websites.

For the foregoing reasons, Plaintiff respectfully requests this Court grant Plaintiff's

Request for Judicial Notice.

Dated: October 29, 2020        SHEGERIAN & ASSOCIATES, INC.

By: _____
Mahru Madjidi, Esq.

Attorneys for Plaintiff,
MARCELLUS MCMILLIAN


| | |
|---|---|
| **MCMILLIAN v. GOLDEN STATE FC LLC, et al.** | **Case No.: 2:19-cv-02121-MWF-JCx** |

## PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am an employee in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 145 S. Spring Street, Suite 400, Los Angeles California 90012.

On October 29, 2020, I served the foregoing document, described as **"PLAINTIFF MARCELLUS MCMILLIAN'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR RELIEF FROM THE COURT'S ORDER GRANTING PARTIAL SUMMARY JUDGMENT FOR PUNITIVE DAMAGES PURSUANT TO F.R.C.P. 60(b)"** on all interested parties in this action by placing a true copy thereof in a sealed envelope, addressed as follows:

**Barbara A. Fitzgerald, Esq.**
Barbara.Fitzgerald@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
**300 S. Grand Avenue, 22nd Floor**
**Los Angeles, CA 90071**

**Robert Jon Hendricks, Esq.**
RJ.Hendricks@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
**One Market, Spear Street Tower**
**San Francisco, CA 94105**

**Alexander L. Grodan, Esq.**
Alexander.Grodan@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
**600 Anton Boulevard, Suite 1800**
**Costa Mesa, CA 92626**

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 29, 2020 at Los Angeles, California.

_/s/ Jose Castro_
Jose Castro