Griselda S. Rodriguez, Esq., State Bar No. 303049
Grodlaw.apc@gmail.com
G-ROD LAW, A.P.C.
2660 Townsgate Road, Suite 400
Westlake Village, California 91361
Telephone Number: (805) 275-4000

Carney R. Shegerian, Esq., State Bar No. 150461
CShegerian@Shegerianlaw.com
Anthony Nguyen, Esq., State Bar No. 259154
ANguyen@Shegerianlaw.com
Mahru Madjidi, Esq., State Bar No. 297906
MMadjidi@Shegerianlaw.com
Griselda S. Rodriguez, Esq., State Bar No. 303049
GRodriguez@Shegerianlaw.com
SHEGERIAN & ASSOCIATES, INC.
145 South Spring Street, Suite 400
Los Angeles, California 90012
Telephone Number: (310) 860-0770
Facsimile Number: (310) 860-0771

Attorneys for Plaintiff,
MARCELLUS McMILLIAN

(*additional counsel on next page*)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELLUS McMILLIAN,<br><br>Plaintiff,<br><br>vs.<br><br>GOLDEN STATE FC LLC, AMAZON FULFILLMENT SERVICES, INC., AMAZON.COM SERVICES, INC., AMAZON.COM, INC., and DEVON FRANKLIN,<br><br>Defendants. | Case No.: 2:19-cv-02121-MWF-JCx<br><br>**The Honorable Michael W. Fitzgerald**<br><br>**JOINT PROPOSED STATEMENT OF THE CASE**<br><br>Trial: February 1, 2022<br>Time: 8:30 a.m.<br>Ctrm.: 5A<br><br>FPC: January 10, 2022<br>Time: 11:00 a.m.<br>Ctrm.: 5A<br><br>Action Filed: January 11, 2019 |

MORGAN, LEWIS & BOCKIUS LLP
Barbara A. Fitzgerald, SBN 151038
barbara.fitzgerald@morganlewis.com
300 South Grand Avenue, Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: 213.612.2500
Fax: 213.612.2501

MORGAN, LEWIS & BOCKIUS LLP
Ethel J. Johnson, *pro hac vice pending*
ethel.johnson@morganlewis.com
1000 Louisiana St., Suite 4000
Houston, TX 77002-5006
Tel: 1.713.890.5191
Fax: +1.713.890.5001

MORGAN, LEWIS & BOCKIUS LLP
Alexander L. Grodan, SBN 261374
alexander.grodan@morganlewis.com
600 Anton Boulevard, Suite 1800
Costa Mesa, CA  92626-7653
Tel:  714.830.0600
Fax:  714.830.0700

Attorneys for Defendants
GOLDEN STATE FC LLC, AMAZON FULFILLMENT SERVICES, INC., AMAZON.COM SERVICES, INC., AMAZON.COM, INC.

Plaintiff Marcellus McMillian ("Plaintiff") and Defendants Golden State FC LLC, Amazon Fulfillment Services, Inc., Amazon.com Services, Inc., and Amazon.com, Inc. (collectively, "Defendants") (together, the "Parties") jointly submit the following Proposed Statement of the Case to be read to the prospective jury panel in the above case, set to begin on February 1, 2022, at 8:30 a.m., before the Honorable Michael W. Fitzgerald, in Courtroom 5A of this Court, at 312 North Spring Street, Los Angeles, California 90012.

Dated: December 20, 2021    SHEGERIAN & ASSOCIATES, INC.

By: *s/Mahru Madjidi*
Mahru Madjidi, Esq.

Attorneys for Plaintiff,
MARCELLUS McMILLIAN

Dated: December 20, 2021    MORGAN, LEWIS & BOCKIUS LLP

By *s/ Alexander L. Grodan*
Barbara A. Fitzgerald
Ethel J. Johnson
Alexander L. Grodan
Attorneys for Defendants
GOLDEN STATE FC LLC, *et al.*

## PROPOSED STATEMENT OF THE CASE

This case involves plaintiff Marcellus McMillian's claims against the defendants, Golden State FC LLC, Amazon Fulfillment Services, Inc., Amazon.com Services, Inc., and Amazon.com, Inc, which Plaintiff alleges are his former employers. Defendants contend that Plaintiff was employed by only Golden State FC, LLC.

Plaintiff began his employment on or around January 11, 2017. Around August 3, 2017, Plaintiff alleges he was in a car accident and suffered from a physical disability as a result of that car accident. Plaintiff contends that during his employment, Defendants failed to accommodate him, discriminated against him because of his physical disability, and retaliated against him because of his physical disability, requests for accommodation, and taking a medical leave, and that he was wrongfully terminated. Plaintiff's employment was terminated on May 5, 2018.

Plaintiff asserts claims for failure to accommodate, failure to engage in the interactive process, disability discrimination, retaliation, wrongful termination in violation of public policy, and negligent hiring, retention, and supervision. Plaintiff alleges that he has suffered monetary and non-monetary damages.

Defendants contend Plaintiff was afforded all leave accommodations for which he provided the appropriate supporting documentation and engaged in the interactive process to assess and provide those accommodations, as appropriate, and, as such, did not engage in any discriminatory or retaliatory conduct and did not wrongfully terminate Plaintiff's employment. Defendants also contend that they did not negligently hire, supervise or retain any employee at issue. Defendants further contend that they did not cause Plaintiff any damages, and they contest the amount of damages Plaintiff is claiming.

///

///

Dated: December 20, 2021     SHEGERIAN & ASSOCIATES, INC.

By: *s/Mahru Madjidi*
Mahru Madjidi, Esq.

Attorneys for Plaintiff,
MARCELLUS McMILLIAN

Dated: December 20, 2021     MORGAN, LEWIS & BOCKIUS LLP

By *s/ Alexander L. Grodan*
Barbara A. Fitzgerald
Ethel J. Johnson
Alexander L. Grodan
Attorneys for Defendants
GOLDEN STATE FC LLC, *et al.*

**McMILLIAN v. GOLDEN STATE FC, et al.   USDC Case No. 2:19-cv-02121-MWF-JCx**

## PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am an employee in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 145 South Spring Street, Suite 400, Los Angeles, California 90012.

On December 20, 2021, I served the foregoing document, described as **"JOINT PROPOSED STATEMENT OF THE CASE"** on all interested parties in this action by placing true copies thereof in sealed envelopes, addressed as follows:

| | |
|---|---|
| **Barbara A. Fitzgerald, Esq.**<br>Barbara.Fitzgerald@morganlewis.com<br>MORGAN, LEWIS & BOCKIUS LLP<br>300 South Grand Avenue, 22nd Floor<br>Los Angeles, California 90071 | **Ethel J. Johnson, Esq.**<br>ethel.johnson@morganlewis.com<br>MORGAN, LEWIS & BOCKIUS LLP<br>One Market, Spear Street Tower<br>San Francisco, California 94105 |

**Alexander L. Grodan, Esq.**
Alexander.Grodan@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
600 Anton Boulevard, Suite 1800
Costa Mesa, California 92626

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

☒ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare, under penalty of perjury under the laws of the United States of America, that the above is true and correct.

Executed on December 20, 2021, at Los Angeles, California.

*/s/ Jose Castro*
Jose Castro