Carney R. Shegerian, Esq., State Bar No. 150461
CShegerian@Shegerianlaw.com
Anthony Nguyen, Esq., State Bar No. 259154
ANguyen@Shegerianlaw.com
Mahru Madjidi, Esq., State Bar No. 297906
MMadjidi@Shegerianlaw.com
Griselda S. Rodriguez, Esq., State Bar No. 303049
GRodriguez@Shegerianlaw.com
SHEGERIAN & ASSOCIATES, INC.
145 South Spring Street, Suite 400
Los Angeles, California 90012
Telephone Number:   (310) 860-0770
Facsimile Number:   (310) 860-0771

Attorneys for Plaintiff,
MARCELLUS MCMILLIAN

[CAPTION CONTINUED ON NEXT PAGE]

# THE UNITED STATES DISTRICT COURT FOR THE

# CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| MARCELLUS MCMILLIAN,<br><br>          Plaintiff,<br><br>vs.<br><br>GOLDEN STATE FC LLC,<br>AMAZON FULFILLMENT<br>SERVICES, INC., AMAZON.COM<br>SERVICES, INC., AMAZON.COM,<br>INC., and DOES 1 to 100, inclusive,<br><br>          Defendants. | Case No.:  2:19-cv-02121-MWF-JCx<br><br>**The Honorable Michael W. Fitzgerald**<br><br>**AMENDED JOINT EXHIBIT LIST**<br><br>Trial:   February 1, 2022<br>Time:   8:30 a.m.<br>Ctrm.:  5A<br><br>FPC:    January 10, 2021<br>Time:   11:00 a.m.<br>Ctrm.:  5A<br><br>Action Filed:  January 11, 2019 |

MORGAN, LEWIS & BOCKIUS LLP
Barbara A. Fitzgerald, State Bar no. 151038
barbara.fitzgerald@morganlewis.com
300 South Grand Avenue, Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: 213.612.2500
Fax: 213.612.2501

MORGAN, LEWIS & BOCKIUS LLP
Ethel J. Johnson, *pro hac vice*
ethel.johnson@morganlewis.com
1000 Louisiana St., Suite 4000
Houston, TX 77002-5006
Tel: 1.713.890.5191
Fax: +1.713.890.5001

MORGAN, LEWIS & BOCKIUS LLP
Alexander L. Grodan, Bar No. 261374
alexander.grodan@morganlewis.com
600 Anton Boulevard, Suite 1800
Costa Mesa, CA 92626-7653
Tel: 714.830.0600
Fax: 714.830.0700

Attorneys for Defendants,
GOLDEN STATE FC LLC, AMAZON
FULFILLMENT SERVICES, INC.,
AMAZON.COM SERVICES, INC.,
AMAZON.COM, INC.

1

2        The parties submit the following Amended Joint Exhibit List to be used at the trial

3  set to begin on February 1, 2022, at 8:30 a.m., before the Honorable Michael W.

4  Fitzgerald, in Courtroom 5A of this Court, at 312 North Spring Street, Los Angeles,

5  California 90012.

6

7  Dated:  December 29, 2021        SHEGERIAN & ASSOCIATES, INC.

8

9                         By: _____

10                          Carney R. Shegerian, Esq.
Anthony Nguyen, Esq.

11                          Mahru Madjidi, Esq.
Griselda Rodriguez, Esq.

12                          Attorneys for Plaintiff,

13                          MARCELLUS MCMILLIAN

14

15  Dated:  December 29, 2021        MORGAN, LEWIS & BOCKIUS LLP

16

17                         By: _____

18                          Barbara A. Fitzgerald
Alexander L. Grodan

19                          Attorneys for Defendants,
GOLDEN STATE FC LLC,

20                          AMAZON FULFILLMENT
SERVICES, INC., AMAZON.COM

21                          SERVICES, INC., AMAZON.COM,
INC.

22

23

24

25

26

27

28

**AMENDED JOINT EXHIBIT LIST**

| Exh. No. | Description | Offered By | Auth./Admiss. Stipulated to? | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1 | Amazon Job Description - Warehouse Associate - San Bernardino | Plaintiff/ Defendants | | | |
| 2 | Amazon Job Description - Accommodation Consultant | Plaintiff/ Defendants | | | |
| 3 | Amazon Job Description - Human Resource Assistant | Plaintiff | | | |
| 4 | Amazon Job Description - Senior Human Resource Assistant | Plaintiff | | | |
| 5 | Amazon Job Description - Regional Accommodation Manager | Plaintiff/ Defendants | | | |
| 6 | Amazon Job Description - Sr. Accommodation Consultant | Plaintiff/ Defendants | | | |
| 7 | Plaintiff's Amazon Application 7/18/19 | Plaintiff | | | |
| 8 | Plaintiff's Amazon.com, Inc.'s Confidentiality And Invention Assignment Agreement 1/8/17 | Plaintiff | | | |
| 9 | Plaintiff's Amazon California Meal Period Waiver Agreement 1/8/17 | Plaintiff | | | |
| 10 | Amazon's Accommodations for FC Employees Policy 1/9/19 | Plaintiff/ Defendants | | | |
| 11 | Amazon's Accommodations Policy 12/19 | Plaintiff/ Defendants | | | |
| 12 | Amazon's Accommodations Resources 1/9/19 | Plaintiff/ Defendants | | | |
| 13 | Amazon's Attendance Policy 8/13 | Plaintiff/ Defendants | | | |
| 14 | Amazon's Code of | Plaintiff | | | |

