Edward W. Hess, Jr. (SBN 81902)
Phillip B. Nghiem (SBN 291525)
**HESS & NGHIEM**
550 Parkcenter Drive, Suite 105
Santa Ana, CA 92705
PH: (657) 333-5726
FX: (877) 488-3234

Attorneys for Lien Claimant

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MARCELLUS MCMILLIAN,<br><br>PLAINTIFF,<br><br>vs.<br><br>GOLDEN STATE FC LLC, AMAZON FULFILLMENT SERVICES, INC., AMAZON.COM SERVICES, INC., AMAZON, INC., DEVON<br><br>DEFENDANTS. | Case No. 2:19-CV-02121-MWF-JCx<br><br>The Honorable Michael W. Fitzgerald<br><br>**NOTICE OF LIEN AND REQUEST FOR SPECIAL NOTICE** |

To All Parties and Their Attorneys of Record:

Please take notice that Plaintiff's counsel, the Law Offices of Hess & Nghiem, hereby claim a lien against any and all recovery obtained by Plaintiff in the above-titled action pursuant to written agreement executed by Plaintiff and Plaintiff's counsel.

Lien claimant requests notice of any settlement conferences or offers of settlement and will assert all appropriate legal rights and remedies if such notice is not given.

Dated: January 13, 2022

HESS & NGHIEM

By: /s/ Phillip B. Nghiem

_____
PHILLIP B. NGHIEM, ESQ.
EDWARD W. HESS, JR., ESQ.
Attorneys for Lien Claimant

# **CERTIFICATE OF SERVICE**

I, the undersigned, certify that on January 13, 2022, I caused to be electronically filed a true and correct copy of the foregoing document(s) with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all other parties appearing below and on the docket sheet.

Javier F. Garcia, Esq.
jgarcia@perkinscoie.com
Andrew E. Moriarty, Esq.
amoriarty@perkinscoie.com
PERKINS COIE LLP
1888 Century Park E., Suite 1700
Los Angeles, CA 90067-1721
Attorney for Defendants

Griselda S. Rodriguez, Esq., State Bar No. 303049
Griselda@rodrigueztran.com
Derek T. Tran, Esq., State Bar No. 295917
Derek@rodrigueztran.com
Jorge A. Guardado, Esq., State Bar No. 299505
Jorge@rodrigueztran.com
RODRIGUEZ & TRAN, LLP
631 South Olive Street, Suite 820
Los Angeles, California 90014
Attorney for Plaintiff

Carney R. Shegerian, Esq., State Bar No. 150461
CShegerian@Shegerianlaw.com
Anthony Nguyen, Esq., State Bar No. 259154
ANguyen@Shegerianlaw.com
SHEGERIAN & ASSOCIATES, INC.
225 Santa Monica Boulevard, Suite 700
Santa Monica, California 90401
Attorney for Plaintiff

_____
Jennifer Vo