Carney R. Shegerian, Esq., State Bar No. 150461
CShegerian@Shegerianlaw.com
Anthony Nguyen, Esq., State Bar No. 259154
ANguyen@Shegerianlaw.com
Mahru Madjidi, Esq., State Bar No. 297906
MMadjidi@Shegerianlaw.com
Griselda S. Rodriguez, Esq., State Bar No. 303049
GRodriguez@Shegerianlaw.com
SHEGERIAN & ASSOCIATES, INC.
145 South Spring Street, Suite 400
Los Angeles, California 90012
Telephone Number:  (310) 860-0770
Facsimile Number:   (310) 860-0771

Attorneys for Plaintiff,
MARCELLUS MCMILLIAN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELLUS McMILLIAN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>GOLDEN STATE FC LLC, AMAZON FULFILLMENT SERVICES, INC., AMAZON.COM SERVICES, INC., AMAZON.COM, INC., and DEVON FRANKLIN,<br><br>　　　　Defendants. | Case No.: 2:19-cv-02121-MWF-JCx<br><br>**The Honorable Michael W. Fitzgerald**<br><br>**PLAINTIFF MARCELLUS McMILLIAN'S EXPLANATION REGARDING UNTIMELY FILING OF MOTION IN *LIMINE* NO. 3**<br><br>Trial:　TBD<br>Time:　8:30 a.m.<br>Ctrm.:　5A<br><br>FSC:　TBD<br>Time:　11:00 a.m.<br>Ctrm.:　5A<br><br>Action Filed:  January 11, 2019 |

Pursuant to the Court's Scheduling Notice and Order on January 5, 2022, this Honorable Court requested an explanation from Plaintiff, Marcellus McMillian, for why the motion in *limine* ("MIL") was untimely filed and how it will be useful to the Court. As such, Plaintiff submits the following:

The parties' MIL's were due on December 13, 2021.  Plaintiff filed two MIL's on that date, and MIL No. 3 was not filed due to an oversight. Aside from the two MIL's Plaintiff filed, Plaintiff had previously intended to file an MIL to preclude reference to or testimony of any legal conclusion from Defendants' vocational rehabilitation expert, William Skilling ("Skilling"), including references in his report and deposition testimony that other positions were "substantially similar" to Plaintiff's position with the Defendants.  Plaintiff intended to file this MIL ever since Skilling was deposed and gave his opinion on these matters without foundation, and reached improper legal conclusions. Skilling did not know key, fundamental information about Plaintiff's position with Defendants, and lacked the knowledge to speak to similarities between Plaintiff's job and others.  At the time the MIL's were due, Plaintiff's counsel was engaged in another trial that took place from November 8, 2021 through December 18, 2021. On December 30, 2021, while reviewing this file to prepare for this trial, Plaintiff's counsel realized the oversight and immediately met and conferred with defense counsel the same day. Because of the new year's holiday, defense counsel requested until Monday to respond. When Defendants did not agree to stipulate the following Monday, Plaintiff filed its MIL No. 3 later that day.

This MIL is useful to the Court because this evidentiary issue will arise during Skilling's testimony.  Instead of addressing the issue by way of objections, side bars or briefing mid-trial, addressing this evidentiary issue on an MIL prior to the start of trial will allow for the trial to proceed more efficiently and expeditiously.

///

///

| | |
|---|---|
| Dated: January 14, 2022 | SHEGERIAN & ASSOCIATES, INC. |
| | By: /s/ Mahru Madjidi |
| | Mahru Madjidi, Esq. |
| | Attorneys for Plaintiff, MARCELLUS McMILLIAN |

**McMILLIAN v. GOLDEN STATE FC, et al.   USDC Case No. 2:19-cv-02121-MWF-JCx**

## PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am an employee in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 145 South Spring Street, Suite 400, Los Angeles, California 90012.

On January 14, 2022, I served the foregoing document, described as **"PLAINTIFF MARCELLUS McMILLIAN'S EXPLANATION REGARDING UNTIMELY FILING OF MOTION IN *LIMINE* NO. 3"** on all interested parties in this action by placing true copies thereof in sealed envelopes, addressed as follows:

| | |
|---|---|
| **Barbara A. Fitzgerald, Esq.**<br>Barbara.Fitzgerald@morganlewis.com<br>MORGAN, LEWIS & BOCKIUS LLP<br>300 South Grand Avenue, 22nd Floor<br>Los Angeles, California 90071 | **Ethel J. Johnson, Esq.**<br>ethel.johnson@morganlewis.com<br>MORGAN, LEWIS & BOCKIUS LLP<br>One Market, Spear Street Tower<br>San Francisco, California 94105 |

**Alexander L. Grodan, Esq.**
Alexander.Grodan@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
600 Anton Boulevard, Suite 1800
Costa Mesa, California 92626

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

☒ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare, under penalty of perjury under the laws of the United States of America, that the above is true and correct.

Executed on January 14, 2022, at Los Angeles, California.

_____
Jose Castro