MORGAN, LEWIS & BOCKIUS LLP
Barbara A. Fitzgerald, State Bar no. 151038
barbara.fitzgerald@morganlewis.com
300 South Grand Avenue, Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: 213.612.2500
Fax: 213.612.2501

MORGAN, LEWIS & BOCKIUS LLP
Ethel J. Johnson, *pro hac vice pending*
ethel.johnson@morganlewis.com
1000 Louisiana St., Suite 4000
Houston, TX 77002-5006
Tel: 1.713.890.5191
Fax: +1.713.890.5001

MORGAN, LEWIS & BOCKIUS LLP
Alexander L. Grodan, Bar No. 261374
alexander.grodan@morganlewis.com
600 Anton Boulevard, Suite 1800
Costa Mesa, CA  92626-7653
Tel:  714.830.0600
Fax:  714.830.0700

Attorneys for Defendants
GOLDEN STATE FC LLC, AMAZON
FULFILLMENT SERVICES, INC.,
AMAZON.COM SERVICES, INC.,
AMAZON.COM, INC.

(additional counsel on next page)

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARCELLUS MCMILLIAN,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>GOLDEN STATE FC LLC, AMAZON FULFILLMENT SERVICES, INC., AMAZON.COM SERVICES, INC., AMAZON.COM, INC., and DOES 1 to 100, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:19-cv-02121-MWF<br><br>Honorable Michael W. Fitzgerald<br><br>**JOINT STIPULATION AND STATUS REPORT RE: TRIAL SCHEDULE**<br><br>Complaint Filed: January 11, 2019 |

| | |
|---|---|
| 1 | Griselda S. Rodriguez, Esq., State Bar No. 303049 |
| | Grodlaw.apc@gmail.com |
| 2 | G-ROD LAW, A.P.C. |
| | 2660 Townsgate Road, Suite 400 |
| 3 | Westlake Village, California 91361 |
| | Telephone Number: (805) 275-4000 |
| 4 | Facsimile Number:   (805) 507-5770 |
| 5 | Carney R. Shegerian, Esq., State Bar No. 150461 |
| | CShegerian@Shegerianlaw.com |
| 6 | Anthony Nguyen, Esq., State Bar No. 259154 |
| | ANguyen@Shegerianlaw.com |
| 7 | Mahru Madjidi, Esq., State Bar No. 297906 |
| | MMadjidi@Shegerianlaw.com |
| 8 | SHEGERIAN & ASSOCIATES, INC. |
| | 145 South Spring Street, Suite 400 |
| 9 | Los Angeles, California 90012 |
| | Telephone Number:  (310) 860-0770 |
| 10 | Facsimile Number:   (310) 860-0771 |
| 11 | Attorneys for Plaintiff, |
| | MARCELLUS McMILLIAN |

JOINT STATUS REPORT
CASE NO. 19-CV-2121-MWF

Plaintiff Marcellus McMillian ("Plaintiff") and Defendants Golden State FC LLC, Amazon Fulfillment Services, Inc., Amazon.com Services, Inc., and Amazon.com, Inc. ("Defendants") (collectively, the "Parties") by and through their undersigned counsel of record hereby respectfully submit this Joint Stipulation in response to the Court's Scheduling Notice and Order vacating the January 10, 2022 final pretrial conference and the February 1, 2022 trial date (Dkt. No. 122). All trial pleadings have been filed except for the Parties' respective trial briefs, as the filing deadline had not yet approached at the time the final pretrial conference was vacated. The Court's order indicated that the Parties may submit a stipulation and proposed order setting forth their desired continued dates or, alternatively, to file a joint status report. Accordingly, the Parties have met and conferred and **agreed upon a trial date** in late June 2022, but **disagree on the final pretrial conference date**:

- Trial Date:
  - It is stipulated by and between the Parties, through their respective counsel of record, that trial is requested to proceed at **8:30 a.m. on June 27, 2022**;
- Final Pretrial Conference:
  - **Plaintiff proposes** that the final pretrial conference proceed on **June 6, 2022**, as it would otherwise normally be scheduled. Defendants have not articulated any reasonable need for requesting a much earlier final pretrial conference date, and it would be more practical to schedule the final pretrial conference date closer to the actual trial date, so that all matters pertaining to trial can be discussed in one setting shortly before the trial is set to begin;
  - **Defendants propose** that there is no reason why the Parties cannot hold a remote pretrial conference with the Court in the next month (e.g., on the prior trial date of **February 1, 2022**, or on another

JOINT STATUS REPORT
CASE NO. 19-CV-2121-MWF

mutually available date), so that the Court may rule on fully briefed motions *in limine*, and address the submitted jury instructions and special verdict forms, and any other pretrial issues. There is no further action for the Parties to take with respect to these pretrial filings, the Parties will have better recollection of their discussions during the pretrial conference of counsel that occurred in December prior to submitting these filings, and a decision on disputed issues now will guide the Parties' preparation for trial between now and the agreed upon trial date. Defendants therefore propose that the Court set a remote pretrial conference as soon as practicable to address the pretrial filings that have already been submitted. The Court can then hold a second final pretrial conference closer in time to the trial date (e.g., June 6, 2022) to address any issues that may arise during the period between the remote conference to rule on submitted issues and the final conference that would precede the trial start date.

Respectfully submitted,

Date: January 19, 2022        MORGAN, LEWIS & BOCKIUS LLP

By _____
   Barbara A. Fitzgerald
   Ethel J. Johnson
   Alexander L. Grodan

Attorneys for Defendants GOLDEN STATE FC LLC, AMAZON FULFILLMENT SERVICES, INC., AMAZON.COM SERVICES, INC., AMAZON.COM, INC.

| | | |
|---|---|---|
| 1 | Date: January 19, 2022 | G-ROD LAW, APC |
| 2 | | |
| 3 | | By _Griselda Rodriguez_ |
| 4 | | Griselda S. Rodriguez |
| 5 | | Attorneys for Plaintiff MARCELLUS MCMILLIAN |
| 6 | Date: January 19, 2022 | SHEGARIAN & ASSOCIATES, INC. |
| 7 | | |
| 8 | | By _____ |
| 9 | | Carney R. Shegerian |
| | | Anthony Nguyen |
| 10 | | Mahru Madjidi |
| 11 | | Attorneys for Plaintiff MARCELLUS MCMILLIAN |