Griselda S. Rodriguez, Esq., State Bar No. 303049
Grodlaw.apc@gmail.com
G-ROD LAW, A.P.C.
2660 Townsgate Road, Suite 400
Westlake Village, California 91361
Telephone Number: (805) 275-4000
Facsimile Number:   (805) 507-5770

Carney R. Shegerian, Esq., State Bar No. 150461
CShegerian@Shegerianlaw.com
Anthony Nguyen, Esq., State Bar No. 259154
ANguyen@Shegerianlaw.com
Mahru Madjidi, Esq., State Bar No. 297906
MMadjidi@Shegerianlaw.com
SHEGERIAN & ASSOCIATES, INC.
145 S Spring Street, Suite 400
Los Angeles, California 90012
Telephone Number:      (310) 860 0770
Facsimile Number:      (310) 860 0771

Attorneys for Plaintiff,
MARCELLUS MCMILLIAN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELLUS MCMILLIAN,<br><br>        Plaintiff,<br><br>vs.<br><br>GOLDEN STATE FC LLC,<br>AMAZON FULFILLMENT<br>SERVICES, INC., AMAZON.COM<br>SERVICES, INC., AMAZON.COM,<br>INC., and DOES 1 to 100, inclusive,<br><br>        Defendants. | Case No.:  CV 19-2121-MWF(JCx)<br><br>**The Honorable Michael W. Fitzgerald**<br><br>**(OPP TO DEFS.' MIL NO. 1)**<br><br>**PLAINTIFF MARCELLUS MCMILLIAN'S AMENDED OPPOSITION TO DEFENDANTS' MOTION IN LIMINE NO. 1 TO EXCLUDE EVIDENCE OF OTHER TERMINATIONS DURING LEAVES OF ABSENCE**<br><br>Date:    June 28, 2022<br>Time:    8:30 a.m.<br>Dept.:   5A<br><br>Trial:   June 6, 2022<br>Time:    11:00 a.m.<br>Ctrm.:   5A |

# TABLE OF CONTENTS

**Page**

1. SUMMARY OF PLAINTIFF'S ARGUMENT ........................................... 1

2. ARGUMENT ........................................................................................ 3

    A.  Evidence of Others Being Terminated While Out On Medical Leave "Me, Too" Evidence That is Admissible to Prove Discriminatory Intent. ........ 3

        (1)  "Me, Too" Evidence is Highly Probative of Defendants' State of Mind. ...................................................................................... 3

        (2)  It is an Abuse of Discretion to Exclude "Me, Too" Evidence. ...... 3

        (3)  "Me, Too" Evidence Makes Discriminatory Intent More Likely. .... 4

        (4)  "Me, Too" Evidence Is Not "Character" or "Propensity" Evidence. .. 4

    B.  Evidence of Defendants' Previous Acts is Also Relevant to Show Defendants' Corporate State of Mind and Biases, Even When the Acts Were Committed By Other Supervisors. ............................................. 4

    C.  Evidence of Defendants' Other Discrimination Is Also Relevant to Prove "Motive," "Intent," and "Plan." ........................................................ 5

    D.  Pattern and Practice Are Relevant in Individual Cases of Discrimination. .. 7

    E.  "Me, Too" Evidence is Admissible Even When the Acts Occurred Outside the Statute of Limitations. ......................................................... 8

    F.  Proof of Company-Wide Unlawful Policy is Also Relevant to Punitive Damages. .................................................................................... 9

    G.  FRE Rule 403 Arguments Are Unavailing. ...................................... 11

3. DEFENDANTS' FAILURE TO MEET & CONFER ................................. 12

4. CONCLUSION ...................................................................................... 12

# TABLE OF AUTHORITIES

**Page**

### Cases

*Amtrak v. Morgan,* 536 U.S. 113 .................................................................... 8

*Bingman v. Natkin & Co.* (10th Cir. 1991) 937 F.2d 553 ............................... 7

*Buell-Wilson v. Ford Motor Co.* (2008) 160 Cal.App.4th 1107 ...................... 10

*Conway v. Electro Switch Corp.* (1st Cir. 1987) 825 F.2d 593 ................... 2, 4, 5

*Cummings v. Standard Register Co.* (1st Cir. 2001) 265 F.3d 56 ...................... 5

*Diaz v. American Telephone & Telegraph* (9th Cir. 1985) 752 F.2d 1356 ...................... 8

*Ercegovich, supra,* 154 F.3d at 356 ................................................................. 5

*Freeman v. Package Machinery Co.* (1st Cir. 1988) 865 F.2d 1331 ............... 5

*Gober v. Ralphs Grocery Co.* (2006) 137 Cal.App.4th 204 ........................ 1, 9

*Goldsmith v. Bagby Elevator Co.* (11th Cir. 2008) 513 F.3d 1261 ................. 6

*Greene v. Safeway Stores, Inc.* (10th Cir. 1996) 98 F.3d 554 ......................... 7

*Heyne v. Caruso* (9th Cir. 1995) 69 F.3d 1475.................................... 1, 3, 6

*Johnson v. Ford Motor Co.* (2005) 35 Cal.4th 1191 ..................................... 10

*Johnson v. United Cerebral Palsy/Spastic Children's Foundation* (2009) 173
     Cal.App.4th 740....................................................................passim

*Jones v. UPS, Inc.* (10th Cir. 2007) 502 F.3d 1176 ........................................ 7

*Lowery v. Circuit City Stores, Inc.* (4th Cir. 1998) 158 F.3d 742 ............... 2, 7

*McCoy v. Pacific Maritime Ass'n* (2013) 216 Cal.App.4th 283 ............. 2, 4, 11

*Obrey v. Johnson* (9th Cir. 2005) 400 F.3d 691 ..................................... 2, 11

*Pantoja v. Anton* (2011) 198 Cal.App.4th 87 .................................passim

*People v. Coddington* (2000) 23 Cal.4th 529 ................................... 11, 12

*Phillips v. Smalley Maint. Servs., Inc.,* 711 F.2d 1524 (11th Cir. 1983)..................... 6

*Robinson v. Runyon* (6th Cir. 1998) 149 F.3d 507 ........................................ 5

*Roby v. McKesson Corporation* (2009) 47 Cal.4th 686 ............................... 1, 9

*Sprint v. Mendelsohn* (2008) 552 U.S. 379..................................................... 2, 4

*State Farm Mutual Auto Ins. Co. v. Campbell* (2003) 538 U.S. 408.......................1, 9, 10

*Weeks v. Baker & McKenzie* (1998) 63 Cal.App.4th 1128 ........................................9, 10

*Zubulake v. UBS Warburg, LLC* (S.D. N.Y. 2005) 382 F.Supp.2d 536............................6

## Statutes

Civil Code § 3294 .........................................................................................................10

Evidence Code § 352 ..................................................................................................2, 11

## Rules

Federal Rules of Evidence, Rule 401 ..........................................................................2, 4

Federal Rules of Evidence, Rule 403 ........................................................................2, 11

Federal Rules of Evidence, Rule 404..........................................................................3, 6

PLAINTIFF'S AMENDED OPPOSITION TO DEFENDANTS' MOTION IN LIMINE NO. 1

# MEMORANDUM OF POINTS AND AUTHORITIES

## 1. SUMMARY OF PLAINTIFF'S ARGUMENT

*First*, evidence of others being terminated while on a medical leave of absence, like Plaintiff, Marcellus McMillian ("McMillian"), is admissible "me, too" evidence. *"Me, too" evidence is admissible to prove discriminatory intent*. "It is clear that an employer's conduct tending to demonstrate hostility towards a certain group is both relevant and admissible where the employer's general hostility towards that group is the true reason behind firing an employee who is a member of that group." *Johnson v. United Cerebral Palsy/Spastic Children's Foundation* 173 Cal.App.4th 740, 765 (2009); *Pantoja v. Anton* 198 Cal.App.4th 87, 113 (2011), *citing Heyne v. Caruso* 69 F.3d 1475 (9th Cir. 1995).

*Second*, *"Me, too" evidence establishes punitive damages*, and is admissible for that reason as well. Evidence that other employees have experienced similar misconduct, and whether the conduct is company-wide and a conscious disregard for the law, are relevant to plaintiff's claim for punitive damages. The California Supreme Court and the United States Supreme Court both hold that, to determine reprehensibility on a punitive damages claim, a trial court "must" consider whether "the conduct involved repeated actions or was an isolated incident*." State Farm Mutual Auto Ins. Co. v. Campbell* 538 U.S. 408, 409 (2003); *Roby v. McKesson Corporation* 47 Cal.4th 686, 713 (2009). Each court held, "Reprehensibility of the defendant's conduct **is the most important indicium** of the reasonableness of a punitive damages award." *State Farm* at 419 (emphasis added); *Roby* at 713; *Gober v. Ralphs Grocery Co.* 137 Cal.App.4th 204, 219 (2006) (employment harassment and discrimination).

*Third*, it is an abuse of discretion to exclude "me, too" evidence: Intent is an element of a discrimination claim. *Johnson v. United Cerebral Palsy/Spastic Children's Foundation* 173 Cal.App.4th 740, 765 (2009). "Me, too" evidence therefore is "highly probative" because of the inherent difficulty of proving a statement of mind. *Id.*

*Fourth*, "Me, too" evidence makes discriminatory intent more likely. All relevant evidence is admissible. Relevant evidence is evidence that has any tendency to make a fact

more or less probable than it would be without the evidence, and is a fact of consequence determining the action.   Fed. Rules Evid. 401.   Simply put, evidence that a defendant discriminated against another similarly situated employee makes it more likely that the defendant habored the same intent in both instances. *McCoy v. Pacific Maritime Ass'n* 216 Cal.App.4th 283, 298 (2013) (trial court should have admitted evidence that other employees were retaliated against after they complained of discrimination). Other claims involving a "pattern and practice" of discrimination are relevant to an *individual* case of discrimination. *Lowery v. Circuit City Stores, Inc.* (4th Cir. 1998) 158 F.3d 742.

*Fifth*, *the same actors are not necessary for "me, too" evidence to be admissible*. The Supreme Court *rejected* arguments that the testimony of other victims of discrimination who did not work under the same supervisor as plaintiff is *per se* inadmissible. *Sprint v. Mendelsohn* 552 U.S. 379 (2008) . Also, *Conway v. Electro Switch Corp.* 825 F.2d 593, 596-597 (1st Cir. 1987), held: [E]vidence of a corporate state-of-mind or a discriminatory atmosphere is not rendered irrelevant by its failure to coincide precisely with the particular actors or timeframe involved in the specific events that generated a claim of discriminatory treatment. *Id.* at 597-598.

*Sixth*, Defendants "character evidence" argument has no merit, and the evidence is not in any way character evidence, nor is it being introduced as such. *"Me, too" evidence is not character or propensity evidence:* *McCoy, Pantoja,* and *Johnson* all considered and rejected the argument that "me, too" evidence is "character" or "propensity" evidence. *Johnson* at 766; *Pantoja* at 114; *McCoy* at 298.

*Finally, "Me, too" evidence is not prejudicial* under FRE Rule 403, and rather, is evidence that is highly probative . *Obrey v. Johnson* 400 F.3d 691 (9th Cir. 2005) ; *Pantoja, supra; Johnson, supra; McCoy; supra.* For the reasons above and as detailed herein, this motion *in limine* must be denied.

///

///

///

## 2. ARGUMENT

### A. Evidence of Others Being Terminated While Out On Medical Leave "Me, Too" Evidence That is Admissible to Prove Discriminatory Intent.

All relevant evidence is admissible. Relevant evidence is evidence that has any tendency to make a fact more or less probable than it would be without the evidence; and the fact is of consequence in determining the action. Fed. Rules of Evid. 401. Evidence of other employees being terminated while on medical leave, just like McMillian was, is admissible "Me, Too" evidence. An employer's conduct tending to demonstrate hostility toward a certain group is both relevant and admissible where the employer's general hostility toward that group is the true reason behind firing an employee who is a member of that group. *Johnson,* 173 Cal.App.4th at 765; *Pantoja,* 198 Cal.App.4th at 113, *citing Heyne,* 69 F.3d 1475.

### (1) "Me, Too" Evidence is Highly Probative of Defendants' State of Mind.

Intent is an element of a discrimination claim. *Pantoja.* "Me, too" evidence therefore is "highly probative" because of the inherent difficulty of proving a state of mind. *Id.* Federal Rules of Evidence section 404(b) deems that evidence may be admissible for purposes such as proving motive, opportunity, intent, preparation, plan, knowledge, identity, absence of mistake, lack of accident. Such "me, too" evidence is highly probative to demonstrate Defendants' termination of McMillian while on medical leave was not a mistake or accident like they allege it was, and rather, that McMillian's termination was intentional, and motivated by discriminatory evidence.

### (2) It is an Abuse of Discretion to Exclude "Me, Too" Evidence.

*Johnson* held that it was abuse of discretion for the trial court (ruling on summary judgment) to exclude evidence that other employees were fired after they became pregnant. *Johnson, supra,* at 765.[1] Likewise, *Pantoja* held that it was abuse of discretion

---

[1] A plaintiff need not have personal knowledge of the "me, too" evidence for it to be admissible.

to exclude evidence that the defendant touched women other than the plaintiff without those women's consent and made sexist remarks in the workplace.  The court held that such evidence was probative of bias, which in turn was relevant to the defendant's intent in taking an adverse employment action against the plaintiff.  *Pantoja* at 113.[2] Similarly, excluding evidence of other employees being terminated while on medical leave would also be an abuse of discretion.

### (3)   "Me, Too" Evidence Makes Discriminatory Intent More Likely.

As stated above, relevant evidence is evidence that has any tendency to make a fact more or less probable than it would be without the evidence; and the fact is of consequence in determining the action.  Fed. Rules of Evid. 401.  Simply put, evidence that a defendant discriminated against another similarly situated employee makes it more likely that the defendant habored the same intent in both instances.  *McCoy, supra,* 216 Cal.App.4th at 298 (trial court should have admitted evidence that other employees were retaliated against after they complained of discrimination). Thus, this evidence is admissible for this reason as well.

### (4)   "Me, Too" Evidence Is Not "Character" or "Propensity" Evidence.

*McCoy, Pantoja,* and *Johnson* all considered and rejected the argument that "me, too" evidence is "character" or "propensity" evidence.  *Johnson* at 766; *Pantoja* at 114; *McCoy* at 298.  Thus, this evidence is not inadmissible under Federal Rules of Evidence Rule 404.

## B.   Evidence of Defendants' Previous Acts is Also Relevant to Show Defendants' Corporate State of Mind and Biases, Even When the Acts Were Committed By Other Supervisors.

Evidence of other similarly situated employees being terminated while on a medical leave of absence is relevant and admissible, regardless of whether or not it involves the

---

*Johnson, supra,* at 765.

[2] Such evidence should also be admissible as "rebuttal" testimony in appropriate circumstances. *Pantoja, supra,* at 113.

same supervisors as with the plaintiff involved.  *See Sprint, supra,* 552 U.S. 379.  The court in *Conway, supra,* 825 F.2d at 596-597, held:

> [E]vidence of a corporate state-of-mind or a discriminatory atmosphere is not rendered irrelevant by its failure to coincide precisely with the particular actors or timeframe involved in the specific events that generated a claim of discriminatory treatment.

*Id.* at 597-598.

In *Ercegovich, supra,* 154 F.3d at 356, the court similarly held that evidence of discrimination by other supervisors:

> [M]ay reflect a cumulative managerial attitude among the defendant-employer's managers that has influenced the decisionmaking process for a considerable time.  Thus, management's consideration of an impermissible factor in one context may support the inference that the impermissible factor entered into the decisionmaking process in another context.

*Id.* at 356; *see also Freeman v. Package Machinery Co.* 865 F.2d 1331, 1342 (1st Cir. 1988) ("The inquiry into a corporation's motives need not artificially be limited to the particular officer who carried out the action . . ."); *Robinson v. Runyon* 149 F.3d 507, 512-514 (6th Cir. 1998) (same); *Cummings v. Standard Register Co.* 265 F.3d 56, 63-64 (1st Cir. 2001) (same). "Me, too" evidence is admissible even under different departments and supervisors. Defendants cannot hope to attempt to exclude this evidence on this basis.

## C.  Evidence of Defendants' Other Discrimination Is Also Relevant to Prove "Motive," "Intent," and "Plan."

Evidence of a defendant's differential or discriminatory treatment is admissible to prove that the overall environment in a particular work place discriminates against or is hostile to a certain class of workers.  In *Johnson v. United Cerebral Palsy, supra,* 173 Cal.App.4th 740, the court found declarations of former employees (stating that they were fired or that they knew someone who was fired or who encountered more stress on the job because she became pregnant or revealed that she was trying to get pregnant) "substantial evidence" in support of the illegal reason the defendant fired the plaintiff (her pregnancy). *Id.* at 759.

Following *Johnson,* in *Pantoja, supra,* 198 Cal.App.4th 87, the court reversed judgment for the defendants, explaining that evidence of harassment of an employee by someone who was not a party to the case was probative of the defendants' intent and to rebut factual claims made by defense witnesses.

"Me, too" pattern and practice evidence is admissible for the separate and distinct purpose of proving the employer's motive, intent, or plan.

> The "me too" evidence was admissible, under Rule 404(b), to prove the intent of Bagby Elevator to discriminate and retaliate. We have upheld the admission of coworker testimony in a sexual harassment context under Rule 404(b) to prove the defendant's "motive, . . . intent, . . . [or] plan" to discriminate against the plaintiff. Fed.R.Evid. 404(b); *Phillips v. Smalley Maint. Servs., Inc.,* 711 F.2d 1524, 1532 (11th Cir. 1983). Goldsmith and coworkers Jemison and Thomas were discriminated against by the same supervisor, Farley, so the experiences of Jemison and Thomas are probative of Farley's intent to discriminate. Steber was involved in the termination decisions of all four individuals, so the experiences of Jemison, Peoples, and Thomas are probative of Steber's intent.

*Goldsmith v. Bagby Elevator Co.* 513 F.3d 1261, 1286 (11th Cir. 2008); *see, e.g., Heyne, supra,* 69 F.3d at 1480 ("evidence of [a supervisor's] sexual harassment of other female workers may be used, however, to prove his motive or intent in discharging [an employee]"; thus, trial court erred in excluding evidence that supervisor harassed other employees); *Zubulake v. UBS Warburg, LLC* 382 F.Supp.2d 536, 544 (S.D. N.Y. 2005) ("As a general rule, the testimony of other employees about their treatment by the defendant is relevant to the issue of the employer's discriminatory intent" (citations omitted)). "Me, too" evidence shows defendants' discriminatory motive, intent, and plan in their treatment of McMillian and is relevant and admissible for this reason as well.

Indeed, Defendants are specifically alleging in this matter that they may have prematurely terminated McMillian by "accident", and attempt to shift any blame to their third party agent, The Reed Group, for providing them with information that was erroneous. For example, Neshira Wagner (a Rule 30(b)(6) witness) testified that Defendants instruct their third party agency, The Reed Group, to investigate whether the leave of absence case for the employee justified a termination, and reported that

information to Defendants, suggesting an alleged lack of intent and alleged efforts to fix any "mistakes" that may have been made. (Def's. Exh. A, Wagner Depo., 182:24-184:7 "…we would just write up our review.  We would submit our review over to Amazon. And Amazon would determine, based on our findings, if the employee should be reinstated or stay terminated.") Indeed, Defendants claim that the termination was "premature" and in error. (Exh. 3).  This makes it even more necessary to introduce evidence that this was an intentional plan with a motive to terminate employees who were on medical leave and try to evade liability by using the third party agent as a scapegoat, knowing full well what they were doing. Therefore, this evidence is probative to demonstrate lack of accident, intent, and motive, and show the discriminatory intent behind McMillian's termination.

## D. Pattern and Practice Are Relevant in Individual Cases of Discrimination.

McMillian is not seeking to prove merely that a specific individual terminated his employment for discriminatory reasons, rather, he seeks to establish that his employer acted *pursuant to a company-wide pattern and practice* in the termination of his employment.  *See, e.g., Greene v. Safeway Stores, Inc.* 98 F.3d 554, 560 (10th Cir. 1996) (plaintiff permitted to present evidence that his firing fit a pattern of age-based dismissals that included eight other top-level executives over the age of 50 who were replaced by younger persons); *Bingman v. Natkin & Co.* 937 F.2d 553, 557 (10th Cir. 1991) (in individual age discrimination case, "evidence . . . that defendant terminated others in the 60-year-old age group would be entirely relevant to the question of defendant's policies and practices").

Pattern and practice therefore may be used as *evidence* to prove discrimination in an individual case.  *See Lowery, supra,* 158 F.3d 742, which held:

> Evidence of a pattern of practice of discrimination may very well be useful and relevant to prove . . . that *the individual's* adverse employment action occurred under circumstances giving rise to an inference of unlawful discrimination, or that the employer's articulated reasons for the adverse action was merely pretext, or to establish the Plaintiff's ultimate burden.

*Id.* at 761 (emphasis added, citation omitted).[3] Thus, this "Me, too" evidence is relevant to McMillian's individual claims. The most common form of "pattern and practice" evidence is statistical data, which are routinely admitted in *individual* discrimination cases, in addition to providing the basis for class action "pattern and practice" cases. *Diaz v. American Telephone & Telegraph* 752 F.2d 1356, 1362-1364 (9th Cir. 1985) ("Statistical data is relevant because it can be used to establish a *general discriminatory pattern* in an employer's hiring or promotion practices. *Such a discriminatory pattern is probative of motive and can therefore create an inference of discriminatory intent with respect to the individual employment decision at issue*").

In this case, Defendants have produced a chart reflecting a "Job Abandonment Bridge" which is a regularly circulated report that shows management which employees are negative in UPT, and includes both employees out on medical leave, or out for another reason, in addition to reflecting which employees, among those with negative UPT, have been terminated. (Exh. 1; Exh. 2, Amjad Depo., 129:6-19.) As reflected in the chart, there are three employees, who, like McMillian, had allegedly accrued negative UPT, and had a further leave of absence extension request pending and being reviewed, and were subsequently terminated. (Exh. 1, employee ID numbers 103117815, 103113929, and 103102489.) At the same time, there are numerous employees who also have negative UPT time, including employees with 20, 30, and even over 100 negative hours of UPT who had not yet been terminated. (Exh. 1.) Such evidence is admissible for the reasons above as well.

### E. "Me, Too" Evidence is Admissible Even When the Acts Occurred Outside the Statute of Limitations.

The United States Supreme Court in *Amtrak v. Morgan, supra,* 536 U.S. at 113, held that evidence of prior acts that are outside the statute of limitations is admissible to support

---

[3] *See also Jones v. UPS, Inc.* 502 F.3d 1176, 1188-1189 (10th Cir. 2007) (evidence of the employer's *company-wide policy of disability discrimination* constitutes *circumstantial evidence of individualized disability discrimination* in plaintiff's particular case).

timely claims.  The High Court in *Amtrak* held:

> The existence of past acts and the employee's prior knowledge of their occurrence, however, does not bar employees from filing charges about related discrete acts so long as the acts are independently discriminatory and charges addressing those acts are themselves timely filed.  ***Nor does the statute bar an employee from using the prior acts as background evidence in support of a timely claim.***

(Emphasis added.)  Thus, Defendants cannot hope to exclude this evidence on this basis either.

## F.   Proof of Company-Wide Unlawful Policy is Also Relevant to Punitive Damages.

Evidence that other employees have experienced similar misconduct is relevant to a McMillian's claim for punitive damages.  Here, plaintiff seeks punitive damages.  The California Supreme Court and the United States Supreme Court both hold that, to determine reprehensibility on a punitive damages claim, a trial court "must" consider whether "the conduct involved repeated actions or was an isolated incident.*"  State Farm* at 409; *Roby,* 47 Cal.4th at 713.  Each court held, "Reprehensibility of the defendant's conduct *is the most important indicium* of the reasonableness of a punitive damages award."  *State Farm* at 419 (emphasis added); *Roby* at 713; *Gober, supra,* 137 Cal.App.4th at 219 (employment harassment and discrimination).  In the context of employment claims, the California Supreme Court explained on the question of "reprehensibility":

> The high court instructed courts to consider whether [1] the harm caused was physical as opposed to economic; [2] the tortious conduct evinced an indifference to or a reckless disregard of the health or safety of others; [3] the target of the conduct had financial vulnerability; [4] ***the conduct involved repeated actions or was an isolated incident;*** and [5] the harm was the result of intentional malice, trickery, or deceit, or mere accident.

*Roby* at 713 (emphasis added); *see State Farm* at 409.

Applying this reasoning, the court in *Weeks v. Baker & McKenzie* 63 Cal.App.4th 1128, 1162 (1998), held that evidence regarding prior conduct toward other employees is properly "admitted, in part, to establish [the employer's] liability for punitive damages." *Id.* at 1162.  The *Weeks* court held that evidence regarding prior conduct toward other

employees is admissible to demonstrate motive, intent, or plan. *Weeks* involved a law partner who had sexually harassed employees other than plaintiff Weeks. The trial court admitted evidence of his prior acts of sexual harassment to prove both that the sexual harassment at issue was intentional and that the actor acted with knowledge that he was likely to injure. On appeal, *Weeks* held that evidence of past actions may be admitted to prove some fact such as motive, intent, plan, knowledge, or absence of mistake or accident. *Id.* at 1162. The Court went on to state that:

> Civil Code section 3294 defines "malice" for purposes of punitive damages liability as "conduct which is intended by the defendant to cause injury to the plaintiff or despicable conduct which is carried on by the defendant with a willful and conscious disregard of the rights or safety of others." (Civ. Code, § 3294, subd. (c)(1).) "Oppression" is defined as "despicable conduct that subjects a person to cruel and unjust hardship in conscious disregard of that person's rights." (Civ. Code, § 3294, subd. (c)(2).) Evidence of Greenstein's past conduct, and that he had been warned or reprimanded as a result of that conduct, tended to prove that he was fully aware that similar conduct would cause injury, and acted either with the intent to cause injury or with a willful and conscious disregard of Weeks's rights.

*Weeks* rejected the argument that evidence regarding prior conduct toward other employees is inadmissible on the basis of plan, motive, intent, knowledge, or absence of mistake or accident, holding, "Evidence of past actions may be admitted to prove some fact such as motive, intent, plan, knowledge or absence of mistake or accident," and noting that the evidence was also properly "admitted, in part, to establish [the employer's] liability for punitive damages." *Id.* at 1162.

Further, "[D]ue process does not prohibit state courts, in awarding or reviewing punitive damages, from considering the *defendant's illegal or wrongful conduct toward others that was similar to the tortious conduct that injured the plaintiff or plaintiffs.*" *Johnson v. Ford Motor Co.* 35 Cal.4th 1191, 1207 (2005). Moreover, the California Court of Appeals, citing *Johnson v. Ford* and *State Farm,* recently reiterated that "the reprehensibility of a defendant's conduct is the most important indicator of the reasonableness of a punitive damages award" and held, "Conduct is more reprehensible where . . . it is part of repeated corporate policy or practice rather than an isolated

incident." *Buell-Wilson v. Ford Motor Co.* 160 Cal.App.4th 1107, 1158 (2008).  This, this evidence is admissible to also establish a basis for punitive damages.

