Griselda S. Rodriguez, Esq., State Bar No. 303049
Grodlaw.apc@gmail.com
G-ROD LAW, A.P.C.
2660 Townsgate Road, Suite 400
Westlake Village, California 91361
Telephone Number: (805) 275-4000
Facsimile Number:   (805) 507-5770

Carney R. Shegerian, Esq., State Bar No. 150461
CShegerian@Shegerianlaw.com
Anthony Nguyen, Esq., State Bar No. 259154
ANguyen@Shegerianlaw.com
Mahru Madjidi, Esq., State Bar No. 297906
MMadjidi@Shegerianlaw.com
SHEGERIAN & ASSOCIATES, INC.
145 S Spring Street, Suite 400
Los Angeles, California 90012
Telephone Number:        (310) 860 0770
Facsimile Number:        (310) 860 0771

Attorneys for Plaintiff,
MARCELLUS MCMILLIAN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELLUS McMILLIAN,<br><br>        Plaintiff,<br><br>vs.<br><br>GOLDEN STATE FC LLC,<br>AMAZON FULFILLMENT<br>SERVICES, INC., AMAZON.COM<br>SERVICES, INC., AMAZON.COM,<br>INC., and DEVON FRANKLIN,<br><br><br>        Defendants. | Case No.:  2:19-cv-02121-MWF-JCx<br><br>**The Honorable Michael W. Fitzgerald**<br><br>**PLAINTIFF MARCELLUS MCMILLIAN'S NOTICE REGARDING MOTIONS IN *LIMINE* AND OPPOSITIONS TO DEFENDANTS' MOTIONS IN *LIMINE***<br><br>Trial:   June 28, 2022<br>Time:   8:30 a.m.<br>Ctrm.:  5A<br><br>FPC:    June 6, 2022<br>Time:   11:00 a.m.<br>Ctrm.:  5A<br><br>Action Filed:  January 11, 2019 |

PLEASE TAKE NOTICE that Plaintiff Marcellus McMillian ("Plaintiff"), hereby files the following amended motion *in limine* and oppositions to Defendants' motions in *limine*:

- Plaintiff's Amended Motion In *Limine* No. 1 to Exclude Claims Regarding McMillian's Car Accident
- Plaintiff's Amended Opposition to Defendants' Motion In *Limine* No. 1
- Plaintiff's Amended Opposition to Defendants' Motion In *Limine* No. 2
- Plaintiff's Amended Opposition to Defendants' Motion In *Limine* No. 4

PLEASE TAKE FURTHER NOTICE that Plaintiff also hereby **withdraws** his motion in *limine* No. 2 to exclude undisclosed witnesses and documents.

Dated:  March 8, 2022          SHEGERIAN & ASSOCIATES, INC.

By: _____
       Mahru Madjidi, Esq.

       Attorneys for Plaintiff,
       MARCELLUS McMILLIAN

**McMILLIAN v. GOLDEN STATE FC, et al.   USDC Case No. 2:19-cv-02121-MWF-JCx**

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am an employee in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 145 South Spring Street, Suite 400, Los Angeles, California 90012.

On March 8, 2022, I served the foregoing document, described as **"PLAINTIFF MARCELLUS MCMILLIAN'S NOTICE REGARDING MOTIONS IN *LIMINE* AND OPPOSITIONS TO DEFENDANTS' MOTIONS IN *LIMINE*"** on all interested parties in this action by placing true copies thereof in sealed envelopes, addressed as follows:

**Barbara A. Fitzgerald, Esq.**
**Barbara.Fitzgerald@morganlewis.com**
**MORGAN, LEWIS & BOCKIUS LLP**
**300 South Grand Avenue, 22nd Floor**
**Los Angeles, California 90071**

**Ethel J. Johnson, Esq.**
**ethel.johnson@morganlewis.com**
**MORGAN, LEWIS & BOCKIUS LLP**
**One Market, Spear Street Tower**
**San Francisco, California 94105**

**Alexander L. Grodan, Esq.**
**Alexander.Grodan@morganlewis.com**
**MORGAN, LEWIS & BOCKIUS LLP**
**600 Anton Boulevard, Suite 1800**
**Costa Mesa. California 92626**

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING**  I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

☒ **(FEDERAL)**  I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.  I declare, under penalty of perjury under the laws of the United States of America, that the above is true and correct.

Executed on March 8, 2022, at Los Angeles, California.

_____
Jose Castro