Griselda S. Rodriguez, Esq., State Bar No. 303049
Griselda@G-rodlaw.com
G-ROD LAW, A.P.C.
2660 Townsgate Road, Suite 400
Westlake Village, California 91361
Telephone Number: (805) 275-4000
Facsimile Number: (805) 507-5770

Carney R. Shegerian, Esq., State Bar No. 150461
CShegerian@Shegerianlaw.com
Mahru Madjidi, Esq., State Bar No. 297906
MMadjidi@Shegerianlaw.com
SHEGERIAN & ASSOCIATES, INC.
11520 San Vicente Boulevard
Los Angeles, California 90049
Telephone Number: (310) 860-0770
Facsimile Number: (310) 860-0771

Attorneys for Plaintiff,
MARCELLUS McMILLIAN

CAPTION CONTINUED ON NEXT PAGE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELLUS McMILLIAN,<br><br>  Plaintiff,<br><br>vs.<br><br>GOLDEN STATE FC LLC, AMAZON FULFILLMENT SERVICES, INC., AMAZON.COM SERVICES, INC., AMAZON.COM, INC., and DOES 1 to 100, inclusive,<br><br>  Defendants. | Case No.: 2:19-cv-02121-MWF-JCx<br><br>**The Honorable Michael W. Fitzgerald**<br><br>**JOINT STIPULATION TO CONTINUE TRIAL FOR GOOD CAUSE**<br><br>Action Filed: January 11, 2019<br><br>FSC: June 6, 2022<br>Trial: June 28, 2022 |

| | |
|---|---|
| 1 | Barbara A. Fitzgerald, Esq., State Bar No. 151038 |
| 2 | Barbara.Fitzgerald@morganlewis.com<br>MORGAN, LEWIS & BOCKIUS LLP |
| 3 | 300 South Grand Avenue, 22nd Floor<br>Los Angeles, California 90071-3132 |
| 4 | Telephone Number: (213) 612-2500<br>Facsimile Number: (213) 612-2501 |
| 5 | Ethel J. Johnson, *pro hac vice* |
| 6 | Ethel.Johnson@morganlewis.com<br>MORGAN, LEWIS & BOCKIUS LLP |
| 7 | 1000 Louisiana Street, Suite 4000<br>Houston, Texas 77002-5006 |
| 8 | Telephone Number: (713) 890-5191<br>Facsimile Number: (713) 890-5001 |
| 9 | Alexander L. Grodan, Esq., State Bar No. 261374 |
| 10 | Alexander.Grodan@morganlewis.com<br>MORGAN, LEWIS & BOCKIUS LLP |
| 11 | 600 Anton Boulevard, Suite 1800<br>Costa Mesa, California 92626-7653 |
| 12 | Telephone Number: (714) 830-0600<br>Facsimile Number: (714) 830-0700 |
| 13 | Attorneys for Defendants |
| 14 | GOLDEN STATE FC LLC, AMAZON FULFILLMENT SERVICES, INC., AMAZON.COM SERVICES, INC. and AMAZON.COM, INC. |

Plaintiff, Marcellus McMillian ("plaintiff"), and defendants Golden State FC LLC, Amazon Fulfillment Services, Inc., Amazon.com Services, Inc., and Amazon.com, Inc. ("defendants") (collectively, the "Parties"), by and through their undersigned counsel of record, hereby respectfully submit this Joint Stipulation regarding the current June 28, 2022 trial date and the current June 6, 2022 Final Pre-Trial Conference date in this matter:

WHEREAS, the trial for this matter is currently scheduled for June 28, 2022, and the final status conference is scheduled for June 6, 2022;

WHEREAS, a lead trial counsel for plaintiff in this matter, Griselda S. Rodriguez, is unexpectedly and unavoidably unavailable for personal health reasons from June 6, 2022 through approximately mid-September 2022;

WHEREAS, given Attorney Rodriguez's lead role in this matter on behalf of plaintiff and the unexpected circumstances of her personal health issues, the Parties agree that there is good cause for the requested continuance;

WHEREAS, the Parties agree that there will be no prejudice to either party as a result of this continuance in order to accommodate Attorney Rodriguez's personal health issues; and

WHEREAS, unless otherwise agreed by the Parties in writing and, if necessary, approved by the Court, the Parties also agree not to attempt to use the additional time as a basis to conduct any additional depositions or reopen any prior depositions and Defendants agree not to attempt to use the additional time as a basis to seek the opportunity to propound additional discovery regarding damages.

ACCORDINGLY, the Parties request that the current trial date, June 28, 2022, be continued to October 18, 2022, or a date soon thereafter, and that the current final pre-trial conference date, June 6, 2022, be continued to September 26, 2022, or a date soon thereafter;

**THEREFORE, IT IS HEREBY STIPULATED** by and between the Parties through their counsel of record that:

The Court continue the trial of this matter, currently set for June 28, 2022 at 8:30

a.m., to October 18, 2022 at 8:30 a.m., or a date soon thereafter, and that the current final status conference be continued from June 6, 2022 at 11:00 a.m. to September 26, 2022 at 11:00 a.m., or a date soon thereafter.

Dated: June 1, 2022          G-ROD LAW, A.P.C.

By: _____
Griselda S. Rodriguez, Esq.
Attorneys for Plaintiff,
MARCELLUS McMILLIAN

Dated: June 1, 2022          MORGAN, LEWIS & BOCKIUS LLP

By: _____
Barbara A. Fitzgerald, Esq.
Alexander L. Grodan, Esq.

Attorneys for Defendants
GOLDEN STATE FC LLC,
AMAZON FULFILLMENT
SERVICES, INC., AMAZON.COM
SERVICES, INC., and
AMAZON.COM, INC.

**MCMILLIAN v. GOLDEN STATE FC LLC., et al.**          USDC Case No. 2:19-cv-02121-MWF-JCx

## PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF RIVERSIDE

I am an employee in the County of Riverside, State of California. I am over the age of 18 and not a party to the within action; my business address is 3764 Elizabeth Street, Riverside, California 92506.

On June 1, 2022, I served the foregoing document, described as **"JOINT STIPULATION TO CONTINUE TRIAL,"** on all interested parties in this action by placing true copies thereof in sealed envelopes, addressed as follows:

**See attached Service List.**

☒ **(BY CM/ECF NOTICE OF ELECTRONIC FILING)** I electronically filed the document with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

☒ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare, under penalty of perjury under the laws of the United States of America, that the above is true and correct.

Executed on June 1, 2022, at Riverside, California.

_Delmy Garcia_
Delmy Garcia

# SERVICE LIST

**Barbara A. Fitzgerald, Esq.**
**Barbara.Fitzgerald@morganlewis.com**
**MORGAN, LEWIS & BOCKIUS LLP**
**300 South Grand Avenue, 22nd Floor**
**Los Angeles, California 90071-3132**

**Ethel J. Johnson,** *pro hac vice*
**Ethel.Johnson@morganlewis.com**
**MORGAN, LEWIS & BOCKIUS LLP**
**1000 Louisiana Street, Suite 4000**
**Houston, Texas 77002-5006**

**Alexander L. Grodan, Esq.**
**Alexander.Grodan@morganlewis.com**
**MORGAN, LEWIS & BOCKIUS LLP**
**600 Anton Boulevard, Suite 1800**
**Costa Mesa, California 92626-7653**