UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

**Case No.** CV 19-2121-MWF (JCx)          **Date:** June 3, 2022
**Title:** Marcellus McMillian v. Golden State FC LLC et al.

**Present:** The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

Deputy Clerk:                          Court Reporter:
Rita Sanchez                           Not Reported

Attorneys Present for Plaintiff:       Attorneys Present for Defendant:
None Present                        None Present

**Proceedings (In Chambers):** ORDER GRANTING STIPULATION TO CONTINUE FINAL PRETRIAL CONFERENCE AND JURY TRIAL

The Court has reviewed the parties' Joint Stipulation to Continue Trial for Good Cause, filed June 2, 2022. (Docket No. 138). The Court GRANTS the parties' request and re-sets the Final Pretrial Conference and Jury Trial dates, as follows:

| | |
|---|---|
| Final Pretrial Conference and Hearing on Motions in Limine | October 3, 2022, at 11:00 a.m. |
| Jury Trial | October 25, 2022, at 8:30 a.m. |

IT IS SO ORDERED.