Griselda S. Rodriguez, Esq., State Bar No. 303049
Griselda@G-rodlaw.com
G-ROD LAW, A.P.C.
2660 Townsgate Road, Suite 400
Westlake Village, California 91361
Telephone Number: (805) 275-4000
Facsimile Number: (805) 507-5770

Carney R. Shegerian, Esq., State Bar No. 150461
CShegerian@Shegerianlaw.com
Mahru Madjidi, Esq., State Bar No. 297906
MMadjidi@Shegerianlaw.com
SHEGERIAN & ASSOCIATES, INC.
11520 San Vicente Boulevard
Los Angeles, California 90049
Telephone Number: (310) 860-0770
Facsimile Number: (310) 860-0771

Attorneys for Plaintiff,
MARCELLUS MCMILLIAN

CAPTION CONTINUED ON NEXT PAGE

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

MARCELLUS MCMILLIAN,

Plaintiff,

vs.

GOLDEN STATE FC LLC, AMAZON FULFILLMENT SERVICES, INC., AMAZON.COM SERVICES, INC., AMAZON.COM, INC., and DOES 1 to 100, inclusive,

Defendants.

Case No.: CV 19-2121-MWF(JCx)

**The Honorable Michael W. Fitzgerald**

**JOINT STIPULATION TO CONTINUE TRIAL FOR GOOD CAUSE**

Action Filed: January 11, 2019

Conference: October 3, 2022
Trial: October 25, 2022

Barbara A. Fitzgerald, Esq., State Bar No. 151038
Barbara.Fitzgerald@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Avenue, 22nd Floor
Los Angeles, California 90071-3132
Telephone Number: (213) 612-2500
Facsimile Number: (213) 612-2501

Ethel J. Johnson, pro hac vice
Ethel.Johnson@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1000 Louisiana Street, Suite 4000
Houston, Texas 77002-5006
Telephone Number: (713) 890-5191
Facsimile Number: (713) 890-5001

Alexander L. Grodan, Esq., State Bar No. 261374
Alexander.Grodan@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
600 Anton Boulevard, Suite 1800
Costa Mesa, California 92626-7653
Telephone Number: (714) 830-0600
Facsimile Number: (714) 830-0700

Attorneys for Defendants
GOLDEN STATE FC LLC, AMAZON FULFILLMENT SERVICES, INC., AMAZON.COM SERVICES, INC. and AMAZON.COM, INC.

Plaintiff, Marcellus McMillian ("plaintiff") and defendants Golden State FC LLC, Amazon Fulfillment Services, Inc., Amazon.com Services, Inc., and Amazon.com, Inc. ("defendants") (collectively, the "Parties"), by and through their undersigned counsel of record, hereby respectfully submit this Joint Stipulation regarding the current October 25, 2022 trial date and the current October 3, 2022 Final Pre-Trial Conference date in this matter:

WHEREAS, the trial for this matter is currently scheduled for October 25, 2022, and the final status conference is scheduled for October 3, 2022;

WHEREAS, the parties previously stipulated to continue the trial because a lead trial counsel for plaintiff in this matter, Griselda S. Rodriguez, was unexpectedly and unavoidably unavailable for personal health reasons for a then-expected period of June 6, 2022 through approximately mid-September 2022;

WHEREAS, Attorney Rodriguez will is unable to return from her leave as planned due to her personal health issues and requires extending her period of leave through December of 2022, and, as a result, the parties met and conferred regarding an additional continuance as a result thereof;

WHEREAS, given Attorney Rodriguez's lead role in this matter on behalf of plaintiff and the unexpected circumstances of her personal health issues, the Parties agree that there is good cause for the requested continuance;

WHEREAS, defendants and several of their witnesses and their counsel have various existing business and/or personal conflicts in January and February 2023;

WHEREAS, the Parties agree that there will be no prejudice to either party as a result of this continuance in order to accommodate Attorney Rodriguez's personal health issues and, in turn, the defense's conflict issues during the early months of the new year; and

WHEREAS, unless otherwise agreed by the Parties in writing and, if necessary, approved by the Court, the Parties also agree not to attempt to use the additional time as a basis to conduct any additional depositions or reopen any prior depositions and

Defendants agree not to attempt to use the additional time as a basis to seek the opportunity to propound additional discovery regarding damages.

ACCORDINGLY, the Parties request that the current trial date, October 25, 2022, be continued to March 14, 2023, or a date soon thereafter, and that the current final pre-trial conference date, October 3, 2022, be continued to February 27, 2023, or a date soon thereafter;

**THEREFORE, IT IS HEREBY STIPULATED** by and between the Parties through their counsel of record that:

The Court continue the trial of this matter, currently set for October 25, 2022 at 8:30 a.m., to March 14, 2023 at 8:30 a.m., or a date soon thereafter, and that the current final status conference be continued from October 3, 2022 at 11:00 a.m. to February 27, 2023 at 11:00 a.m., or a date soon thereafter.

Dated: September 7, 2022

SHEGERIAN & ASSOCIATES, INC.

By ______________________

Carney R. Shegerian, Esq.
Mahru Madjidi, Esq.
Attorneys for Plaintiff
MARCELLUS MCMILLIAN

Dated: September 7, 2022

MORGAN, LEWIS & BOCKIUS LLP

By ______________________

Barbara A. Fitzgerald, Esq.
Alexander L. Grodan, Esq.
Attorneys for Defendants
GOLDEN STATE FC LLC, AMAZON FULFILLMENT SERVICES, INC., AMAZON.COM SERVICES, INC., and AMAZON.COM, INC.

**<u>MCMILLIAN v. GOLDEN STATE FC LLC, et al. USDC 2:19-cv-02121-MWF-JCx</u>**

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF RIVERSIDE**

I am an employee in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 11520 San Vicente Boulevard, Los Angeles, California 90049

On September 8, 2022, I served the foregoing document, described as "JOINT STIPULATION TO CONTINUE TRIAL FOR GOOD CAUSE," on all interested parties in this action by placing true copies thereof in sealed envelopes, addressed as follows:

**See attached Service List.**

**(BY CM/ECF NOTICE OF ELECTRONIC FILING)** I electronically filed the document with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

**(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare, under penalty of perjury under the laws of the United States of America, that the above is true and correct.

Executed on September 8, 2022, at Los Angeles, California.

Delmy Garcia

Delmy Garcia

## SERVICE LIST

**Barbara A. Fitzgerald, Esq.**
**Barbara.Fitzgerald@morganlewis.com**
**MORGAN, LEWIS & BOCKIUS LLP**
**300 South Grand Avenue, 22nd Floor**
**Los Angeles, California 90071-3132**

**Ethel J. Johnson, pro hac vice**
**Ethel.Johnson@morganlewis.com**
**MORGAN, LEWIS & BOCKIUS LLP**
**1000 Louisiana Street, Suite 4000**
**Houston, Texas 77002-5006**

**Alexander L. Grodan, Esq.**
**Alexander.Grodan@morganlewis.com**
**MORGAN, LEWIS & BOCKIUS LLP**
**600 Anton Boulevard, Suite 1800**
**Costa Mesa, California 92626-7653**