UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MARCELLUS MCMILLIAN, | Case No.: CV 19-2121-MWF(JCx) |
|---|---|
| Plaintiff, | Honorable Michael W. Fitzgerald |
| | **ORDER GRANTING STIPULATION RE: TRIAL CONTINUANCE** |
| vs. | |
| | Action Filed: January 11, 2019 |
| GOLDEN STATE FC LLC, AMAZON FULFILLMENT SERVICES, INC., AMAZON.COM SERVICES, INC., AMAZON.COM, INC., and DOES 1 to 100, inclusive, | |
| Defendants. | |

ORDER

**ORDER**

The Court, having considered the Parties' Joint Stipulation Regarding Trial Continuance, and good cause appearing therefore, hereby rules as follows:

1. The jury trial date is continued to March 14, 2023 at 8:30 a.m.

2. The pretrial conference date is continued to February 27, 2023 at 11:00 a.m.

3. Unless otherwise agreed by the Parties in writing and, if necessary, approved by the Court, the Parties also agree not to attempt to use the additional time as a basis to conduct any additional depositions or reopen any prior depositions and Defendants agree not to attempt to use the additional time as a basis to seek the opportunity to propound additional discovery regarding damages.

**IT IS SO ORDERED.**

Dated:  September 9, 2022

_____
MICHAEL W. FITZGERALD
United States District Judge