# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| MARCELLUS MCMILLIAN | 2:19–cv–02121–MWF–JC |
| Plaintiff(s), | |
| v. | |
| GOLDEN STATE FC LLC, et al. | **NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENT** |
| Defendant(s). | |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:  __2/14/2023__

Document No.:  __142__

Title of Document:  __Notice of Change of Attorney Business or Contact Information.__

**ERROR(S) WITH DOCUMENT:**

Section V of Notice of Change of Attorney Business or contact information not signed or dated.

Other:

**Note:   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated:_ February 15, 2023 _ By:  _/s/ Andrea Kannike  Andrea_Kannike@cacd.uscourts.gov_
                                            Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**