# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MARCELLUS MCMILLIAN

Plaintiff(s),

v.

GOLDEN STATE FC LLC, et al.

Defendant(s).

CASE NUMBER:

2:19–cv–02121–MWF–JC

**ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT**

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| Date Filed | Document. No. | Title of Document. |
|---|---|---|
| 02/14/2023 | 142 | Notice of Change of Attorney Business or Contact Information (G–06) |

**IT IS HEREBY ORDERED:**

The document is stricken.

DATED: February 16, 2023

/s/ *Michael W. Fitzgerald*
United States District Judge