# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELLUS MCMILLIAN,<br><br>               Plaintiff(s)<br>v.<br><br>GOLDEN STATE FC LLC, AMAZON FULFILLMENT SERVICES, INC., et al.,<br><br>              Defendant(s). | CASE NUMBER<br><br>CV 19-2121-MWF(JCx)<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Cassin, Angeles G.
*Applicant's Name (Last Name, First Name & Middle Initial*

713-374-3656    713-374-3505
*Telephone Number*   *Fax Number*

angeles.cassin@gtlaw.com
*E-Mail Address*

of GREENBERG TRAURIG LLP
1000 Louisiana Street, Suite 6700
Houston, TX  77002

*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

GOLDEN STATE FC LLC, AMAZON FULFILLMENT SERVICES, INC., AMAZON.COM SERVICES, INC., AMAZON.COM, INC.

*Name(s) of Party(ies) Represent* ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:*

and designating as Local Counsel

Grodan, Alexander L.
*Designee's Name (Last Name, First Name & Middle Initial*

261374  949.399.7191  949.399.7001
*Designee's Cal. Bar No.* *Telephone Number* *Fax Number*

alexander.grodan@morganlewis.com
*E-Mail Address*

of MORGAN, LEWIS & BOCKIUS LLP
600 Anton Boulevard, Suite 1800
Costa Mesa, CA  92626

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application:
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded  ☐ not be refunded.

Dated: February 23, 2023

*/s/ Michael W. Fitzgerald*
Michael W. Fitzgerald, U.S. District Judge