UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.    **CV 19-2121-MWF(JCx)**                           Dated: **February 27, 2023**

Title:      Marcellus McMillian -*v*- Golden State FC, LLC, et al.

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

       Rita Sanchez                              Amy Diaz
       Courtroom Deputy                          Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

       Aaron Gbewonyo                            Barbara Fitzgerald
                                           Alexander L. Groden
                                         Ethel Johnson

**PROCEEDINGS:**          **TELEPHONIC - STATUS CONFERENCE**

    Case called, and counsel make their appearance. The Status Conference is held.

    The Court and counsel confer regarding trial set for March 14, 2023. For reasons stated on the record, trial will be continued to a later date.  Counsel shall confer, then email Ms. Sanchez with a potential new date for trial.

    **IT IS SO ORDERED.**