| | |
|---|---|
| 1 | SHEGERIAN & ASSOCIATES, INC. |
| 2 | Carney R. Shegerian, Esq., Bar No. 150461<br>CShegerian@Shegerianlaw.com |
| 3 | Mahru Madjidi, Esq., Bar No. 297906<br>Mmadjidi@Shegerianlaw.com |
| 4 | 145 S. Spring St., Suite 400<br>Los Angeles, California 90012 |
| 5 | Telephone Number: (310) 860-0770<br>Facsimile Number: (310) 860-0771 |
| 6 | Attorneys for Plaintiff |
| 7 | MARCELLUS MCMILLIAN |
| 8 | G-ROD LAW, A.P.C.<br>Griselda S. Rodriguez, Esq., Bar No. 303049 |
| 9 | grodlaw.apc@gmail.com<br>2660 Townsgate Road, Suite 400 |
| 10 | Westlake Village, California 91361<br>Telephone Number: (805) 275-4000 |
| 11 | Attorneys for Plaintiff |
| 12 | MARCELLUS MCMILLIAN |
| 13 | *Caption continues on next page* |

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELLUS MCMILLIAN,<br><br>    Plaintiffs,<br><br>vs.<br><br>GOLDEN STATE FC LLC, AMAZON FULFILLMENT SERVICES, INC., AMAZON.COM SERVICES, INC., AMAZON.COM, INC., and DOES 1 to 100, inclusive,<br><br>    Defendants. | Case No.: CV 19-2121-MWF-JCx<br><br>The Honorable Michael W. Fitzgerald<br><br>**JOINT NOTICE RE JURY TRIAL ESTIMATE**<br><br>Trial:  November 7, 2023<br>FPC:    September 25, 2023<br>Complaint Filed: January 11, 2019 |

MORGAN, LEWIS & BOCKIUS LLP
Barbara A. Fitzgerald, Bar No. 151038
barbara.fitzgerald@morganlewis.com
300 South Grand Avenue, Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: 213.612.2500
Fax: 213.612.2501

MORGAN, LEWIS & BOCKIUS, LLP
Alexander L. Grodan, Bar No. 261374
alexander.grodan@morganlewis.com
Kevin J. Bohm, Jr., Bar No. 329569
kevin.bohm@morganlewis.com
600 Anton Boulevard, Suite 1800
Costa Mesa, CA  92626-7653
Tel:  714.830.0600
Fax:  714.830.0700

Attorneys for Defendants
GOLDEN STATE FC LLC, AMAZON FULFILLMENT SERVICES, INC., AMAZON.COM SERVICES, INC., AMAZON.COM, INC.

GREENBERG TRAURIG, LLP
Ethel J. Johnson *Pro Hac Vice*
ethel.johnson@gtlaw.com
Angeles G. Cassin *Pro Hac Vice*
angeles.cassin@gtlaw.com
1000 Louisiana St., Suite 6700
Houston, TX 77002
Tel:  713.374.3647
Fax:  713.374.3505

Attorneys for Defendants
GOLDEN STATE FC LLC, AMAZON FULFILLMENT SERVICES, INC., AMAZON.COM SERVICES, INC., AMAZON.COM, INC.

1  Plaintiff Marcellus McMillian ("Plaintiff") and Defendants Golden State FC LLC, Amazon Fulfillment Services, Inc., Amazon.com Services, Inc., and Amazon.com, Inc. ("Defendants") (collectively, the "Parties"), by and through their undersigned counsel of record hereby submit this Joint Notice Regarding Jury Trial Estimate in accordance with Judge Fitzgerald's Order Re Jury Trial (July 2023).

The witness list for the parties lists 39 witnesses, with an estimated total of 97.75 hours for examination. The Parties estimate trial will take 8-10 court days excluding deliberations, or approximately three weeks.

Dated: August 11, 2023                MORGAN, LEWIS & BOCKIUS LLP

                                      By  /s/ Kevin J. Bohm
                                          Barbara A. Fitzgerald
                                          Alexander L. Grodan
                                          Kevin J. Bohm

                                          Attorneys for Defendants
                                          GOLDEN STATE FC LLC,
                                          AMAZON FULFILLMENT
                                          SERVICES, INC., AMAZON.COM
                                          SERVICES, INC., AMAZON.COM,
                                          INC.

Dated: August 11, 2023                SHEGARIAN & ASSOCIATES, INC.

                                      By  /s/ Mahru Madjidi
                                          Carney R. Shegarian
                                          Anthony Nguyen
                                          Mahru Madjidi
                                          Attorneys for Plaintiff
                                          MARCELLUS MCMILLIAN

## ATTESTATION

I, Kevin J. Bohm, am the ECF user whose identification and password are being used to file this Joint Notice re Jury Trial Estimate. In compliance with Civil L.R. 5-4.3.4, I hereby attest that all other signatories, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: August 11, 2023         MORGAN LEWIS & BOCKIUS LLP

By: */s/ Kevin J. Bohm*
       Kevin J. Bohm