UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 19-2121-MWF(JCx)**                                   Dated: **September 13, 2023**

Title:   Marcellus McMillian -v- Golden State FC, LLC, et al.

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | Sheri Kleeger |
|---|---|
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| Aaron Gbewonyo | Barbara Fitzgerald |
| | Angeles Cassin |
| | Ethel Johnson |
| | Kevin Bohm |

PROCEEDINGS:        TELEPHONIC - STATUS CONFERENCE

   Case called, and counsel make their appearance. The telephonic conference is held.

   The Court and counsel discuss the upcoming trial of October 31, 2023. For the reasons stated on the record, counsel shall jointly email Ms. Sanchez on how they wish to proceed with respect to trial.

   **IT IS SO ORDERED.**

Initials of Deputy Clerk  rs
:16  MIN