| Exh. No. | Description | Offered By | Auth./Ad miss. Stipulated to? | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | Business Conduct and Ethics Acknowledge Form 12/27/13 | | | | |
| 15 | Amazon's Code of Business Conduct and Ethics Policy 5/3/19 | Plaintiff | | | |
| 16 | Amazon's U.S. Disability Accommodations Policy | Plaintiff | | | |
| 17 | Department of Fair Employment And Housing California Law Prohibits Workplace Discrimination and Harassment | Plaintiff | | | |
| 18 | Amazon's Equal Employment Opportunity Policy 5/3/19 | Plaintiff | | | |
| 19 | California Employment Development - Disability Insurance Provisions Flyer 1/8/ | Plaintiff | | | |
| 20 | Amazon's Harassment Policy for California Associates 1/8/17 | Plaintiff | | | |
| 21 | Amazon's Workplace Harassment Policy 5/3/19 | Plaintiff | | | |
| 22 | Amazon's Amazon U.S. Leave of Absence & Accommodation Guide 8/12 | Plaintiff/ Defendants | | | |
| 23 | Amazon's Leave Policies 1/9/19 | Plaintiff/ Defendants | | | |
| 24 | Amazon's Time and Attendance Policy | Plaintiff | | | |
| 25 | Amazon's NACF Attendance Policy 12/16/19 | Plaintiff/ Defendants | | | |
| 26 | Amazon's Benefits - Leave of Absence (LOA) Guide 2/18 | Plaintiff | | | |
| 27 | Amazon's Leave User Guide | Plaintiff/ Defendants | | | |

AMENDED JOINT EXHIBIT LIST

| Exh. No. | Description | Offered By | Auth./Ad miss. Stipulated to? | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 28 | Amazon's Accommodations Case Management Standard Operating Procedure (SOP) 3/19/19 | Plaintiff/ Defendants | | | |
| 29 | Amazon's Accommodations User Guide – Fulfillment Centers | Plaintiff/ Defendants | | | |
| 30 | Amazon's Owner's Manual and Guide to Employment 12/15 | Plaintiff | | | |
| 31 | Amazon's Owner's Manual and Guide to Employment 4/17 AMZN-MCMLLN_000564- 591 | Plaintiff | | | |
| 32 | Amazon's Owner's Manual and Guide to Employment 7/17 AMZN-MCMLLN_000621- 678 | Plaintiff/ Defendants | | | |
| 33 | Amazon's Owner's Manual and Guide to Employment 7/17 AMZN-MCMLLN_000592- 620 | Plaintiff | | | |
| 34 | Amazon's Owner's Manual and Guide to Employment 12/17 AMZN-MCMLLN_ 000679- 707 | Plaintiff | | | |
| 35 | Amazon's Owner's Manual and Guide to Employment 5/18 AMZN-MCMLLN_000736- 763 | Plaintiff | | | |
| 36 | Amazon's Owner's Manual and Guide to Employment 5/18 AMZN-MCMLLN_000708- 735 | Plaintiff/ Defendants | | | |
| 37 | Amazon's Owner's Manual and Guide to Employment 1/19 AMZN-MCMLLN_000764- 791 | Plaintiff | | | |
| 38 | Confidential Case Report | Plaintiff/ | | | |