Defendants allege that because this Court's Order on Defendants' Motion for Summary Judgment rejected Plaintiff's argument that punitive damages could be warranted because of a widespread problem, that me, too evidence is not admissible. (Def. MIL No. 1, pg. 10.)  First, the Court did not "reject" the idea of a widespread issue. Furthermore, unlike at trial, McMillian did not introduce any "me, too" evidence in his opposition to Defendants' motion for summary adjudication, and thus, the circumstances here are different, and such evidence cannot be exclude from trial.

**G.   FRE Rule 403 Arguments Are Unavailing.**

Any argument that evidence of other victims of discrimination would be prejudicial and therefore inadmissible under FRE Rule 403 is without merit.  The Ninth Circuit rejected this argument in *Obrey, supra,* 400 F.3d 691:

The district court [had] excluded the testimony of three Shipyard workers . . . who were prepared to testify that the Shipyard discriminated against them on the basis of race. The [district] court found that the testimony at issue would require the jury to . . . conduct[] three abbreviated employment discrimination trials.

The Ninth Circuit reversed, holding:

[N]one of the testimony that the appellant attempted to offer into evidence so clearly involved delay that was "undue" or a "waste of time" or was cumulative of other evidence that it was excludable.  Rather, *the testimony was offered to show that the defendant had a discriminatory motive when it denied his promotion because it had unlawfully rejected other applicants in circumstances similar to his,* and tended to support his pattern or practice theory. . . .  *[T]his is not the sort of undue delay and waste of time that the Rules contemplate.*

*Id.* at 698-699.  *Johnson, Pantoja,* and *McCoy* likewise rejected such arguments. Thus, evidence of others being terminated while on medical leave in not inadmissible under FRE Rule 403.

Evidence may be excluded under FRE Rule 403 if its probative value is substantially outweighed by the danger of one or more of the following: unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, or needlessly presenting cumulative evidence.  The "prejudice" referred to applies to evidence which uniquely tends to evoke an emotional bias against defendant as an individual and which has *very little* effect on the issues." *People v. Coddington* 23 Cal.4th 529, 588 (2000) (emphasis added).  "Prejudicial" does not mean "damaging" or inconvenient for defendants.  *Id.* Arguing that "me, too" evidence is prejudicial is simply an argument that it would be damaging to defendants' case.  This is not "prejudicial."

As was established above, "me, too" evidence is probative of the issues of motive and intent.  Because issues of motive and intent are the central issue in discrimination cases, the probative value of "me, too" evidence outweighs any prejudice.

Furthermore, "me, too" evidence will not cause any confusion to a jury or undue delay of time.  This evidence is directly probative to McMillian proving his claims, establishing the discriminatory intent, and to establish punitive damages.  Introducing such evidence will not cause undue delay as it is essential to McMillian proving his case. Moreover, any alleged risk of confusion is outweighed by the probative value of this evidence.  Therefore, the evidence is admissible.

### 3.  DEFENDANTS' FAILURE TO MEET & CONFER

Defendants have indicated they did not meet and confer because Plaintiff's counsel was in trial, however, the parties have had multiple phone calls to meet and confer on trial pleadings while Plaintiff's counsel has been on trial, and the parties have regularly communicated through email as well. (Madjidi Decl., ¶ 5; Exh. 4.)

### 4.  CONCLUSION

For the reasons above, this motion *in limine* must be denied.

///

///

1

Dated:  March 8, 2022             SHEGERIAN & ASSOCIATES, INC.

2

3                                  By: _____

4                                      Mahru Madjidi, Esq.

5                                      Attorneys for Plaintiff,
                                       MARCELLUS MCMILLIAN

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# DECLARATION

# DECLARATION OF MAHRU MADJIDI

I, Mahru Madjidi, declare as follows:

1.   I am an attorney at law, duly authorized to practice law before all of the courts of the State of California.  I am a managing associate attorney for Shegerian & Associates, the attorney of record for plaintiff, Marcellus McMillian, in this case.  I am familiar with the files, pleadings, and facts in this case and could and would competently testify to the following facts on the basis of my own personal knowledge.

2.   Attached hereto as **Exhibit 1** is a true and correct copy of the job abandonment chart produced by Defendants in this case.

3.   Attached hereto as **Exhibit 2** are true and correct copies of excerpt from the deposition of Sonja Amjad.

4.   Attached hereto as **Exhibit 3** is a true and correct copy of an email correspondence from Defendant's Regional Accommodation Manager.

5.   Defendants have indicated they did not meet and confer because our office was in trial, however, the parties have had multiple phone calls to meet and confer on trial pleadings while we have been in trial, and the parties have regularly communicated through email as well. I can understand and appreciate that being engaged in trial does limit the availability of the parties to communicate, however, it does not serve as a basis for failing to meet and confer altogether and not emailing my office about what motions *in limine* they intend to file until hours before filing their motions.  Attached hereto as **Exhibit 4** is a true and correct copy of the email correspondence indicating that Defendants' intend to file four motions *in limine*, which took place on December 13, 2021, the same day the motions *in limine* were due.

///
///
///
///

---

DECLARATION OF MAHRU MADJIDI IN OPPOSITION TO DEFENDANTS' MOTION IN LIMINE NO. 1

1    I declare, under penalty of perjury under the laws of the State of California, that the

2 foregoing is true and correct.

3    Executed on this 8th day of March, 2022, at Los Angeles, California.

4

5    _____

6    Mahru Madjidi, Esq.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT 1

| From: | Golliday, Renee |
| Sent: | Monday, April 23, 2018 1:54 PM |
| To: | Chavez, Ray; ont2-hrbp@amazon.com |
| Cc: | ont2-hr@amazon.com; Smith, Lauren; Henderson, Paige; Amjad, Sonia; Smith, Reuben; Bustamante, Priscilla; Favati, Caitlin |
| Subject: | Job Abandonment Bridge - 4/23/2018 |

### Job Abandonment Bridge

| Legend | Total |
|---|---|
| AA's that have been sent JA email | 14 |
| AA's that have been terminated | 11 |
| AA's that have been Emailed already, Waiting for response, Accruals to cover | 20 |
| AA's on Workers Comp | 5 |
| AA's on LOA, COF, Time Excused | 34 |
| **Total** | **84** |

| Bridge | Emp ID | Employee Name | Supervisor User ID | Emp Email | FCLM Area Code | Main Process | Missed 2 Scheduled Days | Missed 3 Scheduled Days | Missed 4 Scheduled Days | Missed 6 Scheduled Days |
|---|---|---|---|---|---|---|---|---|---|---|
| Emailed 4/23 - UPT -37 | 103182622 | | ACCOCA | | 13 | Outbound | X | 0 | 0 | 0 |
| Emailed 4/23 - UPT -20 | 103182626 | | ACCOCA | | 13 | Outbound | X | 0 | 0 | 0 |
| Emailed 4/23 - UPT 24 | 938486 | | DAOLIS | | 27 | Support | X | 0 | 0 | 0 |
| Emailed 4/23 - UPT -39 | 103165365 | | JONTORRE | | 16 | Outbound | X | 0 | 0 | 0 |
| Emailed 4/23 - UPT -1 - Pending resignation | 103165386 | | JONTORRE | | 16 | Outbound | X | 0 | 0 | 0 |
| Emailed 4/23 - UPT -3 - PTO to cover | 103177510 | | JONTORRE | | 16 | Outbound | X | 0 | 0 | 0 |
| Emailed 4/23 - UPT -20 | 103141076 | | JOSEAVIN | | 16 | Outbound | X | 0 | 0 | 0 |
| Emailed 4/23 - UPT -3 | 100119987 | | LITTLERI | | 16 | Outbound | X | 0 | 0 | 0 |
| Emailed 4/23 - UPT 12 | 100204256 | Redacted | MASTERFI | Redacted | 13 | Outbound | X | 0 | 0 | 0 |
| Emailed 4/23 - UPT -12 - Pending resignation | 103089596 | | RYANRAU | | 13 | Outbound | X | 0 | 0 | 0 |
| Emailed 4/23 - UPT -34 | 103165350 | | RYANRAU | | 13 | Outbound | X | 0 | 0 | 0 |
| Emailed 4/23 - UPT 4 | 103174583 | | RYANRAU | | 13 | Outbound | X | 0 | 0 | 0 |
| Emailed 4/23 - UPT -109 | 101169674 | | SOLISANT | | 18 | Outbound | X | 0 | 0 | 0 |
| Emailed 4/23 - UPT -20 | 102449340 | | ACARJOHN | | 23 | Print on demand | 0 | 0 | 0 | 0 |
| Termed 4/19 | 100424479 | | ACCOCA | | 13 | Outbound | X | X | 0 | 0 |
| Termed 4/22 | 103182620 | | ESTEVEZA | | 16 | Outbound | X | X | X | 0 |
| Termed 4/22 | 101644358 | | FDARWIN | | 3 | Inbound | X | X | X | 0 |
| Termed 4/23 | 103177526 | | MASTERFI | | 13 | Outbound | X | X | 0 | 0 |
| Termed 4/22 - UPT -47 | 102335167 | | MULJANI | | 13 | Outbound | X | X | X | 0 |
| Termed 4/23 | 103102489 | | MULJANI | | 13 | Outbound | X | X | X | X |
| Termed 4/22 - UPT -34 | 103102508 | | MULJANI | | 13 | Outbound | X | X | X | 0 |
| Termed 4/21 - Emailed 4/19 by Caitlin - UPT -3357 | 100051862 | | PAULINOZ | | 18 | Outbound | X | X | X | 0 |
| Termed 4/22 | 103089594 | | RYANRAU | | 13 | Outbound | X | X | 0 | 0 |
| Termed 4/21 - resigned for finding new job | 103174588 | | RYANRAU | | 13 | Outbound | X | X | 0 | 0 |
| Termed 4/22 - UPT -35 | 102468145 | | TREVMELI | | 3 | Inbound | X | X | X | 0 |
| Time Excused | 103102473 | | ACCOCA | | 13 | Outbound | X | X | 0 | 0 |
| Clocked in 4/23 - NOT JA | 103096877 | | BIDLINGM | | 13 | Outbound | X | X | X | 0 |
| Fresh JA - UPT -3 | 101502852 | | ELAINAR | | 1 | Inbound | X | X | 0 | 0 |
| Time Excused | 102234647 | | JONTORRE | | 14 | Outbound | X | X | 0 | 0 |
| Time Excused | 103177523 | | JONTORRE | | 16 | Outbound | X | X | 0 | 0 |
| Call AA again - Emailed 4/21 - UPT -42 | 102873531 | | JOSEAVIN | | 14 | Outbound | X | X | X | 0 |

| Notes | ID | | Name | | Count | Direction | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Call AA - Emailed 4/22 - UPT 34 | 100394372 | Redacted | JOSPAR | Redacted | 5 | Inbound | X | X | | | 0 | 0 |
| New Hire - Needs to be rescheduled | 101596348 | | LITTLERI | | 16 | Outbound | X | | 0 | | 0 | 0 |
| Time Excused - UPT 9 | 101624623 | | MANRIVE | | 13 | Outbound | X | X | | | 0 | 0 |
| Clocked in 4/23 - NOT JA - UPT 55 | 809840 | | MASTERFI | | 13 | Outbound | X | | 0 | | 0 | 0 |
| Call AA - Emailed 4/22 - UPT -16 | 103091633 | | MASTERFI | | 13 | Outbound | X | X | | | 0 | 0 |
| Call AA - Emailed 4/22 - UPT -16 | 103177517 | | MASTERFI | | 13 | Outbound | X | X | | | 0 | 0 |
| Clocked in 4/23 - NOT JA - UPT -17 | 103102476 | | MULJANI | | 13 | Clocked | X | X | | | 0 | 0 |
| Pending response - Emailed 4/21 - UPT 0 | 103182618 | | MULJANI | | 13 | Outbound | X | X | | X | | 0 |
| Call AA - Emailed 4/22 - UPT -40 | 103129617 | | ONESIMOE | | 3 | Inbound | X | X | | | 0 | 0 |
| Call AA - Emailed 4/22 - UPT -7 | 100835615 | | PAULINOZ | | 18 | Outbound | X | X | | | 0 | 0 |
| Time Excused | 101450936 | | PUNJABIP | | 13 | Outbound | X | | 0 | | 0 | 0 |
| Time Excused - UPT -20 | 103101067 | | RYANRAU | | 13 | Outbound | X | X | | | 0 | 0 |
| Call AA - Emailed 4/22 - UPT -8 | 103177550 | | RYANRAU | | 13 | Outbound | X | X | | | 0 | 0 |
| Call AA - Emailed 4/22 - UPT 7 | 100542276 | | TEDRAMIR | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Workers Comp | 100028729 | | CARNEMOL | | 1 | Inbound | X | X | | X | | 0 |
| Workers Comp - UPT -25 | 100725123 | | GMEZMI | | 1 | Inbound | X | X | | | 0 | 0 |
| Workers Comp | 780003 | | JOSEAVIN | | 14 | Outbound | X | | 0 | | 0 | 0 |
| Workers Comp | 100362137 | | LITTLERI | | 14 | Outbound | X | X | | X | | 0 |
| Workers Comp | 101869468 | | ROLSTEN | | 18 | Outbound | X | X | | | 0 | 0 |
| Reviewing for LEA - LOA Open until 4/6 - E035492948 - UPT Neg -183 | 101545698 | | ACCOCA | | 13 | Outbound | X | X | | X | | X |
| COF through 4/23 | 102387719 | | ACCOCA | | 13 | Outbound | X | | 0 | | 0 | 0 |
| Emailed 4/21 - UPT -86 - Open LOA | 100591753 | | ASMITHB | | 3 | Inbound | X | X | | X | | 0 |
| COF through 4/23 | 100414741 | | BIDLINGM | | 13 | Outbound | X | | 0 | | 0 | 0 |
| Email sent to LOA Team - UPT -128 | 100871663 | | BIDLINGM | | 13 | Outbound | X | X | | X | | X |
| Waiting on Accom team | 103108134 | | BIDLINGM | | 13 | Outbound | X | X | | X | | X |
| Bereavement - E036391094 | 100556080 | | DELSIERR | | 3 | Inbound | X | X | | X | | 0 |
| LOA Military | 101281838 | | DELSIERR | | 3 | Inbound | X | X | | X | | X |
| Waiting on Accom team | 100684233 | | FDARWIN | | 3 | Inbound | X | X | | X | | 0 |
| COF until 4/26 | 100736105 | | JONTORRE | | 16 | Outbound | X | X | | | 0 | 0 |
| COF through 4/28 | 100579965 | | JOSEAVIN | | 14 | Outbound | X | X | | | 0 | 0 |
| Waiting on ACCOM - UPT 1 | 102452346 | | JOSEAVIN | | 16 | Outbound | X | X | | X | | 0 |
| Paid suspension - Pending I-9 verification | 100681957 | | JOSPAR | | 1 | Inbound | X | | 0 | | 0 | 0 |
| Waiting on ACCOM - Time Excused | 100450821 | | KATEZUMM | | 1 | Inbound | X | X | | X | | 0 |
| Pending LOA - Emailed LOA | 100725021 | | MACHAVEZ | | 3 | Inbound | X | X | | X | | 0 |
| LOA Inter | 103120044 | | MASTERFI | | 13 | Outbound | X | X | | X | | 0 |
| COF through 4/23 | 103177532 | | MASTERFI | | 13 | Outbound | X | X | | X | | X |
| LOA being corrected - RTW 4/24 per Caitlin email | 100741905 | | MULJANI | | 13 | Outbound | X | X | | X | | 0 |
| Waiting on bloodwork - Extending LOA - UPT -50 - Open LOA | 103104710 | | MULJANI | | 13 | Outbound | X | X | | X | | X |
| Bereavement | 101782500 | | NATLEWIS | | 27 | Support | X | X | | | 0 | 0 |
| COF through 4/21 - Pending PCP note | 101953059 | | PAULINOZ | | 18 | Outbound | X | X | | X | | X |
| Pending LOA - UPT -35 | 102446782 | | PAULINOZ | | 18 | Outbound | X | X | | X | | 0 |
| COF through 4/22 | 101924798 | | PUNJABIP | | 13 | Outbound | X | | 0 | | 0 | 0 |
| Trying to extend PLOA - UPT 34 | 101750087 | | ROLSTEN | | 18 | Outbound | X | X | | | 0 | 0 |
| Emailed LOA - Leave extended through 4/30 - UPT -69 | 102461843 | | RYANRAU | | 13 | Outbound | X | X | | X | | X |
| LOA continuous | 102480715 | | RYANRAU | | 13 | Outbound | X | X | | | 0 | 0 |
| Potential Extended PLOA - UPT -16 | 103089586 | | RYANRAU | | 13 | Outbound | X | X | | X | | 0 |
| Open LOA - UPT -140 | 103098779 | | RYANRAU | | 13 | Outbound | X | X | | X | | X |
| COF through 4/24 | 100917536 | | THROCR | | 13 | Outbound | X | X | | | 0 | 0 |
| Waiting on Accom team | 102053953 | | THROCR | | 13 | Outbound | X | | 0 | | 0 | 0 |
| COF through 4/25 | 102441129 | | THROCR | | 13 | Outbound | X | | 0 | | 0 | 0 |
| COF until 4/22 | 102442159 | | THROCR | | 13 | Outbound | X | X | | X | | 0 |
| Approved for extended PLOA per Caitlin email | 102446840 | | TREVMELI | | 3 | Inbound | X | X | | X | | X |

| Continuous LOA - Open LOA - UPT -267 | 101953050 | McMillian, Marcelius | ACARJOHN | | 0 | 23 | Print on demand | | 0 | | 0 | | 0 | | 0 |

Thank you,

**Renee Golliday**
**SR. HRA || ONT2/3/4**
**E:** golliday@amazon.com



**From:** Golliday, Renee [mailto:golliday@amazon.com]
**Sent:** Sunday, April 22, 2018 6:15 PM
**To:** Chavez, Ray <raychav@amazon.com>; ont2-hrbp@amazon.com
**Cc:** ont2-hr@amazon.com; Smith, Lauren <sitzemst@amazon.com>; Henderson, Paige <hpaige@amazon.com>; Amjad, Sonia <amjasoni@amazon.com>; Smith, Reuben <reubens@amazon.com>; Bustamante, Priscilla <bustamap@amazon.com>; Favati, Caitlin <favatic@amazon.com>
**Subject:** Job Abandonment Bridge - 4/22/2018

### Job Abandonment Bridge

| Legend | Total |
|---|---|
| AA's that have been sent JA email | 11 |
| AA's that have been terminated | 11 |
| AA's that have been Emailed already, Waiting for response, Accruals to cover | 10 |
| AA's on Workers Comp | 5 |
| AA's on LOA, COF, Time Excused | 32 |
| **Total** | **69** |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Emailed 4/22 - UPT -8 | 103177550 | | RYANRAU | | 13 | Outbound | X | | 0 | 0 | 0 |
| Emailed 4/22 - UPT -30 | 102480715 | | RYANRAU | | 13 | Outbound | X | | 0 | 0 | 0 |
| Emailed 4/22 - UPT -16 | 103177517 | | MASTERFI | | 13 | Outbound | X | | 0 | 0 | 0 |
| Emailed 4/22 - UPT 7 | 100542276 | | TEDRAMIR | | 23 | Print on demand | | 0 | 0 | 0 | 0 |
| Emailed 4/22 - UPT-10 | 103177526 | | MASTERFI | | 13 | Outbound | X | | 0 | 0 | 0 |
| Emailed 4/22 - UPT -40 | 103129617 | | ONESIMOE | | 3 | Inbound | X | | 0 | 0 | 0 |
| Emailed 4/22 - UPT -7 | 100835615 | | PAULINOZ | | 18 | Outbound | X | | 0 | 0 | 0 |
| Emailed 4/22 - UPT 65 | 809840 | | MASTERFI | | 13 | Outbound | X | | 0 | 0 | 0 |
| Emailed 4/22 - UPT 34 | 100394372 | | JOSPAR | | 5 | Inbound | X | | 0 | 0 | 0 |
| Emailed 4/22 - UPT 10 | 103127576 | | FORDJAY | | 18 | Outbound | X | | 0 | 0 | 0 |
| Emailed 4/22 - UPT -16 | 103091633 | | MASTERFI | | 13 | Outbound | X | | 0 | 0 | 0 |
| Termed 4/14 - Emailed 4/12 - UPT Neg 40 | 100322264 | | TREVMELI | | 3 | Inbound | X | X | X | X | |
| Termed 4/21 - resigned for finding new job | 103174588 | | RYANRAU | | 13 | Outbound | X | | 0 | 0 | 0 |
| Termed 4/20 | 103120054 | | RYANRAU | | 13 | Outbound | X | | 0 | 0 | 0 |
| Termed 4/19 | 100424479 | | ACCOCA | | 13 | Outbound | X | | 0 | 0 | 0 |

| Status | ID | | Name | | Num | Direction | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Termed 4/22 | 103182620 | | ESTEVEZA | | 16 | Outbound | X | X | | 0 | 0 |
| Termed 4/22 - UPT -47 | 102335167 | | MULJANI | | 13 | Outbound | X | X | X | | 0 |
| Termed 4/22 -34 | 103102508 | | MULJANI | | 13 | Outbound | X | X | | 0 | 0 |
| Termed 4/21 - Emailed 4/19 by Caitlin - UPT -3357 | 100051862 | | PAULINOZ | | 18 | Outbound | X | X | | 0 | 0 |
| Termed 4/22 - UPT -35 | 102468145 | | TREVMELI | | 3 | Inbound | X | X | X | | 0 |
| Termed 4/22 | 101644358 | | FDARWIN | | 3 | Inbound | X | X | X | | 0 |
| Termed 4/22 | 103089594 | | RYANRAU | | 13 | Outbound | X | | 0 | 0 | 0 |
| Pending response - Emailed 4/21 - UPT 8 | 102597708 | | JUSTMCGE | | 13 | Outbound | X | | 0 | 0 | 0 |
| Time Excused - UPT 9 | 101624623 | | MANRIVE | | 13 | Outbound | X | X | | 0 | 0 |
| Pending response - Emailed 4/21 - UPT 0 | 103182618 | | MULJANI | | 13 | Outbound | X | X | | 0 | 0 |
| Time Excused | 103177523 | | JONTORRE | | 16 | Outbound | X | X | | 0 | 0 |
| Time Excused | 102234647 | | JONTORRE | | 14 | Outbound | X | X | | 0 | 0 |
| Call AA - Emailed 4/21 - UPT -42 | 102873531 | | JOSEAVIN | | 14 | Outbound | X | X | X | | 0 |
| Time Excused - UPT -20 | 103101067 | | RYANRAU | | 13 | Outbound | X | X | | 0 | 0 |
| Clocked in 4/22 - UPT 0 | 103165362 | | JOSEAVIN | | 16 | Outbound | X | | 0 | 0 | 0 |
| Time Excused | 102009733 | | THROCR | | 13 | Outbound | X | | 0 | 0 | 0 |
| Time Excused | 103102473 | | ACCOCA | | 13 | Outbound | X | | 0 | 0 | 0 |
| Workers Comp | 780003 | | JOSEAVIN | | 14 | Outbound | X | | 0 | 0 | 0 |
| Workers Comp | 101869466 | | ROLSTEN | | 18 | Outbound | X | | 0 | 0 | 0 |
| Workers Comp | 100362137 | | LITTLERI | | 14 | Outbound | X | X | | 0 | 0 |
| Workers Comp | 100028729 | | CARNEMOL | | 1 | Inbound | X | X | | 0 | 0 |
| Workers Comp - UPT -25 | 100725123 | | GMEZMI | | 1 | Inbound | X | X | | 0 | 0 |
| Waiting on Accom team | 102053953 | | THROCR | | 13 | Outbound | X | | 0 | 0 | 0 |
| Pending LOA - Emailed LOA | 100725021 | | MACHAVEZ | | 3 | Inbound | X | X | X | | 0 |
| Email sent to LOA Team - UPT -128 | 100871663 | | BIDLINGM | | 13 | Outbound | X | X | X | X | |
| COF through 4/21 - Pending PCP note | 101953059 | | PAULINOZ | | 18 | Outbound | X | X | X | | 0 |
| LOA Inter | 103120044 | | MASTERFI | | 13 | Outbound | X | X | X | | 0 |
| Pending LOA - UPT -35 | 102446782 | | PAULINOZ | | 18 | Outbound | X | X | | 0 | 0 |
| Open LOA - UPT -140 | 103098779 | | RYANRAU | | 13 | Outbound | X | X | X | X | |
| Waiting on Accom team | 100684233 | | FDARWIN | | 3 | Inbound | X | X | X | | 0 |
| Trying to extend PLOA - UPT 34 | 101750087 | | ROLSTEN | | 18 | Outbound | X | | 0 | 0 | 0 |
| COF through 4/28 | 100579965 | | JOSEAVIN | | 14 | Outbound | X | | 0 | 0 | 0 |
| COF until 4/28 | 100736105 | | JONTORRE | | 16 | Outbound | X | X | | 0 | 0 |
| Emailed - Possible LOA extension - Open LOA - UPT -137 | 103102489 | | MULJANI | | 13 | Outbound | X | X | X | X | |
| Waiting on ACCOM - Time Excused | 100450281 | | KATEZUMM | | 1 | Inbound | X | X | X | | 0 |
| Bereavement - E036391094 | 100556080 | | DELSIERR | | 3 | Inbound | X | X | X | | 0 |
| Approved for extended PLOA per Caitlin email | 102446840 | | TREVMELI | | 3 | Inbound | X | X | X | X | |
| Emailed LOA - UPT -69 - Open LOA | 103101089 | | RYANRAU | | 13 | Outbound | X | X | | 0 | 0 |
| Waiting on Accom team | 103108134 | | BIDLINGM | | 13 | Outbound | X | X | X | | 0 |
| COF through 4/23 | 103177532 | | MASTERFI | | 13 | Outbound | X | X | X | X | |
| COF until 4/23 | 103096877 | | BIDLINGM | | 13 | Outbound | X | X | | 0 | 0 |
| Emailed LOA - Leave extended through 4/30 - UPT -69 | 102461843 | | RYANRAU | | 13 | Outbound | X | X | X | X | |
| Continuous LOA - Open LOA - UPT -267 | 101953050 | McMillian, Marcellus | ACARJOHN | 0 | 23 | Print on demand | 0 | 0 | 0 | 0 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Waiting on bloodwork - Extending LOA - UPT -50 - Open LOA | 103104710 | Redacted | MULJANI | Redacted | 13 | Outbound | X | X | X | X | | |
| COF until 4/22 | 102442159 | | THROCR | | 13 | Outbound | X | X | X | | | 0 |
| Bereavement | 101782500 | | NATLEWIS | | 27 | Support | X | | 0 | 0 | 0 | |
| Emailed 4/21 - UPT -86 - Open LOA | 100591753 | | ASMITHB | | 3 | Inbound | X | X | | 0 | 0 | |
| Waiting on ACCOM - UPT 1 | 102452346 | | JOSEAVIN | | 16 | Outbound | X | X | | 0 | 0 | |
| Reviewing for LEA - LOA Open until 4/6 - E035492948 - UPT Neg -183 | 101545698 | | ACCOCA | | 13 | Outbound | X | X | X | X | | |
| Potential Extended PLOA -- UPT -16 | 103089586 | | RYANRAU | | 13 | Outbound | X | X | X | | | 0 |
| COF through 4/24 | 100917536 | | THROCR | | 13 | Outbound | X | | 0 | 0 | 0 | |
| LOA Military | 101281838 | | DELSIERR | | 3 | Inbound | X | X | X | X | | |
| Bereavement | 101502852 | | ELAINAR | | 1 | Inbound | X | | 0 | 0 | 0 | |
| LOA being corrected - RTW 4/24 per Caitlin email | 100741905 | | MULJANI | | 13 | Outbound | X | X | X | | | 0 |