| Exh. No. | Description | Offered By | Auth./Ad miss. Stipulated to? | Date Identified | Date Admitted |
|---|---|---|---|---|---|
|  | 8/31/17 | Defendants |  |  |  |
| 39 | Confidential Case Report 2/5/18 | Plaintiff |  |  |  |
| 40 | Confidential Case Report 12/26/17 | Plaintiff |  |  |  |
| 41 | Confidential Case Report 5/11/18 |  |  |  |  |
| 42 | Case List 2017-2018 | Plaintiff |  |  |  |
| 43 | Plaintiff's Supportive Feedback Document Unpaid Personal Time – Notice 10/3/17 | Plaintiff/ Defendants |  |  |  |
| 44 | Plaintiff's Medical Billing Statement | Plaintiff/ Defendants |  |  |  |
| 45 | Plaintiff's Golden State FC LLC Earnings Statements 2017-2018 | Plaintiff/ Defendants |  |  |  |
| 46 | Plaintiff's Golden State FC LLC W-2 Tax Form 2017 | Plaintiff/ Defendants |  |  |  |
| 47 | Plaintiff's Reed Group Attending Physician's Statement of Work Capacity and Impairment 11/16/17 | Plaintiff/ Defendants |  |  |  |
| 48 | Plaintiff's Reed Group Attending Physician's Update of Work Capacity and Impairment 1/6/18 | Plaintiff/ Defendants |  |  |  |
| 49 | Plaintiff's Placentia Surgery Center Medical Bill | Plaintiff/ Defendants |  |  |  |
| 50 | Plaintiff's California Medical Arts, Inc. - Comprehensive Physical Medicine and Rehabilitation/Pain Management Consultation 8/8/17 | Plaintiff/ Defendants |  |  |  |
| 51 | Plaintiff's California Medical Arts, Inc. - Comprehensive Physical Medicine And Rehabilitation/Pain Management Follow Up | Plaintiff/ Defendants |  |  |  |

| Exh. No. | Description | Offered By | Auth./Admiss. Stipulated to? | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | Consultation 2/6/18 | | | | |
| 52 | Dr. William Ramirez's Patient Daily Notes 8/3/17 | Plaintiff/ Defendants | | | |
| 53 | Plaintiff's Disability Statement 11/2/17 | Plaintiff/ Defendants | | | |
| 54 | Plaintiff's Patient Referral 2/21/18 | Plaintiff/ Defendants | | | |
| 55 | Plaintiff's Eagle Eye Imaging Center Service Report 7/31/18 | Plaintiff/ Defendants | | | |
| 56 | Plaintiff's Electrodiagnostic Study Report/Consultation 9/12/17 | Plaintiff/ Defendants | | | |
| 57 | Plaintiff's Health Care Provider Certifications (Medical Leave) 201/-2018 | Plaintiff/ Defendants | | | |
| 58 | Plaintiff's Health Insurance Claim Forms 2018 | Plaintiff | | | |
| 59 | Plaintiff's Placentia Surgery Center Preoperative Diagnosis 7/23/18 | Plaintiff/ Defendants | | | |
| 60 | Plaintiff's Placentia Surgery Center Operative Report 4/23/18 | Plaintiff/ Defendants | | | |
| 61 | Plaintiff's Amazon 360 Absence Table 2/5/19 | Plaintiff/ Defendants | | | |
| 62 | Plaintiff's Amazon Accrual Detail Table 9/12/18 | Plaintiff | | | |
| 63 | Amazon Case Computer Print Outs 2017-2018 | Plaintiff/ Defendants | | | |
| 64 | Job Abandonment Negative UPT Flow Chart 9/2/18 | Plaintiff/ Defendants | | | |
| 65 | Punch Origin Table 2017-2018 | Plaintiff | | | |
| 66 | Time Detail Table 2017-2018 | Plaintiff | | | |
| 67 | Employee Tracking Excel File | Plaintiff | | | |

| Exh. No. | Description | Offered By | Auth./Ad miss. Stipulated to? | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 68 | Accural Balance Tracker Excel File 5/17/18 | Plaintiff | | | |
| 69 | Accural Balance Tracker Excel File 5/17/18 | Plaintiff | | | |
| 70 | Plaintiff's DFEH Right to Sue Notice 1/14/19 | Plaintiff | | | |
| 71 | Plaintiff's DFEH Right to Sue Notice 12/21/18 | Plaintiff | | | |
| 72 | Letter from Golden State FC LLC to Plaintiff re "Employment Offer" 1/11/17 | Plaintiff/ Defendants | | | |
| 73 | Letter from David Quintana to Plaintiff re ""Employment Offer" 3/20/17 | Plaintiff/ Defendants | | | |
| 74 | Letter from Amazon to Plaintiff re "Family and Medical Leave Act (FMLA)" | Plaintiff/ Defendants | | | |
| 75 | Letter from Amazon to Plaintiff re "Leave as an Accommodation (LEA)…" 8/15/17 | Plaintiff/ Defendants | | | |
| 76 | Letter from Bradley Otto to Plaintiff re "Position Offer" 1/11/17 | Plaintiff | | | |
| 77 | Letter from Amazon to Plaintiff re "Notice of Denial of Continuous Leave" 11/7/07 | Plaintiff | | | |
| 78 | Letter from David Quintana to Plaintiff re "Position Offer" 3/20/17 | Plaintiff | | | |
| 79 | Letter from Amazon to Plaintiff re "Short-Term Disability Notice" 11/07/17 | Plaintiff/ Defendants | | | |
| 80 | Letter from Amazon to Plaintiff re "Disability Leave Approval Notice" 11/8/17 | Plaintiff/ Defendants | | | |
| 81 | Letter from Amazon to "Disability Leave Approval Notice" 11/25/17 | Plaintiff/ Defendants | | | |