Thank you,

**Renee Golliday**
**SR. HRA || ONT2/3/4**
**E: golliday@amazon.com**



From: Chavez, Ray
Sent: Saturday, April 21, 2018 2:54 PM
To: ont2-hrbp@amazon.com
Cc: ont2-hr@amazon.com; Smith, Lauren <sitzenst@amazon.com>; Golliday, Renee <golliday@amazon.com>; Henderson, Paige <hpaige@amazon.com>; Amjad, Sonia <amjasoni@amazon.com>; Smith, Reuben <reubens@amazon.com>; Bustamante, Priscilla <bustamap@amazon.com>; Favati, Caitlin <favatic@amazon.com>
Subject: Job Abandonment Bridge - 4/21/2018

*Job Abandonment Bridge*

| Legend | Total |
|---|---|
| AA's that have been sent JA email | 13 |
| AA's that have been terminated | 4 |
| AA's that have been Emailed already, Waiting for response, Accruals to cover | 13 |
| AA's on Workers Comp | 3 |
| AA's on LOA, COF, Time Excused | 25 |
| **Total** | **58** |

| Bridge | Emp ID | Employee Name | Main Process | Missed 2 | Missed 3 | Missed 4 | Missed 6 |
|---|---|---|---|---|---|---|---|
| Emailed 4/21 - UPT 8 | 102597708 | Redacted | Outbound | X | 0 | 0 | 0 |
| Emailed 4/21 - UPT -30 | 101624623 | | Outbound | X | 0 | 0 | 0 |
| Emailed 4/21 - UPT -25 | 102446782 | | Outbound | X | 0 | 0 | 0 |
| Emailed 4/21 - UPT -59 | 103101089 | | Outbound | X | 0 | 0 | 0 |
| Emailed 4/21 - UPT 0 | 103182818 | | Outbound | X | 0 | 0 | 0 |
| Emailed 4/21 - UPT -267 - LOA Open/Denied | 101953050 | McMillian, Marcellus | Print on demand | X | X | X | 0 |

AMZN-MCMLLN_001219

| Note | ID | | Direction | | | | | |
|---|---|---|---|---|---|---|---|---|
| Emailed 4/21 - UPT -32 | 102873531 | | Outbound | X | X | | 0 | 0 |
| Emailed 4/21 - UPT -25 | 100725123 | | Inbound | X | | 0 | 0 | 0 |
| Emailed 4/21 - UPT -47 | 101644358 | | Inbound | X | X | | 0 | 0 |
| Emailed 4/21 - UPT 2 | 101782500 | | Support | X | | 0 | 0 | 0 |
| Emailed 4/21 -86 | 100591753 | | Inbound | X | | 0 | 0 | 0 |
| Emailed 4/21 - COF until 4/21 - UPT -8 | 102452346 | | Outbound | X | X | | 0 | 0 |
| Emailed 4/21 - UPT -8 | 103089586 | | Outbound | X | X | | 0 | 0 |
| Termed 4/14 - Emailed 4/12 - UPT Neg 40 | 100322264 | | Inbound | X | X | X | | X |
| Termed 4/21 - resigned for finding new job | 103174588 | | Outbound | X | | 0 | 0 | 0 |
| Termed 4/19 | 100424479 | | Outbound | X | | 0 | 0 | 0 |
| Termed 4/21 - Emailed 4/19 by Caitlin - UPT -3357 | 100051862 | | Outbound | X | X | | 0 | 0 |
| Call AA - Emailed 4/17 - UPT -9 | 100725021 | | Inbound | X | X | X | | 0 |
| Call AA - Emailed 4/18 - UPT -3 | 100278737 | | Print on demand | X | X | X | | 0 |
| Reschedule Day 1 for 4/21 - Schedule cleared | 102925483 | | Outbound | X | X | X | X | |
| UPT 44 - On 4/21 | 101750087 | | Outbound | X | | 0 | 0 | 0 |
| Call AA - Emailed 4/18 - UPT Neg 100 - LOA Closed/Denied | 103182620 | | Outbound | X | X | | 0 | 0 |
| Callback AA School Accom- Emailed 4/16 - UPT -17 | 102335167 | | Outbound | X | X | | 0 | 0 |
| Call AA - Emailed 4/18 - UPT -14 | 103102508 | | Outbound | X | | 0 | 0 | 0 |
| Call AA - Emailed 4/17 - UPT -9 | 100556080 | | Inbound | X | X | X | | 0 |
| Call AA - Emailed 4/17 - UPT -15 | 102468145 | | Inbound | X | X | X | | 0 |
| UPT 55 - On 4/21 | 809840 | | Outbound | X | | 0 | 0 | 0 |
| UPT 10 - On 4/21 | 103127576 | | Outbound | X | | 0 | 0 | 0 |
| UPT 36 - On 4/21 | 102272980 | | Print on demand | X | | 0 | 0 | 0 |
| Call AA - Emailed 4/19 - UPT -135 | 100741905 | | Outbound | X | X | X | | 0 |
| Workers Comp | 780003 | Redacted | Outbound | X | | 0 | 0 | 0 |
| Workers Comp | 100362137 | | Outbound | X | | 0 | 0 | 0 |
| Workers Comp | 100028729 | | Inbound | X | | 0 | 0 | 0 |
| Waiting on Accom team | 102053953 | | Outbound | X | | 0 | 0 | 0 |
| Email sent to LOA Team - UPT -128 | 100871663 | | Outbound | X | X | X | X | |
| COF through 4/20 | 101953059 | | Outbound | X | X | X | | 0 |
| LOA Inter | 103120044 | | Outbound | X | X | | 0 | 0 |
| LOA Continuous | 103098779 | | Outbound | X | X | X | X | |
| Waiting on Accom team | 100684233 | | Inbound | X | X | | 0 | 0 |
| COF until 4/26 | 100736105 | | Outbound | X | | 0 | 0 | 0 |
| Emailed - Possible LOA extension - Open LOA - UPT -137 | 103102489 | | Outbound | X | X | X | X | |
| Emailed LOA Team - LOA Thru 4/9 | 100450281 | | Inbound | X | X | X | | 0 |
| COF through 4/21 | 102387179 | | Outbound | X | X | X | | 0 |
| Time Excused | 103174578 | | Outbound | X | X | X | | 0 |
| Approved for extended PLOA per Caitlin email | 102446840 | | Inbound | X | X | X | X | |
| Waiting on Accom team | 103108134 | | Outbound | X | X | X | | 0 |
| COF through 4/23 | 103177532 | | Outbound | X | X | X | X | |
| COF until 4/23 | 103096877 | | Outbound | X | | 0 | 0 | 0 |
| Emailed LOA - Emailed 4/8 - UPT -19 - Open LOA | 102461843 | | Outbound | X | X | X | X | |
| Time Excused | 103177523 | | Outbound | X | X | | 0 | 0 |
| Waiting on bloodwork - Extending LOA - UPT -50 - Open LOA | 103104710 | | Outbound | X | X | X | X | |
| Time Excused | 102234647 | | Outbound | X | X | | 0 | 0 |
| COF until 4/22 | 102442159 | | Outbound | X | X | | 0 | 0 |
| Time Excused | 102009733 | | Outbound | X | | 0 | 0 | 0 |
| COF through 4/20 | 103165389 | | Outbound | X | X | X | | 0 |
| Reviewing for LEA - LOA Open until 4/6 - E035492948 - UPT Neg -183 | 101545698 | | Outbound | X | X | X | X | |
| LOA Military | 101281838 | | Inbound | X | X | X | X | |
| Bereavement | 101502852 | | Inbound | X | | 0 | 0 | 0 |

AMZN-MCMLLN_001220



**Ray A. Chavez**
Sr. HR Assistant [ONT2/3/4]
*North American Fulfillment*
Email: raychav@amazon.com
Work hard. Have fun. Make history.


fulfillment

**From:** Chavez, Ray
**Sent:** Wednesday, April 18, 2018 4:34 PM
**To:** 'ont2-hrbp@amazon.com' <ont2-hrbp@amazon.com>
**Cc:** 'ont2-hr@amazon.com' <ont2-hr@amazon.com>; Smith, Lauren <sitzenst@amazon.com>; Golliday, Renee <golliday@amazon.com>; Henderson, Paige <hpaige@amazon.com>; Amjad, Sonia <amjasoni@amazon.com>; Smith, Reuben <reubens@amazon.com>; Bustamante, Priscilla <bustamap@amazon.com>; Favati, Caitlin <favatic@amazon.com>
**Subject:** Job Abandonment Bridge - 4/18/2018

### Job Abandonment Bridge

| Legend | Total |
|---|---|
| AA's that have been sent JA email | 6 |
| AA's that have been terminated | 21 |
| AA's that have been Emailed already, Waiting for response, Accruals to cover | 16 |
| AA's on Workers Comp | 0 |
| AA's on LOA, COF, Time Excused | 36 |
| **Total** | **79** |

| Bridge | Emp ID | Employee Name | Main Process | Missed 2 | Missed 3 | Missed 4 | Missed 6 |
|---|---|---|---|---|---|---|---|
| Emailed 4/18 - UPT -32 | 101429909 | | Outbound | X | 0 | 0 | 0 |
| Emailed 4/18 - UPT -32 | 103171942 | | Outbound | X | 0 | 0 | 0 |
| Emailed 4/18 - UPT Neg 100 - LOA Closed/Denied | 103182620 | | Outbound | X | 0 | 0 | 0 |
| Emailed 4/18 - UPT -14 | 103102508 | | Outbound | X | 0 | 0 | 0 |
| Emailed 4/18 - UPT -4 | 100378361 | | Inbound | X | 0 | 0 | 0 |
| Emailed 4/18 - UPT -20 | 102461658 | | Inbound | X | 0 | 0 | 0 |
| Termed 4/17 - Emailed ONT4 HR - UPT -1291 | 101924804 | | Outbound | X | X | X | 0 |
| Termed 4/14 - Emailed 4/12 - UPT Neg 40 | 100322284 | | Inbound | X | X | X | X |
| Termed 4/14 - Emailed 4/12 - UPT Neg 14 | 103117815 | | Inbound | X | X | X | X |
| Termed 4/17 - Sent email resigning | 103117789 | | Inbound | X | X | 0 | 0 |
| Termed 4/16 - UPT -42 | 103177524 | | Outbound | X | X | X | 0 |
| Termed 4/18 - Emailed 4/16 - UPT -19 | 100754510 | Redacted | Print on demand | X | X | 0 | 0 |
| Termed 4/17 - Emailed 4/15 - UPT -19 | 103131411 | | Outbound | X | X | X | 0 |
| Termed 4/17 - Emailed 4/15 - UPT -30 | 103177540 | | Outbound | X | X | X | 0 |
| Termed 4/14 - Emailed 4/12 - UPT Neg 10 | 103117808 | | Inbound | X | X | X | X |
| Termed 4/16 - UPT -30 | 100463289 | | Outbound | X | X | X | 0 |
| Termed 4/16 | 103180189 | | Outbound | X | X | X | 0 |
| Termed 4/18 - Emailed 4/16 - UPT -28 | 100917438 | | Outbound | X | 0 | 0 | 0 |
| Termed 4/15 | 103180197 | | Outbound | X | X | X | X |
| Termed 4/17 - Emailed 4/15 - UPT -9 | 101687881 | | Outbound | X | 0 | 0 | 0 |
| Termed 4/18 - Emailed 4/16 - UPT -10 per vanessa | 101185019 | | Outbound | X | X | 0 | 0 |
| Termed 4/16 - UPT -20 | 103174564 | | Outbound | X | X | X | 0 |
| Termed 4/18 - Emailed 4/16 - UPT -13 | 103098721 | | Outbound | X | 0 | 0 | 0 |
| Termed 4/17 - UPT -134 - LOA Closed | 103113929 | | Inbound | X | X | X | X |

| Description | Number |
|---|---|
| Termed 4/17 - Said Wrong # - Emailed 4/2 - UPT Neg 9 | 103131417 |
| Termed 4/18 - Emailed 4/16 - UPT -33 | 103180202 |
| Termed 4/14 - Emailed 4/12 - UPT Neg 8 | 103182632 |
| Emailed 4/17 - UPT -9 | 100725021 |
| UPT 41 | 101613942 |
| UPT 15 | 742327 |
| CallBack AA VM - Emailed 4/16 - UPT 1 | 101173991 |
| Reschedule Day 1 for 4/21 - Schedule cleared | 102925483 |
| Callback AA School Accom- Emailed 4/16 - UPT -17 | 102335187 |
| Emailed 4/17 - UPT -9 | 100556080 |
| Callback AA - Emailed 4/16 - UPT 0 | 103141076 |
| Emailed 4/17 - UPT -15 | 102468145 |
| UPT 10 | 103182618 |
| UPT 5 | 101924802 |
| UPT 49 | 100437564 |
| Using accruals - UPT 38 | 102035909 |
| UPT 5 | 100480855 |
| UPT 19 | 100313197 |
| Callback AA - Emailed 4/16 - UPT 60 | 100661269 |
| LOA Inter | 100909296 |
| COF through 4/17 | 100414741 |
| Waiting on Accom team | 102053953 |
| Email sent to LOA Team - UPT -128 | 100871663 |
| Bereavement | 100142200 |
| COF through 4/20 | 101953059 |
| Site cannot accommodate - Submitted TT to code LEAVE status | 101351263 |
| LOA Continuous | 103098779 |
| LOA Inter | 103174588 |
| Emailed - Possible LOA extension - Open LOA - UPT -137 | 103102489 |
| Emailed LOA Team - LOA Thru 4/9 | 100450281 |
| Site unable to accommodate | 101197607 |
| COF through 4/21 | 102387179 |
| Religious Accom | 103165378 |
| Time Excused | 103174578 |
| Emailed LOA - Possible LEA per Amy - UPT Neg 50 | 101602352 |
| Unpaid suspension | 103113931 |
| Approved for extended PLOA per Caitlin email | 102446840 |
| Waiting on Accom team | 103108134 |
| COF through 4/23 | 103177532 |
| COF until 4/23 | 103096877 |
| Emailed LOA - Emailed 4/8 - UPT -19 - Open LOA | 102461843 |
| Waiting on Accom team | 103127761 |
| Waiting on bloodwork - Extending LOA - UPT -50 - Open LOA | 103104710 |
| LOA Inter | 103101091 |
| Time Excused | 102234647 |
| COF until 4/22 | 102442159 |
| LOA Continuous | 103131414 |
| Time Excused - UPT 70 | 102009733 |
| COF through 4/20 | 103165389 |
| Time Excused | 101756776 |
| COF through 4/19 | 102969632 |
| Reviewing for LEA - LOA Open until 4/6 - E035492948 - UPT Neg -183 | 101545698 |
| LOA Military | 101281838 |
| Bereavement | 101502852 |

**Redacted**

| Direction | | | | |
|---|---|---|---|---|
| Outbound | X | X | X | X |
| Outbound | X | X | X | 0 |
| Outbound | X | X | X | X |
| Inbound | X | X | 0 | 0 |
| (0) | X | 0 | 0 | 0 |
| Inbound | X | 0 | 0 | 0 |
| Outbound | X | 0 | 0 | 0 |
| Outbound | X | X | X | X |
| Outbound | X | X | 0 | 0 |
| Inbound | X | X | 0 | 0 |
| Outbound | X | 0 | 0 | 0 |
| Inbound | X | X | 0 | 0 |
| Outbound | X | 0 | 0 | 0 |
| Outbound | X | 0 | 0 | 0 |
| Support | X | 0 | 0 | 0 |
| Outbound | X | X | 0 | 0 |
| Outbound | X | 0 | 0 | 0 |
| Outbound | X | 0 | 0 | 0 |
| Outbound | X | 0 | 0 | 0 |
| Outbound | X | 0 | 0 | 0 |
| Outbound | X | X | X | X |
| Outbound | X | X | X | 0 |
| Outbound | X | X | X | 0 |
| Outbound | X | X | 0 | 0 |
| Inbound | X | X | X | X |
| Outbound | X | X | X | 0 |
| Outbound | X | X | X | 0 |
| Outbound | X | X | X | X |
| Inbound | X | 0 | 0 | 0 |
| Outbound | X | X | X | X |
| Outbound | X | X | X | 0 |
| Outbound | X | X | X | 0 |
| Outbound | X | X | 0 | 0 |
| Inbound | X | X | X | X |
| Inbound | X | X | 0 | 0 |
| Inbound | X | X | X | X |
| Outbound | X | X | X | 0 |
| Outbound | X | X | X | X |
| Outbound | X | 0 | 0 | 0 |
| Outbound | X | X | X | X |
| Outbound | X | X | X | X |
| Outbound | X | X | X | X |
| Outbound | X | X | X | 0 |
| Outbound | X | X | 0 | 0 |
| Outbound | X | X | 0 | 0 |
| Outbound | X | X | X | X |
| Outbound | X | X | 0 | 0 |
| Outbound | X | 0 | 0 | 0 |
| Print on demand | X | X | X | X |
| Outbound | X | X | 0 | 0 |
| Outbound | X | X | X | X |
| Inbound | X | X | X | X |
| Inbound | X | 0 | 0 | 0 |

| COF through 4/17 | | 102441129 | Redacted | Outbound | X | X | X | | 0 |
|---|---|---|---|---|---|---|---|---|---|

*Ray A. Chavez*

Sr. HR Assistant [ONT2/3/4]
*North American Fulfillment*
Email: raychav@amazon.com
Work hard. Have fun. Make history.

fulfillment

**From:** Chavez, Ray
**Sent:** Tuesday, April 17, 2018 3:48 PM
**To:** 'ont2-hrbp@amazon.com' <ont2-hrbp@amazon.com>
**Cc:** 'ont2-hr@amazon.com' <ont2-hr@amazon.com>; Smith, Lauren <sitzenst@amazon.com>; Golliday, Renee <golliday@amazon.com>; Henderson, Paige <hpaige@amazon.com>; Amjad, Sonia <amjasoni@amazon.com>; Smith, Reuben <reubens@amazon.com>; Bustamante, Priscilla <bustamap@amazon.com>; Favati, Caitlin <favatic@amazon.com>
**Subject:** Job Abandonment Bridge - 4/17/2018

### Job Abandonment Bridge

| Legend | Total |
|---|---|
| AA's that have been sent JA email | 4 |
| AA's that have been terminated | 20 |
| AA's that have been Emailed already, Waiting for response, Accruals to cover | 24 |
| AA's on Workers Comp | 0 |
| AA's on LOA, COF, Time Excused | 32 |
| **Total** | **80** |

| Bridge | Emp ID | Employee Name | Main Process | Missed 2 | Missed 3 | Missed 4 | Missed 6 |
|---|---|---|---|---|---|---|---|
| Emailed 4/17 - UPT -9 | 100725021 | | Inbound | X | 0 | 0 | 0 |
| Emailed 4/17 - UPT -15 | 100522924 | | Support | X | 0 | 0 | 0 |
| Emailed 4/17 - UPT -9 | 100556080 | | Inbound | X | 0 | 0 | 0 |
| Emailed 4/17 - UPT -15 | 102468145 | | Inbound | X | 0 | 0 | 0 |
| Termed 4/17 - Emailed ONT4 HR - UPT -1291 | 101924804 | | Outbound | X | X | X | 0 |
| Termed 4/14 - Emailed 4/12 - UPT Neg 40 | 100322264 | | Inbound | X | X | X | 0 |
| Termed 4/14 - Emailed 4/12 - UPT Neg 14 | 103117815 | | Inbound | X | X | X | X |
| Termed 4/16 - UPT -42 | 103177524 | | Outbound | X | X | X | 0 |
| Termed 4/17 - Emailed 4/15 - UPT -19 | 103131411 | | Outbound | X | X | X | 0 |
| Termed 4/17 - Emailed 4/15 - UPT -30 | 103177540 | | Outbound | X | X | X | 0 |
| Termed 4/14 - Emailed 4/12 - UPT Neg 10 | 103117808 | | Inbound | X | X | X | X |
| Termed 4/15 | 795379 | Redacted | Outbound | X | X | X | 0 |
| Termed 4/16 - UPT -30 | 100463289 | | Outbound | X | X | X | 0 |
| Termed 4/16 | 103171743 | | Outbound | X | 0 | 0 | 0 |
| Termed 4/16 | 103127808 | | Outbound | X | 0 | 0 | 0 |
| Termed 4/16 | 103180189 | | Outbound | X | X | 0 | 0 |
| Termed - UPT -31 | 103174573 | | Outbound | X | X | 0 | 0 |
| Termed 4/15 | 103180197 | | Outbound | X | X | X | X |
| Termed 4/17 - Emailed 4/15 - UPT -9 | 101687851 | | Outbound | X | 0 | 0 | 0 |
| Termed 4/15 - UPT -57 | 103165349 | | Outbound | X | X | X | 0 |
| Termed 4/17 - UPT -134 - LOA Closed | 103113929 | | Inbound | X | X | X | X |
| Termed 4/17 - Said Wrong # - Emailed 4/2 - UPT Neg 0 | 103131417 | | Outbound | X | X | X | X |

| Status | ID |
|---|---|
| Termed 4/14 - Emailed 4/12 - UPT Neg 8 | 103182652 |
| Termed 4/15 | 101775571 |
| Emailed 4/16 - UPT -15 | 100909296 |
| Emailed 4/16 - UPT -11 - Inter LOA | 101111242 |
| Emailed 4/16 - UPT 1 | 101173991 |
| Reschedule Day 1 for 4/21 - Schedule cleared | 102925483 |
| Using accruals - UPT 40 | 100139809 |
| Left VM - Emailed 4/14 - Call Again - UPT -28 | 103117789 |
| Using accruals - UPT 0 | 102019724 |
| Emailed 4/16 - UPT -19 | 100754510 |
| CallBack AA - Emailed 4/15 - UPT -30 | 103165378 |
| Emailed 4/16 - UPT -17 | 102335187 |
| Emailed 4/16 - UPT 0 | 103141076 |
| Using accruals - RTW 4/17 | 100603618 |
| Emailed 4/16 - UPT -27 | 103108134 |
| Emailed 4/16 - UPT -28 | 100917438 |
| Emailed LOA - Emailed 4/8 - UPT -19 - Open LOA | 102461843 |
| Emailed 4/16 - UPT 0 - Pending COF docs | 103131414 |
| UPT 68 | 101928460 |
| Emailed 4/16 - UPT -10 | 101185019 |
| Termed 4/16 - UPT -20 | 103174564 |
| Callback AA - Emailed 4/15 - UPT 14 | 101483711 |
| Emailed 4/16 - UPT -13 | 103098721 |
| Using accruals - UPT 38 | 102035909 |
| Emailed 4/16 - UPT -33 | 103180202 |
| Emailed 4/16 - UPT 60 | 100661289 |
| LOA Military Inter | 103096691 |
| COF through 4/17 | 100414741 |
| Email sent to LOA Team - UPT -128 | 100871663 |
| COF through 4/20 | 101953059 |
| Site cannot accommodate - Submitted TT to code LEAVE status | 102940679 |
| Site cannot accommodate - Submitted TT to code LEAVE status | 101351263 |
| LOA Inter | 103174588 |
| Emailed - Possible LOA extension - Open LOA - UPT -137 | 103102489 |
| LOA through 5/8 - Emailed LOA to code time | 100394353 |
| Emailed LOA Team - LOA Thru 4/9 | 100450281 |
| Bereavement | 103174569 |
| Site unable to accommodate | 101197807 |
| COF through 4/21 | 102387179 |
| Time Excused | 103174578 |
| Emailed LOA - Possible LEA per Amy - UPT Neg 50 | 101602352 |
| Unpaid suspension | 103113931 |
| Approved for extended PLOA per Caitlin email | 102446840 |
| COF through 4/23 | 103177532 |
| Waiting on Accom team | 103127761 |
| Waiting on bloodwork - Extending LOA - UPT -50 - Open LOA | 103104710 |
| LOA Inter | 103101091 |
| COF until 4/22 | 102442159 |
| Time Excused - UPT 70 | 102009733 |
| LOA Pending | 101782500 |
| COF through 4/20 | 103165389 |
| Time Excused | 101756776 |
| COF through 4/19 | 102969632 |

**Redacted**

| Type | | | | | |
|---|---|---|---|---|---|
| Outbound | X | X | X | | 0 |
| Outbound | X | X | | 0 | 0 |
| Outbound | X | | 0 | 0 | 0 |
| Outbound | X | X | | 0 | 0 |
| Outbound | X | | 0 | 0 | 0 |
| Outbound | X | X | X | X | |
| Outbound | X | | 0 | 0 | 0 |
| Inbound | X | X | | 0 | 0 |
| Outbound | X | | 0 | 0 | 0 |
| Print on demand | X | X | | 0 | 0 |
| Outbound | X | X | X | | 0 |
| Outbound | X | | 0 | 0 | 0 |
| Outbound | X | | 0 | 0 | 0 |
| Inbound | X | | 0 | 0 | 0 |
| Outbound | X | X | | 0 | 0 |
| Outbound | X | | 0 | 0 | 0 |
| Outbound | X | X | X | X | |
| Outbound | X | X | X | X | |
| Outbound | X | | 0 | 0 | 0 |
| Outbound | X | X | | 0 | 0 |
| Outbound | X | X | X | | 0 |
| Outbound | X | | 0 | 0 | 0 |
| Outbound | X | | 0 | 0 | 0 |
| Outbound | X | X | | 0 | 0 |
| Outbound | X | X | | 0 | 0 |
| Outbound | X | | 0 | 0 | 0 |
| Outbound | X | X | | 0 | 0 |
| Outbound | X | X | | 0 | 0 |
| Outbound | X | X | X | X | |
| Outbound | X | | 0 | 0 | 0 |
| Outbound | X | X | X | X | |
| Inbound | X | X | X | | 0 |
| Outbound | X | X | X | | 0 |
| Outbound | X | X | X | X | |
| Outbound | X | X | X | | 0 |
| Inbound | X | | 0 | 0 | 0 |
| Outbound | X | | 0 | 0 | 0 |
| Outbound | X | X | X | X | |
| Outbound | X | X | X | | 0 |
| Outbound | X | X | | 0 | 0 |
| Inbound | X | X | X | X | |
| Inbound | X | | 0 | 0 | 0 |
| Inbound | X | X | X | X | |
| Outbound | X | X | X | X | |
| Outbound | X | X | X | X | |
| Outbound | X | X | X | X | |
| Outbound | X | X | | 0 | 0 |
| Outbound | X | | 0 | 0 | 0 |
| Outbound | X | X | | 0 | 0 |
| Support | X | | 0 | 0 | 0 |
| Outbound | X | | 0 | 0 | 0 |
| Print on demand | X | X | X | X | |
| Outbound | X | | 0 | 0 | 0 |

AMZN-MCMLLN_001224

| | | | | Support | X | X | X | | 0 |
|---|---|---|---|---|---|---|---|---|---|
| PLOA pending | 101351591 | | | Outbound | X | X | X | X | |
| Reviewing for LEA - LOA Open until 4/6 - E035492948 - UPT Neg -183 | 101545898 | **Redacted** | | Inbound | X | X | X | X | |
| LOA Military | 101281838 | | | Outbound | X | X | X | | 0 |
| COF through 4/17 | 102441129 | | | Outbound | X | X | X | X | |
| Requesting medical LOA - Call to follow-up | 103120063 | | | | | | | | |

*Ray A. Chavez*

Sr. HR Assistant [ONT2/3/4]
*North American Fulfillment*
Email: raychav@amazon.com
Work hard. Have fun. Make history.