| Exh. No. | Description | Offered By | Auth./Ad miss. Stipulated to? | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 82 | Letter from Amazon to Plaintiff re "Disability Leave Approval Notice" 11/27/17 | Plaintiff/ Defendants | | | |
| 83 | Letter from Amazon to Plaintiff re "Extension Acknowledgement for Your Continuous Leave Due to Own Health Condition" 12/7/17 | Plaintiff/ Defendants | | | |
| 84 | Letter from Amazon to Plaintiff re "Continuous Own Health Condition Designation Notice" 12/14/17 | Plaintiff/ Defendants | | | |
| 85 | Letter from Amazon to Plaintiff re "Leave of Absence and Accommodations (LOAA)" 12/15/17 | Plaintiff/ Defendants | | | |
| 86 | Letter from Amazon to Plaintiff re "Extension Acknowledgement for Your Continuous Leave Due to Own Health Condition" 12/8/17 | Plaintiff/ Defendants | | | |
| 87 | Letter from Amazon to Plaintiff re "Disability Leave Approval Notice" 12/26/17 | Plaintiff/ Defendants | | | |
| 88 | Letter from Amazon to Plaintiff re "Notice of Incomplete Documentation" 1/4/18 | Plaintiff/ Defendants | | | |
| 89 | Letter from Amazon to Plaintiff re "Continuous Own Health Condition Designation Notice" 1/9/18 | Plaintiff/ Defendants | | | |
| 90 | Letter from Amazon to Plaintiff re "Short-Term Disability Notice" 2/6/18 | Plaintiff/ Defendants | | | |
| 91 | Letter from Amazon to Plaintiff re "Continuous Own Health Condition Designation Notice" 2/23/18 | Plaintiff/ Defendants | | | |

AMENDED JOINT EXHIBIT LIST

| Exh. No. | Description | Offered By | Auth./Ad miss. Stipulated to? | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 92 | Letter from Amazon to Plaintiff re "Notice of Denial of Continuous Leave" 3/9/18 | Plaintiff/ Defendants | | | |
| 93 | Letter from Amazon to Plaintiff re "Voluntary Resignation" 5/3/18 | Plaintiff | | | |
| 94 | Letter from Amazon to Plaintiff re "Notice of Denial of Continuous Leave' 9/28/18 | Plaintiff | | | |
| 95 | Letter from Amazon to Plaintiff re "Short-Term Disability Notice" 11/7/17 | Plaintiff/ Defendants | | | |
| 96 | Email from Plaintiff to Accommodations re "Medical Letter From DR. Case# 1708030103502" 8/11/17 | Plaintiff/ Defendants | | | |
| 97 | Email from Plaintiff to Accommodations re "Dr's Note for the time off" 11/3/17 | Plaintiff/ Defendants | | | |
| 98 | Email chain between Smith, Reuben and Plaintiff re "Updated Dr's Not For Leave #17110300818" 12/7/17 | Plaintiff/ Defendants | | | |
| 99 | Email from Amazon Am to Plaintiff re "Confirmation of documents Received" | Plaintiff/ Defendants | | | |
| 100 | Email from Plaintiff to Accommodations re "Updated Dr's Not For Leave #17110300818" 11/30/17 | Plaintiff/ Defendants | | | |
| 101 | Email from Amazon Am to Plaintiff "Leave of Absence and Accommodations (LOAA)…" 12/7/17 | Plaintiff/ Defendants | | | |
| 102 | Email from Amazon Am to Plaintiff "Leave of | Plaintiff/ Defendants | | | |

| Exh. No. | Description | Offered By | Auth./Ad miss. Stipulated to? | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | Absence and Accommodations (LOAA)…" 12/14/17 | | | | |
| 103 | Email from Plaintiff to Accommodations re "Updated Dr's Note For Leave #17110300818" 12/15/17 | Plaintiff | | | |
| 104 | Email from Amazon Am to Plaintiff "Leave of Absence and Accommodations (LOAA)…" 12/18/17 | Plaintiff/ Defendants | | | |
| 105 | Email from Plaintiff to Accommodations re "Updated Dr's Note For Leave #17110300818" 12/20/17 | Plaintiff/ Defendants | | | |
| 106 | Email from Amazon Am to Plaintiff "Leave of Absence and Accommodations (LOAA)…" 12/26/17 | Plaintiff/ Defendants | | | |
| 107 | Email from Plaintiff to Accommodations re "Updated Dr's Note For Leave #17110300818" 12/28/17 | Plaintiff/ Defendants | | | |
| 108 | Email from Amazon Am to Plaintiff "Leave of Absence and Accommodations (LOAA)…" 1/4/18 | Plaintiff/ Defendants | | | |
| 109 | Email from Amazon Am to Plaintiff "Leave of Absence and Accommodations (LOAA)…" 1/9/18 | Plaintiff/ Defendants | | | |
| 110 | Email from Plaintiff to AmazonAM re "Dr's Note" 1/31/18 | Plaintiff/ Defendants | | | |
| 111 | Email from ONT2-JA <ONT2-JA to Plaintiff re "Amazon ONT2 Employment Status…" 2/1/18 | Plaintiff | | | |
| 112 | Email from ONT2-JA | Plaintiff/ Defendants | | | |