---

**From:** Chavez, Ray
**Sent:** Saturday, April 14, 2018 2:52 PM
**To:** 'ont2-hrbp@amazon.com' <ont2-hrbp@amazon.com>
**Cc:** 'ont2-hr@amazon.com' <ont2-hr@amazon.com>; Smith, Lauren <sitzenst@amazon.com>; Golliday, Renee <golliday@amazon.com>; Henderson, Paige <hpaige@amazon.com>; Amjad, Sonia <amjasoni@amazon.com>; Smith, Reuben <reubens@amazon.com>; Bustamante, Priscilla <bustamap@amazon.com>; Favati, Caitlin <favatic@amazon.com>
**Subject:** Job Abandonment Bridge - 4/14/2018

### Job Abandonment Bridge

| Legend | Total |
|---|---|
| AA's that have been sent JA email | 11 |
| AA's that have been terminated | 10 |
| AA's that have been Emailed already, Waiting for response, Accruals to cover | 18 |
| AA's on Workers Comp | 1 |
| AA's on LOA, COF, Time Excused | 33 |
| **Total** | **73** |

| Bridge | Emp ID | Employee Name | Main Process | Missed 2 | Missed 3 | Missed 4 | Missed 6 |
|---|---|---|---|---|---|---|---|
| UPT Neg 10 - LOA Open/Multiple | 102392864 | | Outbound | X | 0 | 0 | 0 |
| UPT Neg 28 | 103117789 | | Inbound | X | 0 | 0 | 0 |
| UPT Neg 22 | 103177524 | | Outbound | X | 0 | 0 | 0 |
| UPT Neg 10 | 103165378 | | Outbound | X | 0 | 0 | 0 |
| UPT Neg 30 | 103177540 | | Outbound | X | 0 | 0 | 0 |
| UPT Neg 18 | 795379 | | Outbound | X | 0 | 0 | 0 |
| UPT Neg 21 | 103174573 | | Outbound | X | 0 | 0 | 0 |
| RMI due - COF until 4/12 | 102969632 | **Redacted** | Outbound | X | 0 | 0 | 0 |
| UPT Neg 37 | 103165349 | | Outbound | X | 0 | 0 | 0 |
| UPT Balance 11 | 100088770 | | Outbound | X | 0 | 0 | 0 |
| UPT Neg 39 | 103177388 | | Outbound | X | 0 | 0 | 0 |
| Termed 4/14 - Caitlin termed LOA Closed Denied | 101924804 | | Outbound | X | 0 | 0 | 0 |
| Termed 4/14 - Emailed 4/12 - UPT Neg 40 | 100322264 | | Inbound | X | X | X | 0 |
| Termed 4/14 - Emailed 4/12 - UPT Neg 14 | 103117815 | | Inbound | X | X | X | X |
| Termed 4/14 - Emailed 4/12 - UPT Neg 10 | 103117808 | | Inbound | X | X | X | X |
| Termed 4/14 - Emailed 4/12 - UPT Neg 8 | 103125320 | | Outbound | X | 0 | 0 | 0 |
| Termed 4/14 - Emailed 4/12 - UPT Balance 7 | 102256730 | | Outbound | X | X | 0 | 0 |
| Termed 4/13 - Emailed 4/10 - UPT Neg 21 - Pending COF docs | 103127569 | | Outbound | X | X | X | X |

AMZN-MCMLLN_001225

| Description | ID |
|---|---|
| Termed 4/13 - Awaiting email - Emailed 4/9 - UPT Neg 27 | 102280412 |
| Termed 4/7 - Said Wrong # - Emailed 4/2 - UPT Neg 9 | 103131417 |
| Termed 4/14 - Emailed 4/12 - UPT Neg 8 | 103182632 |
| Waiting for WFS | 102925483 |
| Using Accruals - UPT Balance 15 | 100463289 |
| Emailed 4/13 - UPT Neg 15 | 100260268 |
| Callback AA - Emailed 4/12 - UPT Balance 10 | 103180189 |
| Bringing Docs due to being Assaulted - excuse time | 103177532 |
| Using Accruals - UPT Balance 13 | 100098178 |
| Using Accruals - UPT Balance 11 | 102461843 |
| UPT Balance 0 | 100657485 |
| Callback AA - Emailed 4/9 - UPT Neg 20 - LOA Open - RTW 4/5 | 103104710 |
| Using Accruals - UPT Balance 53 | 102067253 |
| Emailed 4/11 - COF through 4/8 | 103131414 |
| Using Accruals - UPT Balance 80 | 102009733 |
| Callback AA - Emailed 4/10 - UPT Neg 11 | 103180197 |
| Using Accruals - UPT Balance 41 | 100485314 |
| Emailed 4/13 - UPT Neg 24 | 102687722 |
| PTO Balance 13 | 103174564 |
| Cleared to Work no restrictions RTW 4/16 | 101180513 |
| Using accruals - RTW 4/12 | 103120063 |
| Workers Comp | 102461640 |
| Unpaid suspension - pending theft investigation | 100069422 |
| Waiting On Accom Team | 103096939 |
| LOA Continuous until April 23rd | 100871663 |
| Waiting on ACCOM - Time Excused | 102940679 |
| COF until 4/15 | 101351263 |
| LOA Inter | 103174588 |
| Going to doctor on 4/2 - Open LOA - Trying to extend | 103102489 |
| LOA Pending - Emailed 4/12 - UPT Neg 10 | 100394353 |
| Bereavement | 103174569 |
| Accomodation Approved | 101197607 |
| Call AA - Emailed 4/12 - UPT Neg 210 - LOA Open/Denied | 102461646 |
| Time Excused | 103174578 |
| Possible LEA per Amy - UPT Neg 50 | 101602352 |
| Waiting on Accom Team | 103089597 |
| Waiting on Accom Team | 102256711 |
| Replied - Appealing LOA Decision - UPT -220 | 102446840 |
| Caitlin going to STU and term for fraud | 103105941 |
| Waiting on Accom team | 103127761 |
| LOA Inter | 103101091 |
| Time Excused | 102234647 |
| Unpaid Suspension | 102067261 |
| Waiting on Accom Team | 101624610 |
| Bereavement 4/13 | 100463119 |
| Bereavement | 100428118 |
| COF through 4/15 | 100585907 |
| Time Excused | 101756776 |
| LOA Pending - Emailed 4/12 - UPT Neg 30 | 101351591 |
| LOA Open until April 6th - E035492948 - UPT Neg 63 | 101545698 |
| Emailed - Possible medical LOA extension - UPT Neg 34 | 103113929 |
| LOA Military | 101281838 |
| PLOA | 100856128 |
| COF through 4/11 | 102084929 |

**Redacted**

| Direction | C1 | C2 | C3 | C4 | C5 |
|---|---|---|---|---|---|
| Inbound | X | X | X | X | |
| Outbound | X | X | X | X | |
| Outbound | X | X | | 0 | 0 |
| Outbound | X | X | X | | 0 |
| Outbound | X | X | | 0 | 0 |
| Inbound | X | X | | 0 | 0 |
| Outbound | X | | 0 | 0 | 0 |
| Outbound | X | X | X | | 0 |
| Inbound | X | X | | 0 | 0 |
| Outbound | X | X | X | | 0 |
| Support | X | | 0 | 0 | 0 |
| Outbound | X | X | X | | 0 |
| Support | X | | 0 | 0 | 0 |
| Outbound | X | X | | 0 | 0 |
| Outbound | X | | 0 | 0 | 0 |
| Outbound | X | X | X | | 0 |
| Outbound | X | | 0 | 0 | 0 |
| Inbound | X | X | | 0 | 0 |
| Outbound | X | X | X | | 0 |
| Support | X | X | X | X | |
| Outbound | X | X | X | | 0 |
| Support | X | X | X | X | |
| Inbound | X | X | X | | 0 |
| Outbound | X | X | X | X | |
| Outbound | X | X | X | X | |
| Outbound | X | X | X | | 0 |
| Inbound | X | X | | 0 | 0 |
| Outbound | X | X | X | | 0 |
| Outbound | X | X | X | X | |
| Outbound | X | X | X | | 0 |
| Outbound | X | | 0 | 0 | 0 |
| Outbound | X | X | X | X | |
| Inbound | X | X | X | X | |
| Outbound | X | X | | 0 | 0 |
| Inbound | X | X | X | X | |
| Outbound | X | X | X | X | |
| Inbound | X | X | X | X | |
| Inbound | X | X | X | X | |
| Outbound | X | X | | 0 | 0 |
| Outbound | X | X | X | X | |
| Outbound | X | X | X | | 0 |
| Outbound | X | | 0 | 0 | 0 |
| Inbound | X | X | | 0 | 0 |
| Outbound | X | X | X | X | |
| Inbound | X | X | | 0 | 0 |
| Inbound | X | | 0 | 0 | 0 |
| Inbound | X | X | | 0 | 0 |
| Print on demand | X | X | X | X | |
| Support | X | X | X | | 0 |
| Outbound | X | X | X | X | |
| Inbound | X | X | X | X | |
| Inbound | X | X | X | X | |
| Outbound | X | X | X | X | |
| Support | X | X | | 0 | 0 |

AMZN-MCMLLN_001226

| Time Excused | 100998564 | **Redacted** | Support | X | 0 | 0 | 0 |

*Ray A. Chavez*

Sr. HR Assistant [ONT2/3/4]
*North American Fulfillment*
Email: raychav@amazon.com
Work hard. Have fun. Make history.

fulfillment 

**From:** Chavez, Ray
**Sent:** Friday, April 13, 2018 1:51 PM
**To:** 'ont2-hrbp@amazon.com' <ont2-hrbp@amazon.com>
**Cc:** 'ont2-hr@amazon.com' <ont2-hr@amazon.com>; Smith, Lauren <sitzenst@amazon.com>; Golliday, Renee <golliday@amazon.com>; Henderson, Paige <hpaige@amazon.com>; Amjad, Sonia <amjasoni@amazon.com>; Smith, Reuben <reubens@amazon.com>; Bustamante, Priscilla <bustamap@amazon.com>; Favati, Caitlin <favatic@amazon.com>
**Subject:** Job Abandonment Bridge - 4/13/2018

### Job Abandonment Bridge

| Legend | Total |
|---|---|
| AA's that have been sent JA email | 5 |
| AA's that have been terminated | 7 |
| AA's that have been Emailed already, Waiting for response, Accruals to cover | 27 |
| AA's on Workers Comp | 1 |
| AA's on LOA, COF, Time Excused | 34 |
| **Total** | **74** |

| Bridge | Emp ID | Employee Name | Main Process | Missed 2 | Missed 3 | Missed 4 | Missed 6 |
|---|---|---|---|---|---|---|---|
| UPT Neg 5 | 945854 | | Print on demand | X | 0 | 0 | 0 |
| UPT Neg 15 | 100260268 | | Inbound | X | 0 | 0 | 0 |
| UPT Balance 0 | 100657485 | | Support | X | 0 | 0 | 0 |
| UPT Neg 24 | 102687722 | | Inbound | X | 0 | 0 | 0 |
| UPT Neg 1 | 100959135 | | Inbound | X | 0 | 0 | 0 |
| Termed 4/11 - Emailed 4/10 - UPT -15 | 103171729 | | Outbound | X | X | X | 0 |
| Termed 4/11 - Emailed 4/9 - UPT Neg 13 | 103120040 | | Outbound | X | X | 0 | 0 |
| Termed 4/13 - Emailed 4/10 - UPT Neg 21 - Pending COF docs | 103127569 | | Outbound | X | X | X | X |
| Termed 4/11 - Emailed 4/10 - UPT -8 | 103177509 | | Outbound | X | 0 | 0 | 0 |
| Termed 4/10 - JA | 102073602 | | Inbound | X | X | X | 0 |
| Termed 4/13 - Awaiting email - Emailed 4/9 - UPT Neg 27 | 102280412 | **Redacted** | Inbound | X | X | X | X |
| Termed 4/7 - Said Wrong # - Emailed 4/2 - UPT Neg 9 | 103131417 | | Outbound | X | X | X | X |
| Using accruals | 101464677 | | Outbound | X | X | X | 0 |
| Emailed 4/12 - UPT Neg 40 | 100322264 | | Inbound | X | X | X | 0 |
| Emailed 4/12 - UPT Neg 14 | 103117815 | | Inbound | X | X | X | X |
| Waiting for WFS | 102925483 | | Outbound | X | X | X | 0 |
| Emailed 4/12 - UPT Neg 10 | 100394353 | | Outbound | X | X | 0 | 0 |
| Emailed 4/12 - UPT Neg 210 - LOA Open/Denied | 102461646 | | Inbound | X | X | X | X |
| Emailed 4/12 - UPT Neg 10 | 103117808 | | Inbound | X | X | X | 0 |
| Using Accruals - UPT Balance 15 | 100463289 | | Outbound | X | 0 | 0 | 0 |
| Emailed 4/12 - UPT Neg 2 | 103171743 | | Outbound | X | X | X | 0 |

AMZN-MCMLLN_001227

| Description | Number | | Type | | | | |
|---|---|---|---|---|---|---|---|
| Emailed 4/12 - UPT Neg 30 | 103105941 | | Outbound | X | X | 0 | 0 |
| Emailed 4/12 - UPT Balance 10 | 103180189 | | Outbound | X | 0 | 0 | 0 |
| LeftMessage 951 3177385 - Emailed 4/9 - UPT Neg 13 | 103177532 | | Outbound | X | X | 0 | 0 |
| Emailed 4/12 - UPT Neg 8 | 103125320 | | Outbound | X | 0 | 0 | 0 |
| Using Accruals - UPT Balance 11 | 727384 | 0 | | X | 0 | 0 | 0 |
| Emailed 4/12 - UPT Balance 7 | 102256730 | | Outbound | X | 0 | 0 | 0 |
| Emailed 4/12 - UPT Balance 0 | 102381212 | | Outbound | X | 0 | 0 | 0 |
| Using Accruals - UPT Balance 13 | 100098178 | | Inbound | X | 0 | 0 | 0 |
| Emailed 4/12 - UPT Balance 8 | 102392920 | | Outbound | X | X | 0 | 0 |
| Using Accruals - UPT Balance 11 | 102461843 | | Outbound | X | X | X | 0 |
| Call 661 3855879 - Emailed 4/9 - UPT Neg 20 - LOA Open - RTW 4/5 | 103104710 | | Outbound | X | X | X | 0 |
| Using Accruals - UPT Balance 53 | 102067253 | | Support | X | 0 | 0 | 0 |
| Using Accruals - RTW 4/14 | 102849725 | | Print on demand | X | 0 | 0 | 0 |
| Call 760 9988466 - Emailed 4/10 - UPT Neg 11 | 103180197 | | Outbound | X | X | X | 0 |
| Emailed 4/12 - UPT Neg 30 | 101351591 | | Support | X | X | 0 | 0 |
| PTO Balance 13 | 103174564 | | Outbound | X | X | 0 | 0 |
| Emailed 4/12 - UPT Neg 8 | 103182632 | | Outbound | X | X | 0 | 0 |
| Using accruals - RTW 4/12 | 103120063 | | Outbound | X | X | 0 | 0 |
| Workers Comp | 102461640 | | Support | X | X | X | X |
| Unpaid suspension - pending theft investigation | 100069422 | | Inbound | X | X | X | 0 |
| Waiting On Accom Team | 103096939 | | Outbound | X | X | X | X |
| Time Excused - School Accom | 100165967 | | Outbound | X | X | 0 | 0 |
| LOA Continuous until April 23rd | 100871663 | | Outbound | X | X | X | X |
| Waiting on ACCOM - Time Excused | 102940679 | | Outbound | X | X | X | 0 |
| COF until 4/15 | 101351283 | | Inbound | X | X | 0 | 0 |
| LOA Pending - UPT Balance 10 | 103165347 | | Outbound | X | X | 0 | 0 |
| LOA Inter | 103174588 | | Outbound | X | X | 0 | 0 |
| Going to doctor on 4/2 - Open LOA - Trying to extend | 103102489 | | Outbound | X | X | X | X |
| Accomodation Approved | 101197607 | | Outbound | X | X | X | X |
| Emailed - LOA Open/Denied - UPT Neg 59 | 102476208 | | Inbound | X | X | X | X |
| Possible LEA per Amy - UPT Neg 50 | 101602352 | | Inbound | X | X | X | X |
| Waiting on Accom Team | 103089597 | | Outbound | X | X | X | X |
| Waiting on Accom Team | 102256711 | | Inbound | X | X | X | X |
| Replied - Appealing LOA Decision - UPT -220 | 102446840 | | Inbound | X | X | X | X |
| LOA Continuous | 102175980 | | Support | X | 0 | 0 | 0 |
| Waiting on Accom team | 103127761 | | Outbound | X | X | X | X |
| LOA Inter | 103101091 | | Outbound | X | X | 0 | 0 |
| LOA until 4/18 | 100734507 | | Support | X | X | 0 | 0 |
| Waiting on Accom Team | 101624610 | | Outbound | X | X | X | X |
| Emailed 4/11 - COF through 4/8 | 103131414 | | Outbound | X | 0 | 0 | 0 |
| Bereavement 4/13 | 100463119 | | Inbound | X | X | 0 | 0 |
| Bereavement | 100428118 | | Inbound | X | 0 | 0 | 0 |
| COF through 4/15 | 100585907 | | Inbound | X | X | 0 | 0 |
| Wainting on Accom Team - RMI Due | 101185019 | 0 | | X | X | X | X |
| LOA Pending - UPT Neg 20 | 102529707 | | Inbound | X | X | X | 0 |
| LOA Open until April 6th - E035492948 - UPT Neg 63 | 101545698 | | Outbound | X | X | X | X |
| LOA Continuous | 100247707 | | Inbound | X | 0 | 0 | 0 |
| COF until 4/12 | 101180513 | | Support | X | X | X | X |
| Emailed - Possible medical LOA extension - UPT Neg 34 | 103113929 | | Inbound | X | X | X | X |
| LOA Military | 101281838 | | Inbound | X | X | X | X |
| Emailed - LOA Open/Denied - Pending case closure | 100856126 | | Outbound | X | X | X | X |
| COF through 4/11 | 102084929 | | Support | X | X | 0 | 0 |
| Waiting on Accom Team - RMI Due | 103165344 | | Outbound | X | X | X | X |

Redacted

AMZN-MCMLLN_001228



*Ray A. Chavez*
Sr. HR Assistant [ONT2/3/4]
*North American Fulfillment*
Email: raychav@amazon.com
Work hard. Have fun. Make history.



**From:** Chavez, Ray
**Sent:** Thursday, April 12, 2018 2:40 PM
**To:** 'ont2-hrbp@amazon.com' <ont2-hrbp@amazon.com>
**Cc:** 'ont2-hr@amazon.com' <ont2-hr@amazon.com>; Smith, Lauren <sitzenst@amazon.com>; Golliday, Renee <golliday@amazon.com>; Henderson, Paige <hpaige@amazon.com>; Amjad, Sonia <amjasoni@amazon.com>; Smith, Reuben <reubens@amazon.com>; Bustamante, Priscilla <bustarnap@amazon.com>; Favati, Caitlin <favatic@amazon.com>
**Subject:** Job Abandonment Bridge - 4/12/2018

### Job Abandonment Bridge

| Legend | Total |
|---|---|
| AA's that have been sent JA email | 7 |
| AA's that have been terminated | 7 |
| AA's that have been Emailed already, Waiting for response, Accruals to cover | 28 |
| AA's on Workers Comp | 1 |
| AA's on LOA, COF, Time Excused | 30 |
| **Total** | **73** |

| Bridge | Emp ID | Employee Name | Main Process | Missed 2 | Missed 3 | Missed 4 | Missed 6 |
|---|---|---|---|---|---|---|---|
| UPT Neg 40 | 100322264 | | Inbound | X | X | | |
| UPT Neg 10 | 100394353 | | Outbound | X | 0 | 0 | 0 |
| UPT Balance 10 | 103180189 | | Outbound | X | 0 | 0 | 0 |
| UPT Balance 8 | 102392920 | | Outbound | X | 0 | 0 | 0 |
| UPT Neg 20 | 100428118 | | Inbound | X | 0 | 0 | 0 |
| UPT Neg 30 | 101351591 | | Support | X | 0 | 0 | 0 |
| UPT Neg 7 | 100247707 | | Inbound | X | 0 | 0 | 0 |
| Termed 4/10 | 102564833 | | Inbound | X | X | X | 0 |
| Termed 4/11 - Emailed 4/10 - UPT -15 | 103171729 | | Outbound | X | X | X | 0 |
| Termed 4/11 - Emailed 4/9 - UPT Neg 13 | 103120040 | | Outbound | X | X | 0 | 0 |
| Termed 4/11 - Emailed 4/10 - UPT -8 | 103177509 | | Outbound | X | 0 | 0 | 0 |
| Termed 4/10 - JA | 102073602 | | Inbound | X | X | X | 0 |
| Emailed - Possible medical LOA extension - UPT Neg 34 | 103113929 | Redacted | Inbound | X | X | X | X |
| Termed 4/7 - Said Wrong # - Emailed 4/2 - UPT Neg 9 | 103131417 | | Outbound | X | X | X | X |
| Using accruals | 101464877 | | Outbound | X | X | X | 0 |
| UPT Balance 21 | 813428 | | Inbound | X | 0 | 0 | 0 |
| Emailed 4/12 - UPT Neg 12 | 103096938 | | Outbound | X | X | 0 | 0 |
| Callback AA - Emailed 4/9 - UPT 10 | 103165347 | | Outbound | X | 0 | 0 | 0 |
| Using Accruals - UPT Balance 84 | 101006027 | | 0 | X | 0 | 0 | 0 |
| Emailed 4/12 - UPT Neg 14 | 103117815 | | Inbound | X | X | X | X |
| Waiting for WFS | 102925483 | | Outbound | X | X | X | 0 |
| Emailed 4/12 - UPT Neg 210 - LOA Open/Denied | 102461648 | | Inbound | X | X | X | X |
| Call AA - Emailed 4/10 - UPT 2 | 103120030 | | Outbound | X | 0 | 0 | 0 |
| Emailed 4/12 - UPT Neg 10 | 103117808 | | Inbound | X | X | X | 0 |

AMZN-MCMLLN_001229

| Description | Number | Type | | | | | |
|---|---|---|---|---|---|---|---|
| Emailed 4/12 - UPT Neg 2 | 103171743 | Outbound | X | X | | 0 | 0 |
| Emailed 4/12 - UPT Neg 30 | 103105941 | Outbound | X | X | | 0 | 0 |
| Callback AA - Emailed 4/9 - UPT Balance 7 | 103177532 | Outbound | X | | 0 | 0 | 0 |
| Emailed 4/12 - UPT Neg 8 | 103125320 | Outbound | X | | 0 | 0 | 0 |
| Emailed 4/12 - UPT Balance 7 | 102256730 | Outbound | X | | 0 | 0 | 0 |
| Emailed 4/12 - UPT Balance 0 | 102381212 | Outbound | X | | 0 | 0 | 0 |
| Callback AA - Did not answer 4/10 - Emailed 4/8 - UPT 11 | 102461843 | Outbound | X | X | X | | 0 |
| Call AA - Emailed 4/10 - UPT Neg 21 - Pending COF docs | 103127569 | Outbound | X | X | X | X | |
| Call AA - Emailed 4/9 - UPT Neg 20 - Hasn't RTW from LOA | 103104710 | Outbound | X | X | X | | 0 |
| Using Accruals - UPT Balance 53 | 102067253 | Support | X | | 0 | 0 | 0 |
| Using Accruals - RTW 4/14 | 102849725 | Print on demand | X | | 0 | 0 | 0 |
| Emailed 4/11 - COF through 4/8 | 103131414 | Outbound | X | | 0 | 0 | 0 |
| Call AA - Emailed 4/10 - UPT -1 | 103180197 | Outbound | X | X | X | | 0 |
| Call AA - Emailed 4/10 - UPT 10 | 100905530 | Outbound | X | | 0 | 0 | 0 |
| PTO Balance 13 | 103174564 | Outbound | X | | 0 | 0 | 0 |
| Awaiting email - Emailed 4/9 - UPT Neg 27 | 102280412 | Inbound | X | X | X | | 0 |
| Emailed 4/12 - UPT Neg 8 | 103182632 | Outbound | X | X | | 0 | 0 |
| Using accruals - RTW 4/12 | 103120063 | Outbound | X | X | | 0 | 0 |
| Workers Comp | 102461640 | Support | X | X | X | X | |
| Unpaid suspension - pending theft investigation | 100069422 | Inbound | X | X | X | | 0 |
| Waiting On Accom Team | 103096939 | Outbound | X | X | X | X | |
| Time Excused - School Accom | 100165967 | Outbound | X | | 0 | 0 | 0 |
| LOA Continuous until April 23rd | 100871663 | Outbound | X | X | X | X | |
| Waiting on ACCOM - Time Excused | 102940679 | Outbound | X | X | | 0 | 0 |
| COF until 4/15 | 101351263 | Inbound | X | X | | 0 | 0 |
| LOA Continuous Pending | 100942340 | Outbound | X | | 0 | 0 | 0 |
| LOA Inter | 103174588 | Outbound | X | | 0 | 0 | 0 |
| Going to doctor on 4/2 - Open LOA - Trying to extend | 103102489 | Outbound | X | X | X | X | |
| Waiting on Accom Team | 102033177 | Outbound | X | X | X | X | |
| Accomodation Approved | 101197607 | Outbound | X | X | X | X | |
| Emailed - LOA Open/Denied - UPT Neg 59 | 102476208 | Inbound | X | X | X | X | |
| Possible LEA per Amy - UPT Neg 50 | 101602352 | Inbound | X | X | X | X | |
| Unpaid suspension - pending theft investigation | 802359 | Inbound | X | X | | 0 | 0 |
| Waiting on Accom Team | 103089597 | Outbound | X | X | X | X | |
| Waiting on Accom Team | 102256711 | Inbound | X | X | X | X | |
| Replied - Appealing LOA Decision - UPT -220 | 102446840 | Inbound | X | X | X | X | |
| LOA Inter | 100137955 | Outbound | X | | 0 | 0 | 0 |
| Waiting on Accom team | 103127761 | Outbound | X | X | X | X | |
| Waiting on Accom Team | 101624610 | Outbound | X | X | X | X | |
| Bereavement 4/13 | 100463119 | Inbound | X | | 0 | 0 | 0 |
| COF through 4/11 | 100585907 | Inbound | X | X | | 0 | 0 |
| Waiting on Accom Team - RMI Due | 101185019 | Outbound | X | X | X | X | |
| LOA Pending - UPT Neg 20 | 102529707 | Inbound | X | X | X | | 0 |
| LOA Open until April 8th - E035492948 - UPT Neg 63 | 101545698 | Outbound | X | X | X | X | |
| COF until 4/12 | 101180513 | Support | X | X | X | X | |
| LOA Military | 101281838 | Inbound | X | X | X | X | |
| Emailed - LOA Open/Denied - Pending case closure | 100856128 | Outbound | X | X | X | X | |
| COF through 4/11 | 102084929 | Support | X | X | | 0 | 0 |
| Waiting on Accom Team - RMI Due | 103165344 | Outbound | X | X | X | X | |

Redacted



Ray A. Chavez
Sr. HR Assistant [ONT2/3/4]

AMZN-MCMLLN_001230

*North American Fulfillment*
Email: raychav@amazon.com
Work hard. Have fun. Make history.