AMENDED JOINT EXHIBIT LIST

| Exh. No. | Description | Offered By | Auth./Admiss. Stipulated to? | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | <ONT2-JA to Plaintiff re "Amazon ONT2 Employment Status…" 2/3/18 | | | | |
| 113 | Email from ONT2-JA <ONT2-JA to Plaintiff re "Amazon ONT2 Employment Status…" 2/4/18 | Plaintiff/ Defendants | | | |
| 114 | Email from Amazon Am to Plaintiff "Leave of Absence and Accommodations (LOAA)…" 2/6/18 | Plaintiff/ Defendants | | | |
| 115 | Email from Amazon Am to Plaintiff "Leave of Absence and Accommodations (LOAA)…" 2/9/18 | Plaintiff/ Defendants | | | |
| 116 | Email from ONT2-JA <ONT2-JA to Plaintiff re "Job Abandonment Bridge 2/15" 2/15/18 | Plaintiff/ Defendants | | | |
| 117 | Email from ONT2-JA <ONT2-JA to Plaintiff re "Amazon UPT Inquiry…" 2/17/18 | Plaintiff/ Defendants | | | |
| 118 | Email from Amazon Am to Plaintiff "Amazon UPT Inquiry" 2/19/18 | Plaintiff/ Defendants | | | |
| 119 | Email from Amazon Am to Plaintiff "Confirmation of documents received" 2/19/18 | Plaintiff/ Defendants | | | |
| 120 | Email from Amazon Am to Plaintiff "ACTION REQUIRED: Negative UPT Inquiry- Marcellus McMillian" 2/19/18 | Plaintiff/ Defendants | | | |
| 121 | Email from Sonia Amjad to Plaintiff re "LOA waiting on paperwork" 2/20/18 | Plaintiff/ Defendants | | | |
| 122 | Email from Amazon Am to Plaintiff re "Leave of Absence and | Plaintiff/ Defendants | | | |

| Exh. No. | Description | Offered By | Auth./Admiss. Stipulated to? | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | Accommodations (LOAA)…" 2/23/18 | | | | |
| 123 | Email from Amazon Am to Plaintiff re "Leave of Absence and Accommodations (LOAA)…" 3/9/18 | Plaintiff/ Defendants | | | |
| 124 | Email from Plaintiff to Nadine Lee re "Case #17110300818" 3/20/18 | Plaintiff/ Defendants | | | |
| 125 | Email from Amazon Am to Plaintiff re "Confirmation of documents received" 3/22/18 | Plaintiff/ Defendants | | | |
| 126 | Email from Marcus Pina to Sonia Amjad re "FHN Roster and Weekend" 4/13/18 | Plaintiff | | | |
| 127 | Email from Marcus Pina to Sonia Amjad re "Roster Scrub FHN" 4/20/18 | Plaintiff | | | |
| 128 | Email from Plaintiff to Nadine Lee re "Amazon ONT2/3/4 Employment Status…" 4/22/18 | Plaintiff/ Defendants | | | |
| 129 | Email from Renee Golliday to Chavez, Ray re "Job Abandonment Bridge - 4/23/2018" 3/4/21 | Plaintiff/ Defendants | | | |
| 130 | Email from Nadine Lee to Sonia Amjad re "UPT Scrub 4/24" 4/24/18 | Plaintiff | | | |
| 131 | Email from Caitlin Favati to Plaintiff re "Amazon Employment Status" 4/25/18 | Plaintiff/ Defendants | | | |
| 132 | Email from Plaintiff to Caitlin Favati re "Amazon Employment Status" 4/26/18 | Plaintiff/ Defendants | | | |
| 133 | Email from Nadine Lee to Sonia Amjad re "MOD Neg UPT Scrub 5/1" 5/1/18 | Plaintiff | | | |