**From:** Chavez, Ray
**Sent:** Wednesday, April 11, 2018 3:10 PM
**To:** 'ont2-hrbp@amazon.com' <ont2-hrbp@amazon.com>
**Cc:** 'ont2-hr@amazon.com' <ont2-hr@amazon.com>; Smith, Lauren <sitzrenst@amazon.com>; Golliday, Renee <golliday@amazon.com>; Henderson, Paige <hpaige@amazon.com>; Amjad, Sonia <amjasoni@amazon.com>; Smith, Reuben <reubens@amazon.com>; Bustamante, Priscilla <bustarnap@amazon.com>; Favati, Caitlin <favatic@amazon.com>
**Subject:** Job Abandonment Bridge ~ 4/11/2018

### *Job Abandonment Bridge*

| Legend | Total |
|---|---|
| AA's that have been sent JA email | 11 |
| AA's that have been terminated | 8 |
| AA's that have been Emailed already, Waiting for response, Accruals to cover | 19 |
| AA's on Workers Comp | 3 |
| AA's on LOA, COF, Time Excused | 30 |
| **Total** | **71** |

| Bridge | Emp ID | Employee Name | Main Process | Missed 2 | Missed 3 | Missed 4 | Missed 6 |
|---|---|---|---|---|---|---|---|
| UPT Neg 12 | 103098938 | | Outbound | X | 0 | 0 | 0 |
| UPT Neg 14 | 103117815 | | Inbound | X | X | X | X |
| UPT Neg 210 - LOA Open/Denied | 102461646 | | Inbound | X | X | X | X |
| UPT Neg 10 | 103117808 | | Inbound | X | X | X | 0 |
| UPT Neg 2 | 103171743 | | Outbound | X | 0 | 0 | 0 |
| UPT Neg 30 | 103105941 | | Outbound | X | 0 | 0 | 0 |
| UPT Neg 8 | 103125320 | | Outbound | X | 0 | 0 | 0 |
| UPT Balance 7 | 102256730 | | Outbound | X | 0 | 0 | 0 |
| UPT Balance 0 | 102381212 | | Outbound | X | 0 | 0 | 0 |
| UPT Neg 20 | 102529707 | | Inbound | X | X | X | 0 |
| UPT Neg 8 | 103182632 | | Outbound | X | 0 | 0 | 0 |
| Termed 4/9 - JA | 103127557 | | Outbound | X | X | X | X |
| Termed 4/10 | 102564833 | | Inbound | X | X | X | 0 |
| Termed 4/11 - Emailed 4/10 - UPT -15 | 103171729 | | Outbound | X | X | 0 | 0 |
| Termed 4/11 - Emailed 4/9 - UPT Neg 18 | 103120041 | | Outbound | X | X | 0 | 0 |
| Termed 4/11 - Emailed 4/9 - UPT Neg 13 | 103120040 | | Outbound | X | X | 0 | 0 |
| Termed 4/11 - Emailed 4/10 - UPT -8 | 103177509 | | Outbound | X | 0 | 0 | 0 |
| Termed 4/10 - JA | 102073602 | | Inbound | X | X | X | 0 |
| Termed 4/7 - Said Wrong # - Emailed 4/2 - UPT Neg 9 | 103131417 | | Outbound | X | X | X | X |
| Using accruals | 101464677 | | Outbound | X | X | X | 0 |
| Using Accruals - UPT Balance 43 | 100266904 | | Outbound | X | X | X | 0 |
| Callback AA - Emailed 4/9 - UPT 10 | 103165347 | | Outbound | X | 0 | 0 | 0 |
| Waiting for WFS | 102925483 | | | 0 | X | X | 0 | 0 |
| Using Accruals - PTO 40 | 100450281 | | Inbound | X | 0 | 0 | 0 |
| Using Accruals - UPT Balance 47 | 100556078 | | Inbound | X | 0 | 0 | 0 |
| Emailed 4/10 - UPT 2 | 103120030 | | Outbound | X | 0 | 0 | 0 |
| Callback AA - Emailed 4/9 - UPT Balance 7 | 103177532 | | Outbound | X | 0 | 0 | 0 |
| Callback AA - Did not answer 4/10 - Emailed 4/8 - UPT 11 | 102461843 | | Outbound | X | X | X | 0 |

Redacted

| Description | Number | Type | | | | | |
|---|---|---|---|---|---|---|---|
| Emailed 4/10 - UPT Neg 21 - Pending COF docs | 103127569 | Outbound | X | X | X | X | |
| Call AA - Emailed 4/9 - UPT Neg 20 - Hasn't RTW from LOA | 103104710 | Outbound | X | X | X | | 0 |
| Using accruals - RTW 4/14 | 102849725 | Print on demand | X | 0 | 0 | | 0 |
| Using accruals | 100285885 | Outbound | X | 0 | 0 | | 0 |
| Emailed 4/10 - UPT -1 | 103180197 | Outbound | X | X | 0 | | 0 |
| Callback AA - Emailed 4/9 - UPT Balance 11 | 735612 | Print on demand | X | X | X | | 0 |
| Emailed 4/10 - UPT 10 | 100905530 | Outbound | X | 0 | 0 | | 0 |
| Awaiting email - Emailed 4/9 - UPT Neg 27 | 102280412 | Inbound | X | X | X | | 0 |
| Emailed - Possible medical LOA extension - UPT Neg 34 | 103113929 | Inbound | X | X | X | X | |
| Using accruals - RTW 4/12 | 103120063 | Outbound | X | X | 0 | | 0 |
| Workers Comp | 100285207 | Outbound | X | X | X | | 0 |
| Workers Comp | 102461640 | Support | X | X | X | X | |
| Workers Comp - UPT -89 | 100730463 | Print on demand | X | X | X | | 0 |
| Unpaid suspension - pending theft investigation | 100069422 | Inbound | X | X | 0 | | 0 |
| Waiting On Accom Team | 103096939 | Outbound | X | X | X | X | |
| LOA Continuous until April 23rd | 100871663 | Outbound | X | X | X | X | |
| Waiting on ACCOM - Time Excused | 102940679 | Outbound | X | X | 0 | | 0 |
| COF until 4/15 | 101351263 | Inbound | X | 0 | 0 | | 0 |
| LOA Inter - UPT 15 | 101842548 | Outbound | X | X | X | | 0 |
| Going to doctor on 4/2 - Open LOA - Trying to extend | 103102489 | Outbound | X | X | X | X | |
| Waiting on Accom Team | 102033177 | Outbound | X | X | X | X | |
| Accomodation Approved | 101197607 | Outbound | X | X | X | X | |
| Emailed - LOA Open/Denied - UPT Neg 59 | 102476208 | Inbound | X | X | X | X | |
| Possible LEA per Amy - UPT Neg 50 | 101602352 | Inbound | X | X | X | X | |
| Unpaid suspension - pending theft investigation | 802359 | Inbound | X | 0 | 0 | | 0 |
| Waiting on Accom Team | 103089597 | Outbound | X | X | X | X | |
| Waiting on Accom Team | 102256711 | Inbound | X | X | X | X | |
| Replied - Appealing LOA Decision - UPT -220 | 102446840 | Inbound | X | X | X | | 0 |
| LOA Inter | 100137955 | Outbound | X | 0 | 0 | | 0 |
| Waiting on Accom team | 103127761 | Outbound | X | X | X | X | |
| Extended PLOA to 4/16 | 100734507 | Support | X | X | 0 | | 0 |
| Waiting on Accom Team | 101624610 | Outbound | X | X | X | X | |
| Emailed 4/11 - COF through 4/8 | 103131414 | Outbound | X | 0 | 0 | | 0 |
| COF through 4/11 | 100585907 | Inbound | X | X | 0 | | 0 |
| Wainting on Accom Team - RMI Due | 101185019 | Outbound | X | X | X | X | |
| LOA Open until April 6th - E035492948 - UPT Neg 63 | 101545698 | Outbound | X | X | X | X | |
| COF until 4/12 | 101180513 | Support | X | X | X | X | |
| PLOA | 102284892 | Support | X | X | X | | 0 |
| LOA Continuous | 100098197 | Inbound | X | X | X | | 0 |
| LOA Military | 101281838 | Inbound | X | X | X | X | |
| Emailed - LOA Open/Denied - Pending case closure | 100856128 | Outbound | X | X | X | X | |
| COF through 4/11 | 102084929 | Support | X | X | 0 | | 0 |
| Waiting on Accom Team - RMI Due | 103165344 | Outbound | X | X | X | X | |

*Redacted*

*Ray A. Chavez*

Sr. HR Assistant |ONT2/3/4|
*North American Fulfillment*
Email: raychav@amazon.com
Work hard. Have fun. Make history.

 fulfillment

From: Chavez, Ray
Sent: Saturday, April 7, 2018 4:40 PM
To: 'ont2-hrbp@amazon.com' <ont2-hrbp@amazon.com>
Cc: 'ont2-hr@amazon.com' <ont2-hr@amazon.com>; Smith, Lauren <sitzerst@amazon.com>; Golliday, Renee <golliday@amazon.com>; Henderson, Paige <hpaige@amazon.com>; Amjad, Sonia <amjasoni@amazon.com>; Smith, Reuben <reubens@amazon.com>; Bustamante, Priscilla <bustamap@amazon.com>; Favati, Caitlin <favatic@amazon.com>
Subject: Job Abandonment Bridge - 4/7/2018

### Job Abandonment Bridge

| Legend | Total |
|---|---|
| AA's that have been sent JA email | 8 |
| AA's that have been terminated | 15 |
| AA's that have been Emailed already, Waiting for response, Accruals to cover | 15 |
| AA's on Workers Comp | 3 |
| AA's on LOA, COF, Time Excused | 35 |
| **Total** | **76** |

| Bridge | Emp ID | Employee Name | Main Process | Missed 2 | Missed 3 | Missed 4 | Missed 6 |
|---|---|---|---|---|---|---|---|
| UPT Neg 10 | 102564833 | | Inbound | X | 0 | 0 | 0 |
| UPT Balance 1 | 100709159 | | Outbound | X | 0 | 0 | 0 |
| UPT Balance 7 | 103117789 | | Inbound | X | 0 | 0 | 0 |
| UPT Balance 9 - COF until 3/30 hasn't returned | 103127569 | | Outbound | X | X | X | X |
| UPT Balance 2 - hasnet RTW - LOA thru 4/4 | 100734507 | | Support | X | 0 | 0 | 0 |
| UPT Balance 11 | 101431305 | | Outbound | X | 0 | 0 | 0 |
| UPT Neg 10 | 102073602 | | Inbound | X | 0 | 0 | 0 |
| UPT Neg 13 | 103177388 | | Outbound | X | 0 | 0 | 0 |
| Termed 4/6 - Emailed 4/1 - UPT Neg 90 - LOA Closed/Denied | 103093158 | | Outbound | X | X | X | X |
| Termed 4/7 - Emailed 4/5 - UPT Neg 8 | 103174570 | | Outbound | X | X | X | 0 |
| Termed 4/7 - Resigned with Denicia | 101132110 | | Outbound | X | 0 | 0 | 0 |
| Termed - UPT -232 | 101365577 | | Outbound | X | X | 0 | 0 |
| Termed 4/5 - Emailed back to resign - UPT Neg 10 | 102860235 | | Outbound | X | X | X | 0 |
| Termed - JA | 100961833 | | Outbound | X | X | X | 0 |
| Termed 4/7 - Emailed 4/5 - UPT Neg 53 | 100452204 | | Outbound | X | 0 | 0 | 0 |
| Termed 4/7 - Emailed 4/4 - UPT Neg 47 | 102289542 | | Inbound | X | X | X | 0 |
| Termed 4/6 - Emailed 4/4 - UPT Balance 0 | 103171751 | | Outbound | X | X | 0 | 0 |
| Termed 4/5 - Emailed 4/3 - UPT Balance 10 | 101660494 | | Outbound | X | X | 0 | 0 |
| Termed 4/7 - Emailed 4/5 - UPT Neg 27 | 103177518 | | Outbound | X | X | 0 | 0 |
| Termed 4/7 - Emailed 4/5 - UPT Neg 40 | 100682616 | | Inbound | X | X | X | 0 |
| Termed 4/6 - No response to emails | 103104658 | | Outbound | X | X | X | X |
| Termed 4/7 - UPT Neg 223 - LOA Closed/Denied | 102755615 | | Print on demand | X | X | 0 | 0 |
| Termed 4/7 - Said Wrong # - Emailed 4/2 - UPT Neg 9 | 103131417 | | Outbound | X | X | X | 0 |
| Using Accruals - UPT Balance 43 | 100266904 | | Outbound | X | X | X | 0 |
| UPT Neg 10 | 101195258 | | Outbound | X | X | 0 | 0 |
| Using Accruals - Emailed back | 102858620 | | Outbound | X | 0 | 0 | 0 |
| Emailed - LOA Pending - UPT Neg 59 | 102476208 | | Inbound | X | X | X | X |
| Callback AA - Emailed 4/5 - UPT Balance 0 | 101682757 | | Outbound | X | 0 | 0 | 0 |
| ONT5 Transfer Schedule Messed up - UPT Balance 17 | 101717855 | | Outbound | X | 0 | 0 | 0 |
| Callback AA - Emailed 4/5 - UPT Neg 220 - Appealing | 102446840 | | Inbound | X | X | 0 | 0 |

Redacted

AMZN-MCMLLN_001233

| Status | ID | Type | | | | | |
|---|---|---|---|---|---|---|---|
| Callback AA - Emailed 4/5 - UPT Balance 0 | 102381189 | Outbound | X | | 0 | 0 | 0 |
| UPT Neg 15 | 100006170 | Print on demand | X | X | | 0 | 0 |
| Callback AA - Emailed 4/4 - UPT Balance 0 | 103182634 | Outbound | X | | 0 | 0 | 0 |
| Using Accruals - UPT Balance 13 | 100957216 | Outbound | X | | 0 | 0 | 0 |
| Using Accruals - UPT Balance 14 | 100463119 | Inbound | X | | 0 | 0 | 0 |
| Using Accruals - UPT Balance 31 | 735612 | Print on demand | X | | 0 | 0 | 0 |
| Replied - Emailed 4/5 - UPT Balance 0 | 103174564 | Outbound | X | X | X | | 0 |
| Using Accruals - UPT Balance 33 | 100485444 | Outbound | X | | 0 | 0 | 0 |
| Workers Comp | 100285207 | Outbound | X | | 0 | 0 | 0 |
| Workers Comp | 102152452 | Outbound | X | X | | 0 | 0 |
| Workers Comp | 102461640 | Support | X | X | X | X | |
| Waiting On Accom Team | 103096939 | Outbound | X | X | X | | 0 |
| Bereavement - https://it.amazon.com/E035953108 | 100414741 | Outbound | X | X | X | | 0 |
| LOA Continuous until April 23rd | 100871663 | Outbound | X | X | X | X | |
| LOA Continuous - Emailed 4/5 - UPT Neg 7 | 101410484 | Outbound | X | | 0 | 0 | 0 |
| Waiting on Accom team | 103117815 | Inbound | X | X | X | X | |
| Bereavement - 4/4 | 735831 | Inbound | X | X | | 0 | 0 |
| Going to doctor on 4/2 - Open LOA - Trying to extend | 103102489 | Outbound | X | X | X | X | |
| COF until 4/10 | 102033177 | Outbound | X | X | X | | 0 |
| Accomodation Approved | 101197807 | Outbound | X | X | X | | 0 |
| COF until 4/9 | 101717933 | Outbound | X | X | | 0 | 0 |
| Bereavement - 4/4 | 100218440 | Outbound | X | | 0 | 0 | 0 |
| Waiting on Accom Team | 103174578 | Outbound | X | X | X | | 0 |
| Waiting on Accom Team | 102156247 | Outbound | X | | 0 | 0 | 0 |
| Possible LEA per Amy - UPT Neg 50 | 101602352 | Inbound | X | X | X | X | |
| LOA Extended | 100719536 | Outbound | X | X | X | | 0 |
| Waiting on Accom Team | 103089597 | Outbound | X | X | X | X | |
| Waiting on Accom Team | 102256711 | Inbound | X | X | X | X | |
| Waiting on Accom team | 103127761 | Outbound | X | X | X | X | |
| PLOA Pending | 746958 | Outbound | X | | 0 | 0 | 0 |
| Waiting on Accom Team for LEA | 101451918 | Outbound | X | X | X | | 0 |
| Waiting on Accom Team | 101624610 | Outbound | X | X | X | | 0 |
| Waiting on Accom Team - RMI Due | 100806649 | Outbound | X | X | X | | 0 |
| LOA Inter | 101928460 | Outbound | X | X | | 0 | 0 |
| Wainting on Accom Team - RMI Due | 101185019 | Outbound | X | X | X | | 0 |
| LOA Inter | 101750043 | Outbound | X | X | X | | 0 |
| LOA Open until April 6th - E035492948 - UPT Neg 63 | 101545698 | Outbound | X | X | X | X | |
| LOA Continuous | 100366423 | Outbound | X | X | X | X | |
| COF until 4/12 | 101180513 | Support | X | | 0 | 0 | 0 |
| Time Excused - E035818148 | 100088739 | Outbound | X | X | X | | 0 |
| Time Excused Per Shawn | 100664727 | Outbound | X | | 0 | 0 | 0 |
| Emailed - Possible medical LOA extension - UPT -34 | 103113929 | Inbound | X | X | X | X | |
| LOA Continuous | 100098197 | Inbound | X | | 0 | 0 | 0 |
| LOA Military | 101281838 | Inbound | X | X | X | | 0 |
| Emailed - LOA Open/Denied - Pending case closure | 100856128 | Outbound | X | X | X | X | |
| Waiting on Accom Team - RMI Due | 103165344 | Outbound | X | X | X | X | |

Redacted

Ray A. Chavez

Sr. HR Assistant [ONT2/3/4]
North American Fulfillment
Email: raychav@amazon.com

AMZN-MCMLLN_001234





**From:** Chavez, Ray
**Sent:** Friday, April 6, 2018 3:21 PM
**To:** 'ont2-hrbp@amazon.com' <ont2-hrbp@amazon.com>
**Cc:** 'ont2-hr@amazon.com' <ont2-hr@amazon.com>; Smith, Lauren <sitzenst@amazon.com>; Golliday, Renee <golliday@amazon.com>; Henderson, Paige <hpaige@amazon.com>; Amjad, Sonia <amjasoni@amazon.com>; Smith, Reuben <reubens@amazon.com>; Bustamante, Priscilla <bustamap@amazon.com>; Favati, Caitlin <favatic@amazon.com>
**Subject:** Job Abandonment Bridge - 4/6/2018

### Job Abandonment Bridge

| Legend | Total |
|---|---|
| AA's that have been sent JA email | 10 |
| AA's that have been terminated | 8 |
| AA's that have been Emailed already, Waiting for response, Accruals to cover | 17 |
| AA's on Workers Comp | 2 |
| AA's on LOA, COF, Time Excused | 37 |
| **Total** | **74** |

| Bridge | Emp ID | Employee Name | Main Process | Missed 2 | Missed 3 | Missed 4 | Missed 6 |
|---|---|---|---|---|---|---|---|
| UPT Neg 10 | 101195258 | | Outbound | X | 0 | 0 | 0 |
| UPT Balance 0 | 945854 | | Print on demand | X | 0 | 0 | 0 |
| UPT Balance 0 | 759854 | | Outbound | X | 0 | 0 | 0 |
| UPT Neg 10 | 102858620 | | Outbound | X | 0 | 0 | 0 |
| UPT Balance 17 | 101717855 | | Outbound | X | 0 | 0 | 0 |
| UPT Balance 15 | 102502718 | | Outbound | X | 0 | 0 | 0 |
| UPT Neg 15 | 100006170 | | Print on demand | X | 0 | 0 | 0 |
| UPT Balance 13 | 101233103 | | Outbound | X | 0 | 0 | 0 |
| UPT Balance 0 | 101503115 | | Inbound | X | 0 | 0 | 0 |
| UPT Neg 223 - LOA Closed/Denied | 102755815 | | Print on demand | X | 0 | 0 | 0 |
| Termed 4/6 - Emailed 4/1 - UPT Neg 90 - LOA Closed/Denied | 103093156 | | Outbound | X | X | X | X |
| Termed 4/6 - Emailed 4/4 - UPT Neg 2 | 102263749 | | Outbound | X | X | 0 | 0 |
| Termed - UPT -232 | 101365577 | | Outbound | X | X | 0 | 0 |
| Termed 4/5 - Emailed back to resign - UPT Neg 10 | 102850235 | | Outbound | X | X | X | 0 |
| Termed - JA | 100961833 | | Outbound | X | X | X | 0 |
| Termed 4/6 - Emailed 4/4 - UPT Balance 0 | 103171751 | | Outbound | X | X | 0 | 0 |
| Termed 4/5 - Emailed 4/3 - UPT Balance 10 | 103177518 | | Outbound | X | 0 | 0 | 0 |
| Termed 4/4 - JA | 103165364 | | Outbound | X | X | X | 0 |
| Using Accruals - UPT Balance 43 | 100266904 | | Outbound | X | X | 0 | 0 |
| Emailed 4/5 UPT Neg 8 | 103174570 | | Outbound | X | X | 0 | 0 |
| Call AA - Emailed 4/4 - UPT Balance 0 | 102442153 | | Outbound | X | 0 | 0 | 0 |
| Workers Comp | 102152452 | | Outbound | X | X | 0 | 0 |
| Emailed 4/5 - UPT Neg 53 | 100452204 | | Outbound | X | 0 | 0 | 0 |
| Emailed 4/5 UPT Neg 9 | 103113938 | | Inbound | X | X | 0 | 0 |
| COF until 4/5 | 103174578 | | Outbound | X | X | 0 | 0 |
| Call AA - Emailed 4/4 - UPT Neg 47 | 102289542 | | Inbound | X | X | X | 0 |
| Emailed 4/5 - UPT Balance 0 | 101682757 | | Outbound | X | 0 | 0 | 0 |
| Emailed 4/5 - UPT Balance 0 | 102446840 | | Inbound | X | 0 | 0 | 0 |

**Redacted**

AMZN-MCMLLN_001235

| Note | ID | Direction | | | | | |
|------|-----|-----------|---|---|---|---|---|
| Emailed 4/5 - UPT Balance 0 | 102381189 | Outbound | X | | 0 | 0 | 0 |
| Callback AA - Emailed 4/4 - UPT Balance 10 | 103182634 | Outbound | X | | 0 | 0 | 0 |
| Emailed 4/5 - UPT Neg 27 | 101660494 | Outbound | X | X | | 0 | 0 |
| Emailed 4/5 - UPT Neg 40 | 100682616 | Inbound | X | X | X | | 0 |
| Emailed 4/5 - Balance 0 | 103174584 | Outbound | X | X | | 0 | 0 |
| Using Accruals - UPT Balance 10 | 100657847 | Outbound | X | | 0 | 0 | 0 |
| Call AA - Said Wrong # - Emailed 4/2 - UPT Neg 9 | 103131417 | Outbound | X | X | | 0 | 0 |
| Workers Comp | 100285207 | Outbound | X | | 0 | 0 | 0 |
| Workers Comp | 102461640 | Support | X | X | X | X | |
| COF through 4/2 | 103096939 | Outbound | X | X | X | | 0 |
| Bereavement - https://tt.amazon.com/E035953108 | 100414741 | Outbound | X | X | X | | 0 |
| LOA Pending | 102472163 | Inbound | X | | 0 | 0 | 0 |
| LOA Continuous until April 23rd | 100871663 | Outbound | X | X | X | X | |
| LOA Continuous - Emailed 4/5 - UPT Neg 7 | 101410484 | Outbound | X | | 0 | 0 | 0 |
| Waiting on Accom team | 103117815 | Inbound | X | X | X | X | |
| Bereavement - 4/4 | 735831 | Inbound | X | X | | 0 | 0 |
| Going to doctor on 4/2 - Open LOA - Trying to extend | 103102489 | Outbound | X | X | X | X | |
| COF until 4/10 | 102033177 | Outbound | X | X | | 0 | 0 |
| Waiting on Accom team | 102461832 | Outbound | X | X | X | | 0 |
| COF through 4/4 | 101197607 | Outbound | X | X | X | | 0 |
| COF until 4/9 | 101717933 | Outbound | X | X | | 0 | 0 |
| LOA Pending - UPT Neg 59 | 102476208 | Inbound | X | X | X | X | |
| Bereavement | 100218440 | Outbound | X | | 0 | 0 | 0 |
| COF until 4/6 | 102156247 | Outbound | X | | 0 | 0 | 0 |
| LEA per Amy - UPT Neg 50 | 101602352 | Inbound | X | X | X | X | |
| LOA Extended | 100719536 | Outbound | X | X | | 0 | 0 |
| Waiting on Accom Team | 103089597 | Outbound | X | X | X | X | |
| Waiting on ACCOM - Unable to accommodate | 102256711 | Inbound | X | X | X | X | |
| Waiting on Accom team | 103127761 | Outbound | X | X | X | X | |
| COF until 3/31 | 103127569 | Outbound | X | X | X | X | |
| Waiting on ACCOM - Pending Sr. ops review - UPT -75 | 101451918 | Outbound | X | X | X | | 0 |
| COF through 4/4 | 101624610 | Outbound | X | X | X | | 0 |
| COF until 4/5 | 100806649 | Outbound | X | X | | 0 | 0 |
| LOA Inter | 101928460 | Outbound | X | X | | 0 | 0 |
| COF until 4/5 | 101185019 | Outbound | X | X | X | | 0 |
| LOA Inter | 101750043 | Outbound | X | X | X | | 0 |
| LOA Open until April 6th - E035492948 - UPT Neg 63 | 101545698 | Outbound | X | X | X | X | |
| LOA Continuous | 101842359 | Outbound | X | X | X | X | |
| LOA Pending | 100366423 | Outbound | X | X | X | X | |
| Time Excused - E035818148 | 100088739 | Outbound | X | X | X | | 0 |
| Time Excused Per Shawn | 100664727 | Outbound | X | X | | 0 | 0 |
| Emailed - Possible medical LOA extension - UPT -34 | 103113929 | Inbound | X | X | X | X | |
| LOA Continuous | 100098197 | Inbound | X | | 0 | 0 | 0 |
| LOA Military | 101281838 | Inbound | X | X | X | | 0 |
| Emailed - LOA Open/Denied - Pending case closure | 100856128 | Outbound | X | X | X | X | |
| COF until 4/6 | 103165344 | Outbound | X | X | X | X | |

**Redacted**

Ray A. Chavez

Sr. HR Assistant [ONT2/3/4]
North American Fulfillment
Email: raychav@amazon.com
Work hard. Have fun. Make history.