-13-

| Exh. No. | Description | Offered By | Auth./Admiss. Stipulated to? | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 134 | Email from Plaintiff to Caitlin Favati re "Case #17110300818" 5/3/18 | Plaintiff/ Defendants | | | |
| 135 | Email from Caitlin Favati to Plaintiff to re "Amazon ONT2/3/4 Employment Status" 5/3/18 | Plaintiff/ Defendants | | | |
| 136 | Email from Plaintiff to Caitlin Favati re "Case #17110300818" 5/3/18 | Plaintiff/ Defendants | | | |
| 137 | Email from Plaintiff to Caitlin Favati re "Amazon ONT2/3/4 Employment Status…" 5/3/18 | Plaintiff/ Defendants | | | |
| 138 | Email from MyDocs to Plaintiff re 'Termination Documents are Available for Review" 5/5/18 | Plaintiff/ Defendants | | | |
| 139 | Email from Amazon Am to Plaintiff re "Confirmation of Documents Received" 5/7/18 | Plaintiff/ Defendants | | | |
| 140 | Email from Sonia Amjad to ont3-mgt re "AAs no longer with MOD or on LOA" 5/15/18 | Plaintiff | | | |
| 141 | Email from MyraRose Sumpter to Sonia Amjad re "AAs no longer with MOD or on LOA" 5/15/18 | Plaintiff | | | |
| 142 | Email from Christopher Shearer to ont2-hr, ont3-hr, and ont4-hr re "5/17 UPT" 5/17/18 | Plaintiff | | | |
| 143 | Email from Amazon Exchange Administrative Group to ont3-hr re "Marcellus McMillian I Employee ID: 101953050" 6/21/18 | Plaintiff | | | |
| 144 | Email between Mary Patterson and Amazon AM re "Case | Plaintiff | | | |

| Exh. No. | Description | Offered By | Auth./Ad miss. Stipulated to? | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | #17110300818" 6/25/18 | | | | |
| 145 | Email chain between Amazon Absence Management and Mary Patterson re "Case #17110300818" 6/26/18 | Plaintiff | | | |
| 146 | Email chain between Amazon Absence Management and Mary Patterson re "Case #17110300818" 6/27/18 | Plaintiff | | | |
| 147 | Email chain between Amy Virden and Sonia Amjad re "Legal Hold Notice - Marcellus McMillian" 9/12/18 | Plaintiff | | | |
| 148 | Email chain between Amy Virden and Sonia Amjad re "…Leave of Absence and Accommodations (LOAA)…" 9/18/18 | Plaintiff | | | |
| 149 | Email from Amazon AM to Sonia Amjad re "Leave of Absence and Accommodations (LOAA)…" 9/28/18 | Plaintiff | | | |
| 150 | Email chain between Reuben Smith and Plaintiff re "Updated Dr's Note For Leave #17110300818" 12/28/17 | Plaintiff/ Defendants | | | |
| 151 | Email from Priscilla Bustamante to Plaintiff re "Amazon Reinstatement Letter, Marcellus McMillian" 2/7/19 | Plaintiff/ Defendants | | | |
| 152 | Letter from Griselda Rodriguez, Esq. to Andrew Moriarty, Esq. re "Post -Lawsuit Alleged Offered Reinstatement Letter" 2/15/19 | Plaintiff/ Defendants | | | |
| 153 | Plaintiff's New Patient History Form 3/13/18 | Plaintiff | | | |

| Exh. No. | Description | Offered By | Auth./Admiss. Stipulated to? | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 154 | Reserved | Plaintiff | | | |
| 155 | Reserved | Plaintiff | | | |
| 156 | Reserved | Plaintiff | | | |
| 157 | Printout of lampkin foundation.com | Plaintiff/ Defendants | | | |
| 158 | Job Posting - Uline Careers (Warehouse Associate) 1/4/20 | Plaintiff/ Defendants | | | |
| 159 | Job Posting - Saladino's Foodseruice (Warehouse Order Selector) 1/4/20 | Plaintiff/ Defendants | | | |
| 160 | Job Posting – American Hotel (Warehouse Associate) 1/4/20 | Plaintiff/ Defendants | | | |
| 161 | Job Posting – Cardinal Health (Associate II, Warehouse Operations) 1/4/20 | Plaintiff/ Defendants | | | |
| 162 | Job Posting – E.B. Bradley (Warehouse Associate-Shipping) | Plaintiff/ Defendants | | | |
| 163 | Plaintiff Marcellus McMillian's Interrogatories Pursuant to Federal Rules of Procedure Rule 33 To Defendant Amazon Fulfillment Services, Inc., (Set One) | Plaintiff | | | |
| 164 | Plaintiff Marcellus McMillian's Interrogatories Pursuant to Federal Rules of Procedure Rule33 to Defendant Amazon.com Services, Inc., (Set One) | Plaintiff | | | |
| 165 | Plaintiff Marcellus McMillian's Interrogatories Pursuant to Federal Rules of Procedure Rule33 to Defendant Amazon.com, Inc., (Set One) | Plaintiff | | | |
| 166 | Plaintiff Marcellus McMillian's Interrogatories Pursuant to Federal Rules of | Plaintiff | | | |