AMZN-MCMLLN_001236



**From:** Chavez, Ray
**Sent:** Tuesday, April 3, 2018 2:56 PM
**To:** 'ont2-hrbp@amazon.com' <ont2-hrbp@amazon.com>
**Cc:** 'ont2-hr@amazon.com' <ont2-hr@amazon.com>; Smith, Lauren <sitzenst@amazon.com>; Golliday, Renee <golliday@amazon.com>; Henderson, Paige <hpaige@amazon.com>; Amjad, Sonia <amjasoni@amazon.com>; Smith, Reuben <reubens@amazon.com>; Bustamante, Priscilla <bustamap@amazon.com>; Favati, Caitlin <favatic@amazon.com>
**Subject:** Job Abandonment Bridge - 4/3/2018

### Job Abandonment Bridge

| Legend | Total |
|---|---|
| AA's that have been sent JA email | 10 |
| AA's that have been terminated | 13 |
| AA's that have been Emailed already, Waiting for response, Accruals to cover | 11 |
| AA's on Workers Comp | 4 |
| AA's on LOA, COF, Time Excused | 44 |
| **Total** | **82** |

| Bridge | Emp ID | Employee Name | Main Process | Missed 2 | Missed 3 | Missed 4 | Missed 6 |
|---|---|---|---|---|---|---|---|
| UPT Neg 10 | 100414741 | | Outbound | X | 0 | 0 | 0 |
| UPT Balance 8 | 102461832 | | Outbound | X | 0 | 0 | 0 |
| UPT Neg 20 | 100961833 | | Outbound | X | 0 | 0 | 0 |
| UPT Balance 2 | 920316 | | Vendor returns | X | 0 | 0 | 0 |
| UPT Balance 0 | 103098740 | | Outbound | X | 0 | 0 | 0 |
| UPT Neg 10 | 102335167 | | Outbound | X | 0 | 0 | 0 |
| UPT Balance 11 | 100137955 | | Outbound | X | X | 0 | 0 |
| UPT Balance 10 | 103177518 | | Outbound | X | 0 | 0 | 0 |
| UPT Balance 0 | 100775228 | | Outbound | X | 0 | 0 | 0 |
| UPT Neg 13 | 101750043 | | Outbound | X | 0 | 0 | 0 |
| Termed 3/31 - UPT Neg 210 - Resigned | 103087808 | | Outbound | X | X | X | X |
| Termed 4/2 - JA | 102697402 | | Outbound | X | X | X | 0 |
| Termed 3/30 | 102215140 | | Outbound | X | X | 0 | 0 |
| Termed 3/31 - Emailed 3/29 - UPT Neg 20 (Newstart) | 102925483 | | Outbound | X | X | X | 0 |
| Termed 4/2 - JA | 103120048 | | Outbound | X | X | X | 0 |
| Termed 4/2 - JA | 103098774 | | Outbound | X | X | X | 0 |
| Termed 4/2 - JA | 100167361 | | Outbound | X | X | X | 0 |
| Termed 3/24 - Emailed 3/22 - UPT Neg 19 | 103104658 | | Outbound | X | X | X | X |
| Termed 4/2 - JA | 103098766 | | Outbound | X | X | 0 | 0 |
| Termed 4/2 - JA | 920617 | | Outbound | X | 0 | 0 | 0 |
| Termed 3/31 - UPT Neg 1079 | 101759400 | | Outbound | X | X | X | X |
| Termed 4/2 - JA | 103102515 | | Outbound | X | X | X | 0 |
| Termed 3/31 (4/3) | 100328785 | | Inbound | X | X | X | 0 |
| Pending response - Emailed 4/1 - UPT 2 | 102502727 | | Outbound | X | X | X | 0 |
| Pending response - Emailed 4/1 - UPT -50 - Open LOA | 103093156 | | Outbound | X | X | X | X |
| Using Accruals - UPT Balance 47 | 100556078 | | Inbound | X | 0 | 0 | 0 |
| Emailed 4/2 - UPT 26 | 101140559 | | Outbound | X | 0 | 0 | 0 |
| Using accruals - UPT 34 | 101617158 | | Outbound | X | X | 0 | 0 |
| Pending response - Emailed 4/1 - UPT -34 | 103165364 | | Outbound | X | X | X | 0 |
| Using Accruals - UPT Balance 16 | 101535232 | | 0 | X | 0 | 0 | 0 |

**Redacted**

AMZN-MCMLLN_001237

| Description | ID | Redacted | Direction | | | | | |
|---|---|---|---|---|---|---|---|---|
| Using Accruals - UPT Balance 10 | 100657847 | | Outbound | X | | 0 | 0 | 0 |
| Time Excused - E035818148 | 100088739 | | Outbound | X | | 0 | 0 | 0 |
| Emailed 4/2 - UPT -9 | 103131417 | | Outbound | X | X | | 0 | 0 |
| Using Accruals | 101842394 | | Outbound | X | | 0 | 0 | 0 |
| Workers Comp | 102461640 | | Support | X | X | X | | 0 |
| Workers Comp - Site cannot accommodate | 102476220 | | Outbound | X | X | X | | 0 |
| Workers Comp | 103101067 | | Outbound | X | X | X | | 0 |
| Workers Comp | 102446844 | | Inbound | X | | 0 | 0 | 0 |
| COF until 3/31 | 102510997 | | Outbound | X | X | X | X | |
| COF through 4/2 | 103096939 | | Outbound | X | X | | 0 | 0 |
| LOA Continuous until April 23rd | 100871663 | | Outbound | X | X | X | X | |
| Waiting on Accom team | 103102491 | | Outbound | X | X | X | | 0 |
| Waiting on Accom team | 103098779 | | Outbound | X | X | X | X | |
| Waiting on Accom team | 103117815 | | Inbound | X | X | X | X | |
| Bereavement - 3/31 | 102476211 | | Outbound | X | X | | 0 | 0 |
| Waiting on ACCOM - Pending Sr. ops review - UPT -59 | 101735374 | | Support | X | X | X | | 0 |
| Bereavement - 4/4 | 735831 | | Inbound | X | | 0 | 0 | 0 |
| Waiting on Accom Team | 100736105 | | Outbound | X | X | X | X | |
| Going to doctor on 4/2 - Open LOA - Trying to extend | 103102489 | | Outbound | X | X | X | X | |
| Emailed - Stating they applied for PLOA - Check for case # | 102097392 | | Outbound | X | X | X | X | |
| COF through 4/4 | 101197807 | | Outbound | X | X | | 0 | 0 |
| COF until 4/9 | 101717933 | | Outbound | X | | 0 | 0 | 0 |
| Waiting on Accom Team | 102877242 | | Outbound | X | X | X | X | |
| LOA Pending - UPT Neg 59 | 102476208 | | Inbound | X | X | X | | 0 |
| Bereavement (Newstart) | 101663788 | | Outbound | X | | 0 | 0 | 0 |
| COF until 4/5 | 103174578 | | Outbound | X | | 0 | 0 | 0 |
| LEA per Amy - UPT Neg 50 | 101602352 | | Inbound | X | X | X | X | |
| Waiting on Accom Team | 103089597 | | Outbound | X | X | X | X | |
| Waiting on ACCOM - Unable to accommodate | 102256711 | | Inbound | X | X | X | | 0 |
| COF until 4/5 | 103177499 | | Outbound | X | X | | 0 | 0 |
| COF until 4/2 | 102468145 | | Inbound | X | X | X | | 0 |
| Waiting on Accom team | 103127761 | | Outbound | X | X | X | X | |
| COF until 3/31 | 103127569 | | Outbound | X | X | X | | 0 |
| Waiting on ACCOM - Pending Sr. ops review - UPT -75 | 101451918 | | Outbound | X | X | | 0 | 0 |
| COF through 4/4 | 101624610 | | Outbound | X | X | | 0 | 0 |
| Bereavement - 3/30 | 101759351 | | Outbound | X | X | X | | 0 |
| COF until 4/5 | 100806649 | | Outbound | X | | 0 | 0 | 0 |
| COF until 4/5 | 101185019 | | Outbound | X | X | | 0 | 0 |
| LOA Open until April 6th - E035492948 - UPT Neg 63 | 101545698 | | Outbound | X | X | X | X | |
| Approved for PLOA extension to 4/11 - E035850929 | 103089586 | | Outbound | X | X | X | | 0 |
| COF until 4/3 | 103102473 | | Outbound | X | X | X | | 0 |
| COF per Mike Avila | 103127545 | | 0 | X | X | X | X | |
| COF until 3/29 | 101243486 | | Outbound | X | X | X | X | |
| Check for case closure - UPT -238 - LOA Open/Denied | 101842359 | | Outbound | X | X | X | X | |
| LOA Pending | 100366423 | | Outbound | X | X | X | X | |
| COF through 3/28 | 102387255 | | Outbound | X | X | X | | 0 |
| Time Excused Per Shawn | 100664727 | | Outbound | X | | 0 | 0 | 0 |
| Emailed - Possible medical LOA extension - UPT -34 | 103113929 | | Inbound | X | X | X | | 0 |
| LOA Military | 101281838 | | Inbound | X | | 0 | 0 | 0 |
| Emailed - LOA Open/Denied - Pending case closure | 100856128 | | Outbound | X | X | X | X | |
| Extended LOA until 4/3 | 102476197 | | Outbound | X | X | X | X | |
| COF until 4/6 | 103165344 | | Outbound | X | X | X | | 0 |

AMZN-MCMLLN_001238



**Ray A. Chavez**
Sr. HR Assistant [ONT2/3/4]
*North American Fulfillment*
Email: raychav@amazon.com
Work hard. Have fun. Make history.


fulfillment

**From:** Chavez, Ray
**Sent:** Saturday, March 31, 2018 5:24 PM
**To:** 'ont2-hrbp@amazon.com' <ont2-hrbp@amazon.com>
**Cc:** 'ont2-hr@amazon.com' <ont2-hr@amazon.com>; Smith, Lauren <sitzenst@amazon.com>; Golliday, Renee <golliday@amazon.com>; Henderson, Paige <hpaige@amazon.com>; Amjad, Sonia <amjasoni@amazon.com>; Smith, Reuben <reubens@amazon.com>; Bustamante, Priscilla <bustamap@amazon.com>; Favati, Caitlin <favatic@amazon.com>
**Subject:** Job Abandonment Bridge - 3/31/2018

### *Job Abandonment Bridge*

| Legend | Total |
|---|---|
| AA's that have been sent JA email | 9 |
| AA's that have been terminated | 10 |
| AA's that have been Emailed already, Waiting for response, Accruals to cover | 16 |
| AA's on Workers Comp | 1 |
| AA's on LOA, COF, Time Excused | 41 |
| **Total** | **77** |

| Bridge | Emp ID | Employee Name | Main Process | Missed 2 | Missed 3 | Missed 4 | Missed 6 |
|---|---|---|---|---|---|---|---|
| UPT Neg 31 (Newstart) | 103165377 | | Outbound | X | 0 | 0 | 0 |
| UPT Neg 37 | 103120048 | | Outbound | X | 0 | 0 | 0 |
| UPT Neg 30 | 103098774 | | Outbound | X | 0 | 0 | 0 |
| UPT Neg 58 | 100167361 | | Outbound | X | 0 | 0 | 0 |
| UPT Neg 26 | 103089586 | | Outbound | X | 0 | 0 | 0 |
| UPT Neg 20 | 920617 | | Outbound | X | 0 | 0 | 0 |
| UPT Neg 238 - LOA Open/Denied | 101842359 | | Outbound | X | X | X | X |
| UPT Neg 44 | 103113929 | | Inbound | X | X | X | 0 |
| UPT Neg 29 | 100917538 | | Inbound | X | 0 | 0 | 0 |
| Termed 3/31 - UPT Neg 210 - Resigned | 103087808 | | Outbound | X | X | X | X |
| Termed 3/31 - Emailed 3/29 - UPT Neg 20 (Newstart) | 102925483 | | Outbound | X | X | 0 | 0 |
| Termed 3/30 - UPT Neg 37 | 10246167 | | Inbound | X | X | 0 | 0 |
| Termed 3/29 - Resigned with Denica | 100067459 | | Inbound | X | X | X | 0 |
| Termed 3/29 - Emailed 3/26 - UPT Neg 43 | 100093088 | | Support | X | X | X | 0 |
| Termed 3/30 - UPT Neg 46 | 101750067 | | Outbound | X | X | 0 | 0 |
| Termed 3/24 - Emailed 3/22 - UPT Neg 19 | 103104658 | | Outbound | X | X | X | X |
| Termed 3/29 - Emailed 3/27 - UPT Neg 24 | 103127545 | | Outbound | X | X | X | 0 |
| Termed 3/31 - UPT Neg 1079 | 101759400 | | Outbound | X | X | X | X |
| Termed 3/29 - Emailed 3/27 - UPT Neg 20 | 103102498 | | Outbound | X | X | 0 | 0 |
| Callback AA - Emailed 3/29 - UPT Neg 10 - LOA Inter | 100014544 | | Print on demand | X | X | X | 0 |
| Using Accruals - Emailed 3/26 - UPT 6 - PTO to cover | 102097402 | | Outbound | X | 0 | 0 | 0 |
| Using Accruals - UPT Balance 58 | 101596645 | | Outbound | X | 0 | 0 | 0 |
| Emailed 3/30 - UPT Neg 57 - LOA through 3/12 - LOA Extension - Call | 103102489 | | Outbound | X | X | X | 0 |
| Emailed 3/30 - UPT Neg 20 - LOA Closed | 101425129 | | Outbound | X | 0 | 0 | 0 |
| Emailed 3/30 - UPT Neg 30 - LOA Open until 4/18 Max | 103087806 | | Outbound | X | X | X | 0 |

**Redacted**

AMZN-MCMLLN_001239

| Label | ID | Direction | | | | |
|---|---|---|---|---|---|---|
| Using Accrual – UPT Balance 59 | 101483755 | Outbound | X | X | X | X |
| Emailed 3/30 - UPT Neg 30 | 102256711 | Inbound | X | X | 0 | 0 |
| Emailed 3/30 - UPT Balance 8 | 102476220 | Outbound | X | X | 0 | 0 |
| Emailed 3/30 - UPT Neg 40 | 101722923 | Print on demand | X | X | 0 | 0 |
| Emailed 3/30 - UPT Neg 40 | 101521102 | Outbound | X | X | 0 | 0 |
| Using Accruals - UPT Balance 16 | 102152445 | Outbound | X | 0 | 0 | 0 |
| Callback AA - Emailed 3/29 - UPT Neg 18 | 102152457 | Outbound | X | 0 | 0 | 0 |
| Callback AA - Emailed 3/29 - UPT Neg 12 | 103102515 | Outbound | X | 0 | 0 | 0 |
| Using Accruals - UPT Balance 22 | 945866 | Inbound | X | 0 | 0 | 0 |
| Callback AA - Emailed 3/29 - UPT Neg 20 | 100328785 | Inbound | X | X | X | 0 |
| Workers Comp | 102461640 | Support | X | X | 0 | 0 |
| COF until 3/31 | 102510997 | Outbound | X | X | X | 0 |
| Callback AA - Emailed 3/29 - UPT Neg 50 - LOA Docs | 103096952 | Outbound | X | X | X | 0 |
| LOA Continuous until April 23rd | 100871663 | Outbound | X | X | X | X |
| Waiting on Accom team | 103102491 | Outbound | X | 0 | 0 | 0 |
| Waiting on Accom team | 103098779 | Outbound | X | X | X | X |
| Waiting on Accom team | 103117815 | Inbound | X | X | X | X |
| Bereavement - 3/31 | 102476211 | Outbound | X | X | 0 | 0 |
| LOA Continuous | 101735374 | Support | X | X | 0 | 0 |
| Waiting on Accom Team | 100736105 | Outbound | X | X | X | X |
| Callback to check case - Needs to Apply for PLOA | 102097392 | Outbound | X | X | X | 0 |
| Waiting on Accom Team | 102877242 | Outbound | X | X | X | X |
| LOA Pending - UPT Neg 59 | 102476208 | Inbound | X | X | 0 | 0 |
| Per Caitlin on LEA - Emailed 3/26 - UPT -31 | 100452204 | Outbound | X | X | X | 0 |
| Bereavement (Newstart) | 101663788 | Outbound | X | 0 | 0 | 0 |
| COF until 4/1 | 102014760 | Outbound | X | X | 0 | 0 |
| COF until 4/5 | 103174578 | Outbound | X | 0 | 0 | 0 |
| LEA per Amy - UPT Neg 50 | 101602352 | Inbound | X | X | X | X |
| Waiting on Accom Team | 103089597 | Outbound | X | X | X | X |
| Waiting on Accom Team | 103120050 | Outbound | X | X | X | X |
| COF until 4/5 | 103177499 | Outbound | X | 0 | 0 | 0 |
| Waiting on Accom Team | 103127808 | Outbound | X | X | X | 0 |
| Bereavement - 3/29 | 101215916 | Outbound | X | X | 0 | 0 |
| COF until 4/2 | 102468145 | Inbound | X | 0 | 0 | 0 |
| Waiting on Accom team | 103127761 | Outbound | X | X | X | X |
| COF until 3/31 | 103127569 | Outbound | X | X | 0 | 0 |
| Waiting on Accom Team | 100088759 | Print on demand | X | X | X | 0 |
| Bereavement - 3/30 | 101759351 | Outbound | X | X | 0 | 0 |
| COF until 4/5 | 100806649 | Outbound | X | 0 | 0 | 0 |
| LOA Inter | 101928460 | Outbound | X | X | X | 0 |
| COF until 4/5 | 101185019 | Outbound | X | 0 | 0 | 0 |
| COF until 4/1 | 100887048 | Outbound | X | X | 0 | 0 |
| LOA Open until April 6th - E035492948 - UPT Neg 63 | 101545698 | Outbound | X | X | X | X |
| COF until 4/3 | 103102473 | Outbound | X | 0 | 0 | 0 |
| COF until 3/29 | 101243486 | Outbound | X | X | X | 0 |
| LOA Pending | 100366423 | Outbound | X | X | X | X |
| COF through 3/28 | 102387255 | Outbound | X | X | X | 0 |
| Time Excused Per Shawn | 100664727 | Outbound | X | 0 | 0 | 0 |
| Emailed - LOA Open/Denied - Pending case closure | 100856128 | Outbound | X | X | X | X |
| Extended LOA until 4/3 | 102476197 | Outbound | X | X | X | 0 |
| Bereavement/Possibly resigning - Emailed back | 103127549 | Outbound | X | X | X | 0 |
| COF until 4/6 | 103165344 | Outbound | X | X | 0 | 0 |

Redacted



**Ray A. Chavez**
Sr. HR Assistant [ONT2/3/4]
*North American Fulfillment*
Email: raychav@amazon.com
Work hard. Have fun. Make history.



**From:** Chavez, Ray
**Sent:** Friday, March 30, 2018 1:59 PM
**To:** 'ont2-hrbp@amazon.com' <ont2-hrbp@amazon.com>
**Cc:** 'ont2-hr@amazon.com' <ont2-hr@amazon.com>; Smith, Lauren <sitzenst@amazon.com>; Golliday, Renee <golliday@amazon.com>; Henderson, Paige <hpaige@amazon.com>; Amjad, Sonia <amjasoni@amazon.com>; Smith, Reuben <reubens@amazon.com>; Bustamante, Priscilla <bustamap@amazon.com>; Favati, Caitlin <favatic@amazon.com>
**Subject:** Job Abandonment Bridge - 3/30/2018

### Job Abandonment Bridge

| Legend | Total |
|---|---|
| AA's that have been sent JA email | 3 |
| AA's that have been terminated | 12 |
| AA's that have been Emailed already, Waiting for response, Accruals to cover | 18 |
| AA's on Workers Comp | 1 |
| AA's on LOA, COF, Time Excused | 34 |
| **Total** | **68** |

| Bridge | Emp ID | Employee Name | Main Process | Missed 2 | Missed 3 | Missed 4 | Missed 6 |
|---|---|---|---|---|---|---|---|
| UPT Neg 20 - LOA Closed | 101425129 | | Outbound | X | 0 | 0 | 0 |
| UPT Neg 30 | 102256711 | | Inbound | X | 0 | 0 | 0 |
| UPT Balance 8 | 102476220 | | Outbound | X | 0 | 0 | 0 |
| Termed 3/28 - Emailed 3/26 - UPT -10 (New Start) | 103185357 | | Outbound | X | X | 0 | 0 |
| Termed 3/30 - Emailed 3/28 - UPT Neg 24 Newstart | 103127537 | | Inbound | X | X | X | 0 |
| Termed 3/30 - UPT Neg 37 | 102461671 | | Inbound | X | X | 0 | 0 |
| Termed 3/28 - Emailed 3/26 - UPT -20 | 100865677 | | Outbound | X | X | X | 0 |
| Termed 3/29 - Resigned with Denica | 100067459 | | Inbound | X | X | X | 0 |
| Termed 3/29 - Emailed 3/28 - UPT Neg 43 | 100093088 | | Support | X | X | 0 | 0 |
| Termed 3/28 - Emailed 3/26 - UPT -10 (New Start) | 103169345 | | Outbound | X | X | 0 | 0 |
| Termed 3/30 - UPT Neg 46 | 101750067 | | Outbound | X | X | 0 | 0 |
| Termed 3/24 - Emailed 3/22 - UPT Neg 19 | 103104658 | | Outbound | X | X | X | X |
| Termed 3/28 - Emailed 3/26 - UPT -50 | 103102513 | | Outbound | X | X | X | 0 |
| Termed 3/29 - Emailed 3/27 - UPT Neg 24 | 103127545 | | Outbound | X | X | X | 0 |
| Termed 3/29 - Emailed 3/27 - UPT Neg 20 | 103102498 | | Outbound | X | X | 0 | 0 |
| Emailed 3/29 - UPT Neg 210 - LOA Open/Denied | 103087808 | | Outbound | X | X | X | X |
| Emailed 3/29 - UPT Neg 40 | 100014544 | | Print on demand | X | X | 0 | 0 |
| Emailed 3/29 - UPT Neg 50 | 103096952 | | Outbound | X | X | X | 0 |
| Call AA - Emailed 3/28 - UPT Neg 38 | 100871663 | | Outbound | X | X | X | X |
| Using Accruals - Emailed 3/26 - UPT 6 - PTO to cover | 102097402 | | Outbound | X | 0 | 0 | 0 |
| Using Accruals - UPT Balance 58 | 101596045 | | Outbound | X | 0 | 0 | 0 |
| Emailed 3/29 - UPT Neg 69 | 101735374 | | Support | X | X | 0 | 0 |
| Emailed 3/29 - UPT Neg 20 (Newstart) | 102925483 | | Outbound | X | X | 0 | 0 |
| Emailed 3/29 - UPT Neg 40 | 791776 | | Outbound | X | X | X | 0 |

*Redacted*

| Note | ID | | Type | | | | | |
|---|---|---|---|---|---|---|---|---|
| Callback to check case - Needs to Apply for PLOA | 102097392 | | Outbound | X | X | X | | 0 |
| Using Accrual - UPT Balance 59 | 101483755 | | Outbound | X | X | X | | 0 |
| Emailed 3/29 - UPT Neg 26 (Newstart) | 103171768 | | Outbound | X | X | | 0 | 0 |
| Emailed 3/30 - UPT Neg 40 | 101722923 | | Print on demand | X | | 0 | 0 | 0 |
| Emailed 3/30 - UPT Neg 40 | 101521102 | | Outbound | X | | 0 | 0 | 0 |
| Using Accruals - UPT Balance 16 | 102152445 | | Outbound | X | | 0 | 0 | 0 |
| Emailed 3/29 - UPT Neg 18 | 102152457 | | Outbound | X | | 0 | 0 | 0 |
| Emailed 3/29 - UPT Neg 12 | 103102515 | | Outbound | X | | 0 | 0 | 0 |
| Emailed 3/29 - UPT Neg 20 | 100328785 | | Inbound | X | X | | 0 | 0 |
| Workers Comp | 102461640 | | Support | X | X | | 0 | 0 |
| COF until 3/31 | 102510997 | | Outbound | X | X | | 0 | 0 |
| COF until 3/28 | 103098763 | | Outbound | X | X | X | | 0 |
| Waiting on Accom team | 103102491 | | Outbound | X | | 0 | 0 | 0 |
| Waiting on Accom team | 103098779 | | Outbound | X | X | X | | 0 |
| Waiting on Accom team | 103117815 | Redacted | Inbound | X | X | X | X | |
| Bereavement - 3/31 | 102476211 | | Outbound | X | | 0 | 0 | 0 |
| Waiting on Accom Team | 100736105 | | Outbound | X | X | X | | 0 |
| UPT Neg 57 - LOA through 3/12 - LOA Extension - Call | 103102489 | | Outbound | X | X | X | | 0 |
| Waiting on Accom Team | 102877242 | | Outbound | X | X | X | | 0 |
| LOA Pending - UPT Neg 59 | 102476208 | | Inbound | X | | 0 | 0 | 0 |
| UPT Neg 30 - LOA Open until 4/18 Max | 103087806 | | Outbound | X | X | X | | 0 |
| Per Caitlin on LEA - Emailed 3/26 - UPT -31 | 100452204 | | Outbound | X | X | X | | 0 |
| COF until 4/1 | 102014760 | | Outbound | X | | 0 | 0 | 0 |
| LEA per Amy - UPT Neg 50 | 101602352 | | Inbound | X | X | X | X | |
| Waiting on Accom Team | 103089597 | | Outbound | X | X | X | X | |
| Waiting on Accom Team | 103120050 | | Outbound | X | X | X | X | |
| Waiting on Accom Team | 103127808 | | Outbound | X | X | X | | 0 |
| Bereavement - 3/29 | 101215916 | | Outbound | X | | 0 | 0 | 0 |
| COF until 4/2 | 102468145 | | Inbound | X | | 0 | 0 | 0 |
| Waiting on Accom team | 103127761 | | Outbound | X | X | X | X | |
| COF until 3/31 | 103127569 | | Outbound | X | X | | 0 | 0 |
| Waiting on Accom Team | 100088759 | | Print on demand | X | X | X | | 0 |
| Bereavement - 3/30 | 101759351 | | Outbound | X | | 0 | 0 | 0 |
| LOA Inter | 101928460 | | Outbound | X | X | X | | 0 |
| COF until 4/1 | 100887048 | | Outbound | X | X | | 0 | 0 |
| LOA Open until April 6th - E035492948 - UPT Neg 63 | 101545698 | | Outbound | X | X | X | X | |
| COF until 3/29 | 101243486 | | Outbound | X | X | X | | 0 |
| LOA Pending | 100366423 | | Outbound | X | X | X | X | |
| COF through 3/28 | 102387255 | | Outbound | X | X | X | | 0 |
| LOA Military Leave - E035490338 | 101281838 | | Inbound | X | X | X | X | |
| UPT Neg 103 - LOA Pending - Baby Bonding | 100724869 | | Support | X | X | X | X | |
| Emailed - LOA Open/Denied - Pending case closure | 100856128 | | Outbound | X | X | X | X | |
| Extended LOA until 4/3 | 102476197 | | Outbound | X | X | X | | 0 |
| Bereavement/Possibly resigning - Emailed back | 103127549 | | Outbound | X | X | X | | 0 |

Ray A. Chavez
Sr. HR Assistant (ONT2/3/4)
North American Fulfillment
Email: raychav@amazon.com
Work hard. Have fun. Make history.