| Exh. No. | Description | Offered By | Auth./Adm iss. Stipulated to? | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | Procedure Rule33 to Defendant Golden State FC, LLC, (Set One) | | | | |
| 167 | Amazon.com, Inc. and Amazon.com Services, Inc.'s Response to Plaintiff Marcellus McMillian's Interrogatories Pursuant to Federal Rules of Procedure Rule 33, (Set One) | Plaintiff | | | |
| 168 | Defendant Amazon.com Services, Inc.'s Interrogatories to Plaintiff Marcellus McMillian (Set One) | Plaintiff | | | |
| 169 | Plaintiff Marcellus McMillian's Responses to Defendant Amazon.com Services, Inc.'s Interrogatories (Set One) | Plaintiff/ Defendant | | | |
| 170 | Plaintiff Marcellus McMillian's Request for Production of Documents Pursuant to Federal Rules of Procedure Rule 34, to Amazon.com, Inc, (Set One) | Plaintiff | | | |
| 171 | Plaintiff Marcellus McMillian's Request for Production of Documents Pursuant to Federal Rules of Procedure Rule 34, to Amazon Fulfillment Services, Inc. (Set One) | Plaintiff | | | |
| 172 | Plaintiff Marcellus McMillian's Request for Production of Documents Pursuant to Federal Rules of Procedure Rule 34, to Amazon.com Services, Inc., (Set One) | Plaintiff | | | |
| 173 | Plaintiff Marcellus McMillian's Request for | Plaintiff | | | |

| Exh. No. | Description | Offered By | Auth./Admiss. Stipulated to? | Date Identified | Date Admitted |
|---|---|---|---|---|---|
|  | Production of Documents Pursuant to Federal Rules of Procedure Rule 34, to Golden State FC, LLC. (Set One) |  |  |  |  |
| 174 | Amazon.com, Inc. And Amazon.com Services, Inc.'s Response to Plaintiff Marcellus McMillian's Request for Production of Documents Pursuant to Federal Rules of Procedure Rule 34 (Set One) | Plaintiff |  |  |  |
| 175 | Plaintiff Marcellus McMillian's Request for Production of Documents Pursuant to Federal Rules of Procedure Rule 34, to Amazon.com, Inc. (Set Two) | Plaintiff |  |  |  |
| 176 | Plaintiff Marcellus McMillian's Request for Production of Documents Pursuant to Federal Rules of Procedure Rule 34, to Amazon Fulfillment Services, Inc. (Set Two) | Plaintiff |  |  |  |
| 177 | Plaintiff Marcellus McMillian's Request for Production of Documents Pursuant to Federal Rules of Procedure Rule 34, to Amazon.com Services, Inc. (Set Two) | Plaintiff |  |  |  |
| 178 | Plaintiff Marcellus McMillian's Request for Production of Documents Pursuant to Federal Rules of Procedure Rule 34, to Golden State FC, LLC. (Set Two) | Plaintiff |  |  |  |

AMENDED JOINT EXHIBIT LIST

| Exh. No. | Description | Offered By | Auth./Ad miss. Stipulated to? | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 179 | Amazon.com, Inc. and Amazon.com Services, Inc.'s Response to Plaintiff Marcellus Mcmillian's Request for Production of Documents (Set Two) | Plaintiff | | | |
| 180 | Defendant Amazon.com Services, Inc.'s Requests for Production to Plaintiff Marcellus McMillian (Set One) | Plaintiff | | | |
| 181 | Plaintiff Marcellus McMillian's Responses to Defendant Amazon.com Services, Inc.'s Requests for Production of Documents (Set One) | Plaintiff/ Defendants | | | |
| 182 | DFEH Right to Sue Notice 12/21/2018 | Plaintiff | | | |
| 183 | DFEH Amended Right to Sue Notice 01/14/2019 | Plaintiff | | | |
| 184 | Timothy Lanning Curriculum Vitae | Plaintiff/ Defendants | | | |
| 185 | Formuzis, Hunt & Lanning, Inc. Notes/Reports | Plaintiff/ Defendants | | | |
| 186 | Craig Snyder, Ph.D., QME Curriculum Vitae | Plaintiff/ Defendants | | | |
| 187 | Craig Snyder, Ph.D., QME Notes/Reports | Plaintiff/ Defendants | | | |
| 188 | William B. Skilling, M.A., C.R.C., C.D.M.S., C.L.C.P Curriculum Vitae | Plaintiff/ Defendants | | | |
| 189 | William B. Skilling, M.A., C.R.C., C.D.M.S., C.L.C.P Notes/Reports | Plaintiff/ Defendants | | | |
| 190 | Plaintiff's Amended Notice of Taking | Plaintiff | | | |