AMZN-MCMLLN_001242



From: Chavez, Ray
Sent: Thursday, March 29, 2018 4:36 PM
To: 'ont2-hrbp@amazon.com' <ont2-hrbp@amazon.com>
Cc: 'ont2-hr@amazon.com' <ont2-hr@amazon.com>; Smith, Lauren <sitzerist@amazon.com>; Golliday, Renee <golliday@amazon.com>; Henderson, Paige <hpaige@amazon.com>; Amjad, Sonia <amjasoni@amazon.com>; Smith, Reuben <reubens@amazon.com>;
Bustamante, Priscilla <bustamap@amazon.com>; Favati, Caitlin <favatic@amazon.com>
Subject: Job Abandonment Bridge - 3/29/2018

### Job Abandonment Bridge

| Legend | Total |
|---|---|
| AA's that have been sent JA email | 14 |
| AA's that have been terminated | 10 |
| AA's that have been Emailed already; Waiting for response, Accruals to cover | 11 |
| AA's on Workers Comp | 1 |
| AA's on LOA, COF, Time Excused | 29 |
| **Total** | **65** |

| Bridge | Emp ID | Employee Name | Main Process | Missed 2 | Missed 3 | Missed 4 | Missed 6 |
|---|---|---|---|---|---|---|---|
| UPT Neg 210 - LOA Open/Denied | 103087808 | | Outbound | X | X | X | X |
| UPT Neg 40 | 100014544 | | Print on demand | X | | 0 | 0 | 0 |
| UPT Neg 50 | 103096952 | | Outbound | X | X | X | | 0 |
| UPT Neg 20 (Newstart) | 102925483 | | Outbound | X | X | | 0 | 0 |
| UPT Neg 57 - LOA through 3/12 | 103102489 | | Outbound | X | X | X | | 0 |
| UPT Neg 40 | 791776 | | Outbound | X | X | X | | 0 |
| UPT Neg 37 | 102461671 | | Inbound | X | X | | 0 | 0 |
| UPT Neg 46 | 101750067 | | Outbound | X | | 0 | 0 | 0 |
| UPT Neg 39 | 102461640 | | Support | X | X | | 0 | 0 |
| UPT Neg 26 (Newstart) | 103171768 | | Outbound | X | | 0 | 0 | 0 |
| UPT Neg 18 | 102152457 | | Outbound | X | | 0 | 0 | 0 |
| UPT Neg 12 | 103102515 | | Outbound | X | | 0 | 0 | 0 |
| UPT Neg 103 - LOA Pending | 100724869 | | Support | X | X | X | X | |
| UPT Neg 20 | 100328785 | | Inbound | X | | 0 | 0 | 0 |
| Termed 3/28 - Emailed 3/26 - UPT -10 (New Start) | 103165357 | | Outbound | X | | 0 | 0 | 0 |
| Termed 3/27 - Emailed 3/25 - UPT -48 | 102462452 | | Outbound | X | X | X | | 0 |
| Termed 3/28 - Emailed 3/26 - UPT -20 | 100895677 | | Outbound | X | X | X | | 0 |
| Termed 3/29 - Resigned with Denicia | 100067459 | | Inbound | X | X | | 0 | 0 |
| Termed 3/28 - Emailed 3/26 - UPT -10 (New Start) | 103165345 | | Outbound | X | | 0 | 0 | 0 |
| Termed 3/27 - VM not Setup - UPT -180 LOA Closed/Denied | 103101087 | | Outbound | X | X | X | | 0 |
| Termed 3/24 - Emailed 3/22 - UPT Neg 19 | 103104658 | | Outbound | X | X | X | X | |
| Termed 3/28 - Emailed 3/26 - UPT -50 | 103102513 | | Outbound | X | X | X | | 0 |
| Termed 3/29 - Emailed 3/27 - UPT Neg 24 | 103127545 | | Outbound | X | X | X | | 0 |
| Termed 3/29 - Emailed 3/27 - UPT Neg 20 | 103102498 | | Outbound | X | X | | 0 | 0 |
| Emailed 3/28 - UPT Neg 38 - LOA needs updated documents | 100871663 | | Outbound | X | X | X | X | |
| Using Accruals - Emailed 3/26 - UPT-6 - PTO to cover | 102097402 | | Outbound | X | | 0 | 0 | 0 |
| Emailed 3/29 - UPT Neg 17 | 103102491 | | Outbound | X | | 0 | 0 | 0 |
| Emailed 3/28 - UPT Neg 20 - COF until 3/22 | 103098779 | | Outbound | X | X | X | | 0 |
| Emailed 3/29 - UPT Neg 69 | 101735374 | | Support | X | | 0 | 0 | 0 |
| Emailed 3/28 - UPT Neg 24 | 103127537 | | Inbound | X | X | | 0 | 0 |
| Emailed 3/28 - UPT Neg 10 | 103131422 | | Outbound | X | X | | 0 | 0 |
| Using Accrual - UPT Balance 59 | 101483755 | | Outbound | X | X | X | | 0 |

"Redacted" (Employee Name column)

AMZN-MCMLLN_001243

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Emailed 3/28 - UPT Neg 43 | 100093088 | Support | X | X | | 0 | 0 |
| Using Accruals - UPT Balance 20 - PTO to cover | 100757161 | Outbound | X | | 0 | 0 | 0 |
| Using Accruals - UPT Balance 16 | 102152445 | Outbound | X | | 0 | 0 | 0 |
| Workers Comp | 103120044 | Outbound | X | X | X | | 0 |
| LOA Inter | 100621486 | Inbound | X | X | X | | 0 |
| COF until 3/31 | 102510997 | Outbound | X | X | | 0 | 0 |
| COF until 3/28 | 103098763 | Outbound | X | X | X | | 0 |
| Waiting on Accom team | 103117815 | Inbound | X | X | X | X | |
| Waiting on Accom Team | 100736105 | Outbound | X | X | X | | 0 |
| Waiting on Accom Team | 102877242 | Outbound | X | X | X | | 0 |
| UPT Neg 30 - LOA Open until 4/18 Max | 103087806 | Outbound | X | X | | 0 | 0 |
| Per Caitlin on LEA - Emailed 3/26 - UPT -31 | 100452204 | Outbound | X | X | X | | 0 |
| Emailed 3/27 - UPT Neg 20 - LOA Pending | 103102475 | Outbound | X | X | | 0 | 0 |
| COF until 4/1 | 102014760 | Outbound | X | | 0 | 0 | 0 |
| LEA per Amy - UPT Neg 50 | 101602352 | Inbound | X | X | X | X | |
| Waiting on Accom Team | 103089597 | Outbound | X | X | X | X | |
| Waiting on Accom Team | 103120050 | Outbound | X | X | X | X | |
| Waiting on Accom Team | 103127808 | Outbound | X | X | | 0 | 0 |
| COF until 4/2 | 102468145 | Inbound | X | | 0 | 0 | 0 |
| Waiting on Accom team | 103127761 | Outbound | X | X | X | | 0 |
| COF until 3/31 | 103127569 | Outbound | X | X | | 0 | 0 |
| Waiting on Accom Team | 100088759 | Print on demand | X | X | | 0 | 0 |
| Time Excused per Jesse (Hardship) | 102009733 | Outbound | X | | 0 | 0 | 0 |
| LOA Inter | 101928460 | Outbound | X | X | X | | 0 |
| COF until 4/1 | 100887048 | Outbound | X | X | | 0 | 0 |
| LOA Open until April 6th - E035492948 - UPT Neg 63 | 101545698 | Outbound | X | X | X | X | |
| COF until 3/29 | 101243486 | Outbound | X | X | X | | 0 |
| LOA Pending | 100366423 | Outbound | X | X | X | X | |
| COF through 3/28 | 102387255 | Outbound | X | X | X | | 0 |
| LOA Military Leave - E035490338 | 101281838 | Inbound | X | X | X | X | |
| Emailed - LOA Open/Denied - Pending case closure | 100856128 | Outbound | X | X | X | X | |
| Extended LOA until 4/3 | 102476197 | Outbound | X | X | | 0 | 0 |
| Bereavement/Possibly resigning - Emailed back | 103127549 | Outbound | X | X | X | | 0 |

*Redacted*



*Ray A. Chavez*

Sr. HR Assistant [ONT2/3/4]
North American Fulfillment
Email: raychav@amazon.com
Work hard. Have fun. Make history.

fulfillment

From: Chavez, Ray
Sent: Wednesday, March 28, 2018 2:26 PM
To: 'ont2-hrbp@amazon.com' <ont2-hrbp@amazon.com>
Cc: 'ont2-hr@amazon.com' <ont2-hr@amazon.com>; Smith, Lauren <sitzenst@amazon.com>; Golliday, Renee <golliday@amazon.com>; Henderson, Paige <hpaige@amazon.com>; Amjad, Sonia <amjasoni@amazon.com>; Smith, Reuben <reubens@amazon.com>; Bustamante, Priscilla <bustamap@amazon.com>; Favati, Caitlin <favatic@amazon.com>
Subject: Job Abandonment Bridge - 3/28/2018

**Job Abandonment Bridge**

AMZN-MCMLLN_001244

| Legend | Total |
|---|---|
| AA's that have been sent JA email | 10 |
| AA's that have been terminated | 12 |
| AA's that have been Emailed already, Waiting for response, Accruals to cover | 8 |
| AA's on Workers Comp | 1 |
| AA's on LOA, COF, Time Excused | 32 |
| **Total** | 63 |

| Bridge | Emp ID | Employee Name | Main Process | Missed 2 | Missed 3 | Missed 4 | Missed 6 |
|---|---|---|---|---|---|---|---|
| UPT Neg 38 | 100871663 | | Outbound | X | X | X | X |
| UPT Neg 20 - COF until 3/22 | 103098779 | | Outbound | X | X | X | 0 |
| UPT Neg 24 | 103127537 | | Inbound | X | 0 | 0 | 0 |
| UPT Neg 20 - COF until 3/24 | 100736105 | | Outbound | X | X | X | 0 |
| UPT Balance 1 - LOA Open/Denied | 102097392 | | Outbound | X | 0 | 0 | 0 |
| UPT Neg 30 - LOA Open until 4/18 Max | 103087806 | | Outbound | X | 0 | 0 | 0 |
| UPT Neg 10 | 103131422 | | Outbound | X | X | 0 | 0 |
| UPT Balance 0 - COF until 3/21 | 103089597 | | Outbound | X | X | X | X |
| UPT Neg 43 | 100093088 | | Support | X | 0 | 0 | 0 |
| UPT Neg 30 | 102259528 | | Outbound | X | 0 | 0 | 0 |
| Termed 3/28 - Emailed 3/26 - UPT -20 | 103131425 | | Outbound | X | 0 | 0 | 0 |
| Termed 3/28 - Emailed 3/26 - UPT -10 (New Start) | 103165357 | | Outbound | X | 0 | 0 | 0 |
| Termed 3/27 - Emailed 3/25 - UPT -48 | 102462452 | | Outbound | X | X | X | 0 |
| Termed 3/26 - UPT -40 | 103127567 | | Outbound | X | X | X | 0 |
| Termed 3/26 - UPT -40 | 103120069 | | Outbound | X | X | X | 0 |
| Termed 3/28 - Emailed 3/26 - UPT -20 | 100895677 | Redacted | Outbound | X | X | 0 | 0 |
| Termed 3/28 - Emailed 3/26 - UPT -20 (New Start) | 103165355 | | Outbound | X | X | 0 | 0 |
| Termed 3/28 - Emailed 3/26 - UPT -10 (New Start) | 103165345 | | Outbound | X | 0 | 0 | 0 |
| Termed 3/27 - VM not Setup - UPT -180 LOA Closed/Denied | 103101087 | | Outbound | X | X | X | 0 |
| Termed 3/24 - Emailed 3/22 - UPT Neg 20 | 103129623 | | Inbound | X | X | X | 0 |
| Termed 3/24 - Emailed 3/22 - UPT Neg 19 | 103104658 | | Outbound | X | X | X | 0 |
| Termed 3/26 - Emailed 3/26 - UPT -50 | 103102513 | | Outbound | X | X | 0 | 0 |
| Emailed 3/27 - UPT Neg 1 | 102510997 | | Outbound | X | X | 0 | 0 |
| Using Accruals - Emailed 3/26 - UPT 6 - PTO to cover | 102097402 | | Outbound | X | 0 | 0 | 0 |
| Emailed 3/27 - UPT Neg 20 - LOA Pending | 103102475 | | Outbound | X | 0 | 0 | 0 |
| Using Accrual - UPT Balance 59 | 101483755 | | Outbound | X | X | 0 | 0 |
| Using Accruals - Emailed 3/26 - UPT 6 - PTO to cover | 100098178 | | Inbound | X | 0 | 0 | 0 |
| Emailed 3/27 - UPT Neg 100 - No LOA Open | 103104520 | | Print on demand | X | X | X | X |
| Emailed 3/27 - UPT Neg 24 | 103127545 | | Outbound | X | 0 | 0 | 0 |
| Emailed 3/27 - UPT Neg 20 | 103102498 | | Outbound | X | 0 | 0 | 0 |
| Workers Comp | 103120044 | | Outbound | X | X | 0 | 0 |
| LOA Inter | 100621486 | | Inbound | X | 0 | 0 | 0 |
| Waiting on Accom Team | 102097400 | | Outbound | X | X | X | 0 |
| COF through 3/29 | 103120037 | | Outbound | X | X | X | 0 |
| Waiting on Accom Team - Pending JSA | 103127573 | | Outbound | X | X | X | X |
| COF until 3/28 | 103098763 | | Outbound | X | X | X | 0 |
| Waiting on Accom team | 103117815 | | Inbound | X | X | X | X |
| Requesting medical LOA | 103102489 | | Outbound | X | X | X | 0 |
| Requesting medical LOA | 791776 | | Outbound | X | X | X | 0 |
| LOA Pending | 100450281 | | Inbound | X | X | X | 0 |
| LOA Pending | 101630683 | | Outbound | X | X | X | X |
| Waiting on Accom Team | 102877242 | | Outbound | X | X | X | 0 |
| Per Caitlin on LEA - Emailed 3/26 - UPT -31 | 100452204 | | Outbound | X | X | X | 0 |

AMZN-MCMLLN_001245

| | | | | Missed 2 | Missed 3 | Missed 4 | Missed 6 |
|---|---|---|---|---|---|---|---|
| COF until 4/1 | 102014760 | | Outbound | X | 0 | 0 | 0 |
| Potential LOA Extension - UPT -10 | 101602352 | | Inbound | X | X | X | X |
| Waiting on Accom Team | 103120050 | | Outbound | X | X | X | X |
| Waiting on Accom Team | 103127808 | | Outbound | X | X | 0 | 0 |
| Bereavement | 102826350 | | Print on demand | X | 0 | 0 | 0 |
| Waiting on Accom team | 103127761 | | Outbound | X | X | X | 0 |
| COF until 3/31 | 103127569 | | Outbound | X | 0 | 0 | 0 |
| Bereavement 3/30 | 100402462 | | Inbound | X | 0 | 0 | 0 |
| Caitlin Calling - Emailed 3/25 - UPT -185 - Open LOA case | 102156256 | Redacted | Outbound | X | X | X | X |
| Waiting on Accom Team | 100088759 | | Print on demand | X | X | 0 | 0 |
| LOA Inter | 101928460 | | Outbound | X | X | 0 | 0 |
| COF until 4/1 | 100887048 | | Outbound | X | 0 | 0 | 0 |
| LOA Open until April 6th - E035492948 - UPT Neg 63 | 101545698 | | Outbound | X | X | X | X |
| COF until 3/29 | 101243486 | | Outbound | X | X | 0 | 0 |
| LOA Pending | 100366423 | | Outbound | X | X | X | X |
| COF through 3/28 | 102387255 | | Outbound | X | X | 0 | 0 |
| LOA Military Leave - E035490338 | 101281838 | | Inbound | X | X | X | X |
| Emailed - LOA Open/Denied - Pending case closure | 100856128 | | Outbound | X | X | X | X |
| Extended LOA until 4/3 | 102476197 | | Outbound | X | 0 | 0 | 0 |
| Bereavement/Possibly resigning - Emailed back | 103127549 | | Outbound | X | X | X | 0 |

*Ray A. Chavez*

Sr. HR Assistant [ONT2/3/4]
*North American Fulfillment*
Email: raychav@amazon.com
Work hard. Have fun. Make history.



**From:** Chavez, Ray
**Sent:** Tuesday, March 27, 2018 2:52 PM
**To:** 'ont2-hrbp@amazon.com' <ont2-hrbp@amazon.com>
**Cc:** 'ont2-hr@amazon.com' <ont2-hr@amazon.com>; Smith, Lauren <sitzenst@amazon.com>; Golliday, Renee <golliday@amazon.com>; Henderson, Paige <hpaige@amazon.com>; Amjad, Sonia <amjasoni@amazon.com>; Smith, Reuben <reubens@amazon.com>; Bustamante, Priscilla <bustamap@amazon.com>; Favati, Caitlin <favatic@amazon.com>
**Subject:** Job Abandonment Bridge - 3/27/2018

**Job Abandonment Bridge**

| Legend | Total |
|---|---|
| AA's that have been sent JA email | 5 |
| AA's that have been terminated | 7 |
| AA's that have been Emailed already, Waiting for response, Accruals to cover | 13 |
| AA's on Workers Comp | 1 |
| AA's on LOA, COF, Time Excused | 37 |
| **Total** | **63** |

| Bridge | Emp ID | Employee Name | Main Process | Missed 2 | Missed 3 | Missed 4 | Missed 6 |
|---|---|---|---|---|---|---|---|
| UPT Neg 1 | 102510997 | Redacted | Outbound | X | 0 | 0 | 0 |
| UPT Neg 20 | 103102475 | | Outbound | X | 0 | 0 | 0 |

| Status | ID | Contact | | | | |
|---|---|---|---|---|---|---|
| UPT Neg 100 - No LOA Open | 103104520 | Print on demand | X | X | X | X |
| UPT Neg 24 | 103127545 | Outbound | X | 0 | 0 | 0 |
| UPT Neg 20 | 103102495 | Outbound | X | 0 | 0 | 0 |
| Termed 3/27 - Emailed 3/25 - UPT -48 | 102462452 | Outbound | X | X | X | 0 |
| Termed 3/26 - UPT -40 | 103127567 | Outbound | X | X | X | 0 |
| Termed 3/26 - UPT -40 | 103120069 | Outbound | X | X | X | 0 |
| Termed 3/27 - VM not Setup - UPT -180 LOA Closed/Denied | 103101087 | Outbound | X | X | X | 0 |
| Termed 3/24 - Emailed 3/22 - UPT Neg 20 | 103129623 | Inbound | X | X | X | 0 |
| Termed 3/26 - UPT -33 | 100467854 | Outbound | X | X | 0 | 0 |
| Termed 3/24 - Emailed 3/22 - UPT Neg 19 | 103104658 | Outbound | X | X | X | 0 |
| Emailed 3/26 - UPT -20 | 103131428 | Outbound | X | 0 | 0 | 0 |
| Emailed 3/26 - UPT -15 (New Start) | 103165357 | Outbound | X | 0 | 0 | 0 |
| Using Accruals - UPT Balance 12 | 100871663 | Outbound | X | X | X | X |
| Emailed 3/26 - UPT 6 | 102097402 | Outbound | X | 0 | 0 | 0 |
| Emailed 3/26 - UPT -31 | 100452204 | Outbound | X | X | 0 | 0 |
| Emailed 3/26 - UPT -40 - Approved PLOA | 100660949 | Print on demand | X | X | X | 0 |
| Using Accrual - UPT Balance 59 | 101483755 | Outbound | X | X | 0 | 0 |
| Emailed 3/26 - UPT -20 | 100895677 | Outbound | X | X | 0 | 0 |
| Emailed 3/26 - UPT -20 (New Start) | 103165355 | Outbound | X | X | 0 | 0 |
| Emailed 3/26 - UPT 0 | 100098178 | Inbound | X | 0 | 0 | 0 |
| Emailed 3/26 - UPT -15 (New Start) | 103165345 | Outbound | X | 0 | 0 | 0 |
| Caitlin Calling - Emailed 3/25 - UPT -185 - Open LOA case | 102156256 | Outbound | X | X | X | X |
| Emailed 3/26 - UPT -50 | 103102513 | Outbound | X | X | 0 | 0 |
| Workers Comp | 103120044 | Outbound | X | X | 0 | 0 |
| LOA Inter | 100621486 | Inbound | X | 0 | 0 | 0 |
| COF through 3/27 | 102097400 | Outbound | X | X | X | 0 |
| COF through 3/29 | 103120037 | Outbound | X | X | X | 0 |
| Waiting on Accom Team - Pending JSA | 103127573 | Outbound | X | X | X | X |
| COF until 3/28 | 103098763 | Outbound | X | X | X | 0 |
| COF through 3/24 | 102392864 | Outbound | X | X | X | X |
| COF until 3/22 | 103098779 | Outbound | X | X | X | 0 |
| Waiting on Accom team | 103117815 | Inbound | X | X | X | X |
| COF until 3/24 | 100736105 | Outbound | X | X | X | 0 |
| Requesting medical LOA | 103102489 | Outbound | X | X | X | 0 |
| Requesting medical LOA | 791776 | Outbound | X | X | X | 0 |
| COF through 3/23 | 100450281 | Inbound | X | X | X | 0 |
| COF Through 3/20 | 101630683 | Outbound | X | X | X | X |
| COF until 3/23 | 102877242 | Outbound | X | X | X | 0 |
| Bereavement - 3/24 | 103131422 | Outbound | X | X | 0 | 0 |
| COF until 4/1 | 102014760 | Outbound | X | 0 | 0 | 0 |
| Potential LOA Extension - UPT -10 | 101602352 | Inbound | X | X | X | X |
| COF until 3/21 | 103089597 | Outbound | X | X | X | X |
| Waiting on Accom Team | 103120050 | Outbound | X | X | X | X |
| COF through 3/27 | 103127808 | Outbound | X | X | 0 | 0 |
| Bereavement | 102826350 | Print on demand | X | 0 | 0 | 0 |
| Bereavement | 100098228 | Outbound | X | X | 0 | 0 |
| COF through 3/27 | 103127761 | Outbound | X | X | X | 0 |
| COF until 3/31 | 103127569 | Outbound | X | 0 | 0 | 0 |
| Bereavement 3/30 | 100402462 | Inbound | X | 0 | 0 | 0 |
| COF until 3/26 | 100585904 | Inbound | X | 0 | 0 | 0 |
| COF through 3/27 | 100088759 | Print on demand | X | X | 0 | 0 |
| COF until 4/1 | 100887048 | Outbound | X | 0 | 0 | 0 |

Redacted

AMZN-MCMLLN_001247

| Description | ID | | Type | | | | | |
|---|---|---|---|---|---|---|---|---|
| LOA Open until April 6th - E035492948 - UPT Neg 63 | 101545698 | | Outbound | X | X | X | X | |
| LOA Pending | 100155933 | | Outbound | X | X | X | | 0 |
| Waiting on ACCOM - Site cannot accommodate | 100659568 | Redacted | Print on demand | X | X | X | | 0 |
| COF until 3/29 | 101243486 | | Outbound | X | X | | 0 | 0 |
| LOA Pending | 100366423 | | Outbound | X | X | X | X | |
| COF through 3/28 | 102387255 | | Outbound | X | X | | 0 | 0 |
| LOA Military Leave - E035490338 | 101281836 | | Inbound | X | X | X | X | |
| Emailed - LOA Open/Denied - Pending case closure | 100856128 | | Outbound | X | X | X | X | |
| Extended LOA until 4/3 | 102476197 | | Outbound | X | | 0 | 0 | 0 |
| Bereavement/Possibly resigning - Emailed back | 103127549 | | Outbound | X | X | X | | 0 |

*Ray A. Chavez*

Sr. HR Assistant [ONT2/3/4]
*North American Fulfillment*
Email: raychav@amazon.com
Work hard. Have fun. Make history.

fulfillment

AMZN-MCMLLN_001248

# EXHIBIT 2

**CERTIFIED COPY**

```
 1                 UNITED STATES DISTRICT COURT

 2          CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

 3

 4                         ---oOo---

 5

    MARCELLUS MCMILLIAN,                )
 6                                      )
                 Plaintiff,             )
 7                                      ) Case No.
            vs.                         ) 2:19-cv-02121-MWF
 8                                      ) -JCx
    GOLDEN STATE FC LLC, AMAZON         )
 9  FULFILLMENT SERVICES, INCL,         ) A.M. SESSION
    AMAZON.COM SERVICES, INC.,          )
10  AMAZON.COM, INC., DEVON FRANKLIN,   )
    and DOES 1 to 100, inclusive,       )
11                                      )
                 Defendants.            )
12                                      )

13

14                         ---oOo---

15               DEPOSITION OF SONIA AMJAD

16                  September 30, 2020

17

18                         ---oOo---

19

20

21

22

23

24  BETH DOUGLAS, RPR, CSR 8019
    467377
25
```

SINCE 1972

**BARKLEY**
*Court Reporters*
barkley.com

(310) 207-8000 Los Angeles    (415) 433-5777 San Francisco    (949) 955-0400 Irvine         (858) 455-5444 San Diego
(310) 207-8000 Century City    (408) 885-0550 San Jose         (760) 322-2240 Palm Springs    (800) 222-1231 Carlsbad
(916) 922-5777 Sacramento      (800) 222-1231 Martinez         (702) 366-0500 Las Vegas       (800) 222-1231 Monterey
(951) 686-0606 Riverside       (818) 702-0202 Woodland Hills   (702) 366-0500 Henderson       (516) 277-9494 Garden City
(212) 808-8500 New York City   (347) 821-4611 Brooklyn         (518) 490-1910 Albany          (914) 510-9110 White Plains
(312) 379-5566 Chicago         00+1+800 222 1231 Paris         00+1+800 222 1231 Dubai        001+1+800 222 1231 Hong Kong

```
 1                   UNITED STATES DISTRICT COURT

 2          CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

 3

 4                          ---oOo---

 5
     MARCELLUS MCMILLIAN,                )
 6                                       )
                  Plaintiff,             )
 7                                       ) Case No.
             vs.                         ) 2:19-cv-02121-MWF
 8                                       ) -JCx
     GOLDEN STATE FC LLC, AMAZON         )
 9   FULFILLMENT SERVICES, INCL,         ) A.M. SESSION
     AMAZON.COM SERVICES, INC.,          )
10   AMAZON.COM, INC., DEVON FRANKLIN,   )
     and DOES 1 to 100, inclusive,       )
11                                       )
                  Defendants.            )
12                                       )

13

14                          ---oOo---

15                 DEPOSITION OF SONIA AMJAD

16                Wednesday, September 30, 2020

17

18                          ---oOo---

19

20

21

22
     Reported by BETH DOUGLAS, RPR, CSR 8019
23

24

25


                             1
```