| Exh. No. | Description | Offered By | Auth./Admiss. Stipulated to? | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | Deposition of Defendant's Retained Expert William Skilling; Request for Production of Documents | | | | |
| 191 | Defendant's Objections to Plaintiff's Notice of Taking Deposition of William B. Skilling and Request for Production of Documents at Deposition | Plaintiff | | | |
| 192 | Defendant's United States Securities and Exchange Commission Form 10-K (2017) | Plaintiff | | | |
| 193 | Defendant's United States Securities and Exchange Commission Form 10-K (2018) | Plaintiff | | | |
| 194 | DFEH Posting | Plaintiff | | | |
| 195 | EEOC Employment Postings | Plaintiff | | | |
| 196 | EEOC The Law Posting | Plaintiff | | | |
| 197 | Title 2. Administration Division 4.1 Department of Fair Employment and Housing Chapter 5. Fair Employment and Housing Council Subchapter 2. Discrimination in Employment Article 1. General Matters | Plaintiff | | | |
| 198 | Title 29-Labor Subtitle B-Regulation Relating to Labor Chapter V-Wage and Housing Division, Department of Labor Subchapter C-Other Laws Part 825-The Family and Medical Leave Act of 1993, Subpart C-Employee and Employer Rights and Obligations Under the Act | Plaintiff | | | |
| 199 | Calendars | Plaintiff | | | |

| Exh. No. | Description | Offered By | Auth./Ad miss. Stipulated to? | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 200 | Defendant's Website | | | | |
| 201 | Other financial condition documents on defendants | Plaintiff | | | |
| 202 | Timeline/various graphics | Plaintiff | | | |
| 203 | Evidentiary graphics | Plaintiff | | | |
| 204 | Discovery graphics | Plaintiff | | | |
| 205 | PowerPoint presentations | Plaintiff | | | |
| 206 | Damages charts | Plaintiff | | | |
| 207 | **EXHIBITS 207 - 400 RESERVED FOR PLAINTIFF** | Plaintiff | | | |
| 401 | 3/21/18 Training LEA Roster HR | Defendants | | | |
| 402 | 11/8/17 – Amazon Disability Leave Approval Notice | Defendants | | | |
| 403 | 1/6/18 Dr. Ramirez HCP Certification Form | Defendants | | | |
| 404 | 4/22/18 ONT2-JA response to Marcellus McMillian | Defendants | | | |
| 405 | Misc. Social Media Posts | Defendants | | | |
| 406 | Uber Records related to McMillian | Defendants | | | |
| 407 | Lyft Records related to McMillian | Defendants | | | |
| 408 | Screen Grab from Plaintiff's Video | Defendants | | | |
| 409 | Printout of Marcellus mcmillian.com 1/3/19 | Defendants | | | |
| 410 | Worldwide Discount Advertiser Printouts | Defendants | | | |
| 411 | **EXHIBITS 411 – 475 RESERVED FOR DEFENDANTS** | Defendants | | | |

AMENDED JOINT EXHIBIT LIST

1

2

3

4    Dated:  December 29, 2021          SHEGERIAN & ASSOCIATES, INC.

5

6                             By: _____

7                                 Carney R. Shegerian, Esq.
                                   Anthony Nguyen, Esq.
8                                  Mahru Madjidi, Esq.
                                   Griselda Rodriguez, Esq.

9                                  Attorneys for Plaintiff,
10                                 MARCELLUS MCMILLIAN

11

12   Dated:  December 29, 2021          MORGAN, LEWIS & BOCKIUS LLP

13

14                            By: _____

15                                Barbara A. Fitzgerald
                                  Alexander L. Grodan
16
                                  Attorneys for Defendants,
17                                GOLDEN STATE FC LLC,
                                  AMAZON FULFILLMENT
18                                SERVICES, INC., AMAZON.COM
                                  SERVICES, INC., AMAZON.COM,
19                                INC.

20

21

22

23

24

25

26

27

28

**McMILLIAN v. GOLDEN STATE FC, et al.   USDC Case No. 2:19-cv-02121-MWF-JCx**

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am an employee in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 145 South Spring Street, Suite 400, Los Angeles, California 90012.

On December 23, 2021, I served the foregoing document, described as **"AMENDED JOINT EXHIBIT LIST"** on all interested parties in this action by placing true copies thereof in sealed envelopes, addressed as follows:

**Barbara A. Fitzgerald, Esq.**
**Barbara.Fitzgerald@morganlewis.com**
**MORGAN, LEWIS & BOCKIUS LLP**
**300 South Grand Avenue, 22nd Floor**
**Los Angeles, California 90071**

**Ethel J. Johnson, Esq.**
**ethel.johnson@morganlewis.com**
**MORGAN, LEWIS & BOCKIUS LLP**
**One Market, Spear Street Tower**
**San Francisco, California 94105**

**Alexander L. Grodan, Esq.**
**Alexander.Grodan@morganlewis.com**
**MORGAN, LEWIS & BOCKIUS LLP**
**600 Anton Boulevard, Suite 1800**
**Costa Mesa, California 92626**

☒  **BY CM/ECF NOTICE OF ELECTRONIC FILING** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

☒  **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare, under penalty of perjury under the laws of the United States of America, that the above is true and correct.

Executed on December 23, 2021, at Los Angeles, California.

Jose Castro