BARKLEY
Court Reporters

```
 1                      A P P E A R A N C E S

 2    For the Plaintiff:
                       SHEGERIAN & ASSOCIATES, INC.
 3                     225 Santa Monica Boulevard, Suite 700
                       Santa Monica, California 90401
 4                     By:  MAHRU MADJIDI, Attorney at Law
                       GRISELDA S. RODRIGUEZ, Attorney at Law
 5

 6    For the Defendants and Sonia Amjad:
                       MORGAN, LEWIS & BOCKIUS LLP
 7                     600 Anton Boulevard, Suite 1800
                       Costa Mesa, California 92626
 8                     By:  BARBARA A. FITZGERALD, ESQ., Attorney
                       at Law
 9

10    Other Persons Present:
                       SONIA AMJAD, Deponent
11                     BETH DOUGLAS, Court Reporter

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

2

BARKLEY
Court Reporters

```
 1                   I N D E X

 2   Examinations                                  Page

 3   EXAMINATION BY MS. MADJIDI                       6

 4                 E X H I B I T S
     No.      Description                          Page
 5
      1  Notice of Deposition                        61
 6    2  Accommodation Case Management Standard      72
         Operating Procedure
 7    3  E-mail Chain                               100
      4  Amazon Letter 5/3/2018                     111
 8    5  E-mail chain                               115
      6  E-mail Chain                               115
 9
                   INFORMATION REQUESTED
10                     Page      Line

11

12             QUESTIONS INSTRUCTED NOT TO ANSWER
                       Page      Line
13

14

15

16

17

18

19

20

21

22

23

24

25


                          3
```

SONIA AMJAD

BARKLEY
*Court Reporters*

```
 1              My name is Beth Douglas.  I am a California
 2   Certified Stenographic Reporter and Registered
 3   Professional Reporter.  CSR #8019.
 4              Today's date is September 30, 2020 and the time
 5   is approximately 10:09 a.m.
 6              This is the deposition of SONIA AMJAD in the
 7   matter of MARCELLUS MCMILLIAM vs. GOLDEN STATE FC LLC,
 8   AMAZON FULFILLMENT SERVICES, INCL, AMAZON.COM SERVICES,
 9   INC., AMAZON.COM, INC., DEVON FRANKLIN, and DOES 1 to 100,
10   inclusive.
11              Case number:  2:19-cv-02121-MWF-JCx.
12              At this time I will ask counsel to identify
13   yourself, state whom you represent and agree on the record
14   that there is no objection to this deposition officer
15   administering a binding oath to the witness via Zoom and
16   following the Code of Civil Procedure 2025.520.
17              Let's start with the noticing attorney.
18              MS. MADJIDI:  Ms. Madjidi; Shegerian &
19   Associates, for the plaintiff.  My colleague Ms. Rodriguez
20   is here, as well, for the plaintiff.
21              And we stipulate to those terms.
22              MS. FITZGERALD:  Barbara Fitzgerald; Morgan,
23   Lewis & Bockius on behalf of the defendant and the
24   witness.
25              I will stipulate.
```

4

BARKLEY
Court Reporters

```
 1   can't confirm anything about this because this is not part
 2   of my standard responsibilities; so I can't speak on it.
 3       Q.  And so just to be clear.  Do you know what it's
 4   referring to when it's talking about creating a case note
 5   and case note requirements?
 6       A.  I'm not sure.
 7           MS. FITZGERALD:  Lacks foundation.
 8           THE WITNESS:  I'm not sure.  I can assume there
 9   were some sort of case notes created.
10           MS. FITZGERALD:  Sonia, if you know, let her
11   know.  If you don't know, don't guess.  Okay?
12           THE WITNESS:  No.  I don't know.
13           MS. MADJIDI:  Q.  All right.  We can put that one
14   away.
15           Do you have any knowledge of whether or not
16   Amazon requires employees who are requesting an
17   accommodation to reveal what medical diagnosis they have
18   that's resulting in them needing an accommodation?
19           MS. FITZGERALD:  Lacks foundation.  Incomplete
20   hypothetical.
21           THE WITNESS:  Not to my knowledge, no.
22           MS. MADJIDI:  Q.  Are you familiar with Amazon's
23   policies regarding U-P-T?
24           MS. FITZGERALD:  Go ahead.
25           THE WITNESS:  I'm familiar with UPT policies.
```

80

BARKLEY
Court Reporters

1              MS. MADJIDI:   Q.   Can you describe for me what

2      UPT is?

3           A.   U-P-T stands for unpaid time.

4           Q.   And what are the policies regarding unpaid time,

5      UPT?

6           A.   I don't remember them all since it's been two

7      years, but I know that any time UPT -- I shouldn't say

8      "any time," if UPT goes negative without sufficient time

9      to cover, that will result in termination.

10           Q.   What do you mean by "sufficient time to cover"?

11           A.   Depends on the situation, but if you are one hour

12      negative UPT, but you have two hours of paid time off, you

13      can apply an hour of paid time off and you will be back to

14      zero.

15           Q.   Okay.

16              Is there any -- so, generally, if someone is in

17      the negative for UPT, that results in a termination?

18           A.   Generally, yes.

19           Q.   What are the exceptions to that other than the

20      one you just described?

21              MS. FITZGERALD:   Objection.   Vague and ambiguous

22      as to "exceptions."   Mischaracterizes the testimony.

23      Lacks foundation.

24              THE WITNESS:   The one I mentioned is the most

25      common that I was familiar with.   Or if there is another

81

SONIA AMJAD

BARKLEY
Court Reporters

1    example, it could be if a time was not coded correctly,

2    which is showing a negative UPT, which is not accurate.

3            MS. MADJIDI:  Q.  If someone is on a leave of

4    absence, are they immune from accruing UPT?

5            MS. FITZGERALD:  Vague and ambiguous as to

6    "immune."  And also incomplete hypothetical.  Also vague

7    and ambiguous as to "on leave."

8            THE WITNESS:  If an employee is on a leave of

9    absence that is approved, they are not accruing negative

10   UPT.

11           MS. MADJIDI:  Q.  At what point after they have

12   accrued negative UPT are they fired?

13           MS. FITZGERALD:  Incomplete hypothetical.  Lacks

14   foundation.

15           THE WITNESS:  Even a negative one UPT, which is

16   one hour, could result in a termination if there is no

17   excused reason to move them back to zero.

18           MS. MADJIDI:  Q.  Is UPT something that you will

19   keep track of in your role as HR at Amazon?

20           MS. FITZGERALD:  Vague and ambiguous as to "keep

21   track."

22           THE WITNESS:  Yes, I would track it in the -- I

23   would review the employees that were on negative UPT.

24           MS. MADJIDI:  Q.  Is that part of the daily

25   metrics that you would review or separate?

82

SONIA AMJAD

**BARKLEY**
*Court Reporters*

1    A.  Correct.

2    Q.  It is part of daily metrics?

3    A.  Correct.

4    Q.  So if you are reviewing the metrics on a

5   particular day and you see someone has for the first time

6   reached negative UPT.  What do you do at that point?  Do

7   you terminate them?  Or is there a different step you take

8   before?

9         MS. FITZGERALD:  Incomplete hypothetical.  Lacks

10   foundation.

11         THE WITNESS:  No.  We do not -- generally, we

12   would not automatically go to termination.  First step

13   typically would be to have a conversation with the

14   employee to understand why they are negative to see if

15   there is any excused reason that would cover that time

16   off.

17         MS. MADJIDI:  Q.  And if you find that there is

18   an excused reason, what are the steps that you take

19   thereafter or potential excused reason?

20         MS. FITZGERALD:  Incomplete hypothetical.

21         THE WITNESS:  I could facilitate a conversation

22   between them and the leave team if that was the situation

23   because the case is different every time.  I can educate

24   the employee on how to utilize paid time off.  I could

25   educate the employee on how to code their time correctly.

BARKLEY
Court Reporters

1    to why ReedGroup had denied the claim?

2         A.  Not that I can recall at this time.  I was aware

3    that documents was pending.  Ultimately I don't know if

4    something changed at that point.

5         Q.  Did you have any knowledge of when

6    Mr. McMillian was going to be released back to work

7    without any restrictions?

8         A.  Can you repeat that?

9         Q.  Sure.  At any point in time, did you have any

10   knowledge of when Mr. McMillian anticipated returning back

11   to work without any restrictions had he not been fired?

12        A.  No.  I'm not -- I'm not sure.

13        Q.  Do you have any knowledge of whether there was

14   any concern Mr. McMillian was going to continue on a leave

15   of absence for several months thereafter?

16             MS. FITZGERALD:  I'm sorry.  Could you read that

17   back, please?

18             MS. MADJIDI:  Let me actually rephrase it.

19             MS. FITZGERALD:  Sure.

20             MS. MADJIDI:  Q.  Do you know if there were any

21   concerns from Amazon that Mr. McMillian was going to be

22   continue staying on a leave of absence far beyond the date

23   that he was terminated?

24             MS. FITZGERALD:  Lacks foundation.

25             THE WITNESS:  No.  I'm not aware of the length.

117

SONIA AMJAD

BARKLEY
Court Reporters

1    If it were one week or a month, I'm not aware of the

2    length -- estimated length.  And I don't know of any

3    concerns that Amazon had with any length of time that it

4    would take.

5              MS. MADJIDI:  Q.  Would those concerns -- would

6    you have been informed of any concerns to that effect if

7    there had been any?

8              MS. FITZGERALD:  Assumes facts not in evidence

9    that Amazon would be concerned about the length of any

10   leave. Argumentative.

11             THE WITNESS:  Yeah.  I'm not aware of any

12   concerns from the company.

13             MS. MADJIDI:  Q.  Do you have any knowledge of

14   whether or not it would have placed some kind of a burden

15   on Amazon that they could not accommodate if Mr. McMillian

16   needed to continue to stay in a leave of absence beyond

17   the date of his termination?

18             MS. FITZGERALD:  Lacks foundation.

19             THE WITNESS:  Can you repeat that?

20             MS. MADJIDI:  Q.  Sure.  Are you aware of whether

21   or not Amazon was concerned about any burden that would be

22   placed on them if Mr. McMillian continued to stay on a

23   leave of absence beyond the date that he was terminated?

24             MS. FITZGERALD:  Lacks foundation.

25             THE WITNESS:  No.

118

BARKLEY
Court Reporters

1          MS. MADJIDI:  Q.  Do you know if Mr. McMillian's

2    termination -- strike that.

3          Do you have any knowledge of whether ultimately

4    there was any kind of a finding that Mr. McMillian had

5    been prematurely terminated?

6          MS. FITZGERALD:  Vague and ambiguous.  Lacks

7    foundation.

8          THE WITNESS:  I'm not aware of any such finding.

9          MS. MADJIDI:  I'm going to mark this next exhibit

10   as No. 6.  Give me one moment while I mark it and I will

11   put it into the chat in a moment.

12          (Off-the-record discussion.)

13          (End of a.m. session.)

14

15          I have read the foregoing deposition

16    transcript and by signing hereafter, subject to

17    any changes I have made, approve same.

18

19    Dated_____.

20

21

22                    _____

23                        (Signature of Deponent)

24

25

119

SONIA AMJAD

BARKLEY
Court Reporters

```
 1   SIGNATURE OF DEPONENT

 2


 3        I, the undersigned, SONIA AMJAD, do hereby certify

 4   that I have read the foregoing deposition and find it to

 5   be a true and accurate transcription of my testimony, with

 6   the following corrections, if any:

 7

 8   PAGE LINE                    CHANGE

 9   _____ _____     _____

10   _____ _____     _____

11   _____ _____     _____

12   _____ _____     _____

13   _____ _____     _____

14   _____ _____     _____

15   _____ _____     _____

16   _____ _____     _____

17   _____ _____     _____

18   _____ _____     _____

19   _____ _____     _____

20   _____ _____     _____

21   _____ _____     _____

22   _____ _____     _____

23

24                   _____

25                   SONIA AMJAD, Date
```

120

BARKLEY
Court Reporters

```
 1                                                    121

 2                    REPORTER'S CERTIFICATE

 3

 4       I, BETH DOUGLAS, a Certified Stenographic Reporter,

 5    State of California, do hereby certify:

 6       That prior to being examined, SONIA AMJAD, in the

 7    foregoing deposition named, was remotely sworn by me to

 8    testify to the truth, the whole truth, and nothing but the

 9    truth;

10       That said deposition was remotely taken at said time

11    and place, and was taken down stenographically by me, a

12    Certified Shorthand Reporter of the State of California,

13    and was thereafter under my direction transcribed into

14    booklet form, and that the foregoing transcript

15    constitutes a full, true, and correct report of said

16    proceedings;

17       IN WITNESS WHEREOF, I have hereunder subscribed my

18    hand this October 9, 2020.

19

20             _____
                        /s/Beth Douglas
               BETH DOUGLAS RPR, CSR 8019
21             State of California

22

23
      This certification applies only to authorized copies
24    reproduced under the direct or indirect supervision and
      knowledge of this CSR; any other copies invalidate the
25    above certificati
```

**BARKLEY**
Court Reporters

```
 1              UNITED STATES DISTRICT COURT

 2        CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

 3

 4   MARCELLUS McMILLIAN,              )
                                       )
 5                  Claimant,          )
                                       )
 6           vs.                       )  Case No.
                                       )  2:19-cv-02121-MWF-
 7   GOLDEN STATE FC LLC, AMAZON       )  JCx
     FULFILLMENT SERVICES, INC.,       )
 8   AMAZON.COM SERVICES, INC.,        )
     AMAZON.COM, INC., DEVON           )
 9   FRANKLIN, and DOES 1 to 100,      )
     inclusive,                        )
10                                     )
                    Respondents.       )
11   _____)

12

13

14

15

16

17

18           Afternoon session of deposition of

19        SONIA AMJAD, taken via Zoom

20        videoconference with all parties

21        appearing remotely, on behalf of

22        Claimant, commencing at 1:09 p.m., on

23        Wednesday, September 30, 2020, before

24        VESNA WALTER, Certified Shorthand

25        Reporter No. 11989.
```

121

BARKLEY
Court Reporters

```
 1   APPEARANCES:

 2

 3   For the Claimant:

 4           G-ROD LAW, APC
             By:  GRISELDA S. RODRIGUEZ
 5           Attorney at Law
             2660 Townsgate Road
 6           Suite 400
             Westlake Village, California  91361
 7           (213) 325-3024
             Grodlaw.apc@gmail.com
 8
             SHEGERIAN & ASSOCIATES, INC.
 9           By:  MAHRU MADJIJI
             Attorney at Law
10           225 Santa Monica Boulevard
             Suite 700
11           Santa Monica, California  90401
             (310) 860-0770
12           Mmadjiji@shegerianlaw.com

13
     For the Respondents:
14
             MORGAN, LEWIS & BOCKIUS, LLP
15           By:  BARBARA A. FITZGERALD
             Attorney at Law
16           300 South Grand Avenue
             22nd Floor
17           Los Angeles, California  90071
             (213) 612-2500
18           Barbara.fitzgerald@morganlewis.com

19

20

21

22

23

24

25


                          122
```

BARKLEY
Court Reporters

```
 1                    I N D E X

 2   WITNESS

 3   SONIA AMJAD

 4   Examination by:                        Page

 5        MS. MADJIJI                        124

 6

 7

 8                  E X H I B I T S

 9   Exhibit       Description               Page

10   Exhibit 7     Email chain               124

11   Exhibit 8     Job abandonment bridge documents  128

12   Exhibit 9     6/21/18 email             153

13   Exhibit 10    9/28/18 email with attachments  156

14   Exhibit 11    4/13/18 email             160

15   Exhibit 12    4/20/18 email             162

16   Exhibit 13    4/24/18 email             164

17   Exhibit 14    5/1/18 email              168

18   Exhibit 15    Accommodations policy     184

19   Exhibit 16    Objections to notice of   186
                   deposition
20

21

22

23

24

25
```

SONIA AMJAD -AFTERNOON SESSION

**BARKLEY**
Court Reporters

```
 1                    Wednesday, September 30, 2020

 2                        1:09 p.m. - 2:48 p.m.

 3

 4                        SONIA AMJAD,

 5    having been administered an oath, was examined and

 6    testified as follows:

 7

 8                        EXAMINATION

 9    BY MS. MADJIJI:

10        Q    We are back on the record.

11             Ms. Amjad, do you understand you're still under

12    oath?

13        A    Yes.

14        Q    All right.  So I have Exhibit 7.  I'm putting it

15    into the chat.  Please let me know when you have it up.

16        A    I have it up.

17             (Exhibit 7 was marked for identification.)

18    BY MS. MADJIJI:

19        Q    Okay.  Take a look through this email chain and

20    let me know if you've ever seen these before.

21        A    Yes, I have seen this.

22        Q    All right.  Looking at the bottom, again, it's

23    in reverse chronological order.  The email that was sent

24    by Mary Granger on September 12th, 2018, do you know who

25    Mary Grainger is?
```

BARKLEY
Court Reporters

 1        A    No.  I don't -- I may have.  I don't recall now

 2    who that is.

 3        Q    And do you know what the email was regarding

 4    generally what Mr. -- Ms. Granger sent it to you and the

 5    others on September 12th.

 6             MS. FITZGERALD:  Just to be clear, though -- let

 7    me be very clear.  There are a number of attorneys for

 8    Amazon mentioned on this portion of the email that we're

 9    looking at, the September 12th, 2018, at 4:01 p.m., and

10    it indicates "Legal hold notice."  The communication is

11    privileged.

12             So, Ms. Amjad, you're not to reveal the contents

13    of the material that is -- that is indicated.  It's been

14    redacted.  It's privileged.  And to the extent that you

15    would have to reveal that, I instruct you not to answer.

16             THE WITNESS:  Just based on the subject line, it

17    looks to be a notice about Mr. McMillian.

18    BY MS. MADJIJI:

19        Q    And then did somebody forward that -- did you

20    forward that email to somebody at -- to Amy Virden?

21        A    Correct, my supervisor.

22        Q    Okay.  And then she asked you, "Any idea what

23    the suit is for?"; correct?

24        A    Yep.  Correct.

25        Q    And then you responded, "I don't remember all of

                              125

BARKLEY
Court Reporters

```
 1            Working on it.

 2            MS. MADJIJI:  No problem.

 3            MS. FITZGERALD:  Okay.  It's open.  Thank you.

 4            MS. MADJIJI:  Sure.

 5     BY MS. MADJIJI:

 6        Q    Okay.  Ms. Amjad, just from a very general

 7     standpoint, what are these various charts reflecting that

 8     we're looking at?

 9        A    Generally, it looks like they're employees that

10     are on negative UPT.

11        Q    And you're on the email chains for these being

12     circulated.  Do you know if this is part of some kind of

13     a regular report that's circulated out?

14        A    Yes.  Generally, the HRAs would update this as

15     part of their, you know, daily metrics and then send it

16     out to the folks on this list.

17        Q    So these emails were sent out on a daily basis?

18        A    I don't know the cadence at which Renee or

19     whoever would send it, but they were sent regularly, yes.

20        Q    So there's a legend that seems to have a color-

21     coded key.  I know "AAs" refers to the employees;

22     correct?

23        A    Correct.

24        Q    So, again, starting from reverse chronological

25     order, I'll go from the bottom.
```

129

BARKLEY
Court Reporters

1    corrections to the transcript that you deem necessary,

2    sign the deposition in the space provided, and return the

3    original deposition transcript with changes or errata

4    page of any and signature page to counsel for defendants

5    within --

6              "How many days would you like, Counsel?

7              "MS. FITZGERALD:  How about if we say 15?  But

8    just to be clear, if I can get it to you sooner, I will.

9              "If she can do it sooner, too, we both will.

10   But if we need additional time, I would expect the same

11   courtesy that we can ask for it and you'll grant it, if

12   it's feasible.

13             "MS. RODRIGUEZ:  Yes.  Certainly.  So okay.

14             "Now, the original transcript would then revert

15   back to my office.  And we will agree to produce it and

16   lodge it with the court at the time of trial or for any

17   proceeding for which it may be needed upon reasonable

18   notice.  In the event the original executed transcript is

19   not reviewed, corrected, if necessary, or signed by the

20   deponent within the time frame I've stated or in the

21   event the original executed transcript may be lost or

22   otherwise unavailable, that the parties agree that a

23   certified copy may be used for all purposes as if it were

24   duly executed and a signed original transcript.

25             "So stipulated?

187

BARKLEY
Court Reporters

1          MS. FITZGERALD:   So stipulated.")

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

BARKLEY
Court Reporters

1                          -oOo-

2              I have read the foregoing deposition

3     transcript and by signing hereafter, subject to

4     any changes I have made, approve same.

5

6     Dated_____.

7

8

9                    _____
                          (Signature of Deponent)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

189

BARKLEY
Court Reporters

```
 1              DEPOSITION OFFICER'S CERTIFICATE

 2   STATE OF CALIFORNIA    )
                            ) ss.
 3   COUNTY OF RIVERSIDE    )

 4

 5

 6          I, Vesna Walter, hereby certify:

 7          I am a duly qualified Certified Shorthand

 8   Reporter in the State of California, holder of

 9   Certificate Number CSR 11989 issued by the Certified Court

10   Reporters' Board of California and which is in full

11   force and effect.  (Fed. R. Civ. P. 28(a)(1)).

12          I am authorized to administer oaths or

13   affirmations pursuant to California Code of Civil

14   Procedure, Section 2093(b) and prior to being examined,

15   the witness was first duly sworn by me.  (Fed. R. Civ.

16   P. 28(a)(a)).

17          I am not a relative or employee or attorney or

18   counsel of any of the parties, nor am I a relative or

19   employee of such attorney or counsel, nor am I

20   financially interested in this action.  (Fed. R. Civ. P.

21   28).

22          I am the deposition officer that

23   stenographically recorded the testimony in the foregoing

24   deposition and the foregoing transcript is a true record

25                        / / /
```

SONIA AMJAD -AFTERNOON SESSION

BARKLEY
Court Reporters

1    of the testimony given by the witness.  (Fed. R. Civ. P.

2    30(f)(1)).

3              Before completion of the deposition, review of

4    the transcript [XX] was [  ] was not requested.  If

5    requested, any changes made by the deponent (and

6    provided to the reporter) during the period allowed, are

7    appended hereto.  (Fed. R. Civ. P. 30(e)).

8

9    Dated: October 13, 2020

10

11

12

13

14

15    _____

16

17

18

19

20

21

22

23

24

25

191

BARKLEY
Court Reporters

# EXHIBIT 3

| From: | /o=amazon/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=4cb0e01271a94bdb9675aab0c7601db4-mryptt [/o=amazon/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=4cb0e01271a94bdb9675aab0c7601db4-mryptt] |
|---|---|
| Sent: | 6/21/2018 10:47:24 AM |
| To: | ont3-hr@amazon.com |
| CC: | Favati, Caitlin [favatic@amazon.com]; ONT2-HR@amazon.com |
| Subject: | Marcellus McMillian|Employee ID: 101953050 |

The above AA was terminated due to job abandonment on 5-5-2018.
Reviewing his Inquiry on AT – not per se an accommodations but an Inquiry.
It was a myleave situation and the AA provided documentation through 5-13-2018 return to work.
Did we prematurely term the AA?

Mary Cortez Patterson, PHR-CA, SHRM-CP, CPDM (In Progress)
Amazon HR Services, Regional Accommodation Manager - Leave of Absence and Accommodations
E: mryptt@amazon.com C: 909-990-4468



| For Leave of Absence assistance contact: | For Accommodations consulting contact: |
|---|---|
| amazon myleave | amazon myaccommodation |
| Phone: 1-888-892-7180, press option 1, then option 2 | Phone: 1-888-892-7180, press option 1, then option 4 |
| Fax: 1-847-554-1812 | Fax: 1-206-946-7289 |
| Online: https://myleave.amazon.com/ | Email: accommodations@amazon.com |
| Mail documents to: P.O. Box 563937, Charlotte, NC 28256-3937 | Escalations: quicklink |
| Escalations: quicklink | General Inquiry: quicklink |
| (must be on the Amazon network to access) | (must be on the Amazon network to access) |

EXHIBIT 59
225

AMZN-MCMLLN_000961

EXHIBIT 4

| From: | Grodan, Alexander L. |
|---|---|
| To: | Mahru Madjidi; Fitzgerald, Barbara A. |
| Cc: | Johnson, Ethel J.; Griselda Rodriguez; Bohm, Jr., Kevin J |
| Subject: | RE: McMillian v. Amazon |
| Date: | Monday, December 13, 2021 12:34:27 PM |
| Attachments: | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |
| | image006.png |
| | image007.png |
| | image008.png |
| | image027.png |

We are working on it.

In the meantime, below is the list of our anticipated motions in limine:

> 1) Exclude reference to Defendants' financial information.
> 2) Exclude reference to other employees whose employment ended while on approved leave.
> 3) Exclude reference to training of leave administrators/employees on California law.
> 4) Exclude argument equating violation of company policy with a violation of law.

Please let us  know if Plaintiff is willing to stipulate to exclude any of the above.

Thank you,

Alex

**Alexander L. Grodan**
**Morgan, Lewis & Bockius LLP**
600 Anton Blvd., Suite 1800 | Costa Mesa, CA 92626
Direct: +1.949.399.7191 | Main: +1.949.399.7000 | Fax: +1.949.399.7001
Mobile: +1.310.415.9026 | alexander.grodan@morganlewis.com | www.morganlewis.com
Assistant: Patricia Martin | +1.949.399.7112 | patricia.martin@morganlewis.com



**From:** Mahru Madjidi <mmadjidi@shegerianlaw.com>
**Sent:** Monday, December 13, 2021 12:26 PM
**To:** Grodan, Alexander L. <alexander.grodan@morganlewis.com>; Fitzgerald, Barbara A. <barbara.fitzgerald@morganlewis.com>
**Cc:** Johnson, Ethel J. <ethel.johnson@morganlewis.com>; Griselda Rodriguez <grodriguez@shegerianlaw.com>; Bohm, Jr., Kevin J <kevin.bohm@morganlewis.com>
**Subject:** RE: McMillian v. Amazon

[EXTERNAL EMAIL]
Alex,

**McMILLIAN v. GOLDEN STATE FC, et al.   USDC Case No. 2:19-cv-02121-MWF-JCx**

## PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am an employee in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 145 South Spring Street, Suite 400, Los Angeles, California 90012.

    On March 8, 2022, I served the foregoing document, described as **"PLAINTIFF MARCELLUS MCMILLIAN'S AMENDED OPPOSITION TO DEFENDANTS' MOTION IN LIMINE NO. 1 TO EXCLUDE EVIDENCE OF OTHER TERMINATIONS DURING LEAVES OF ABSENCE"** on all interested parties in this action by placing true copies thereof in sealed envelopes, addressed as follows:

**Barbara A. Fitzgerald, Esq.**
**Barbara.Fitzgerald@morganlewis.com**
**MORGAN, LEWIS & BOCKIUS LLP**
**300 South Grand Avenue, 22nd Floor**
**Los Angeles, California 90071**

**Ethel J. Johnson, Esq.**
**ethel.johnson@morganlewis.com**
**MORGAN, LEWIS & BOCKIUS LLP**
**One Market, Spear Street Tower**
**San Francisco, California 94105**

**Alexander L. Grodan, Esq.**
**Alexander.Grodan@morganlewis.com**
**MORGAN, LEWIS & BOCKIUS LLP**
**600 Anton Boulevard, Suite 1800**
**Costa Mesa, California 92626**

☒    **BY CM/ECF NOTICE OF ELECTRONIC FILING**  I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

☒    **(FEDERAL)**  I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.  I declare, under penalty of perjury under the laws of the United States of America, that the above is true and correct.

    Executed on March 8, 2022, at Los Angeles, California.

                                      _____
                                       Jose Castro