# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

MARCELLUS MCMILLIAN

Plaintiff(s),

v.

GOLDEN STATE FC LLC, et al.

Defendant(s).

CASE NUMBER:

2:19–cv–02121–MWF–JC

**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENT**

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   __9/14/2023__

Document No.:   __157__

Title of Document:   __Ex Parte Application__

**ERROR(S) WITH DOCUMENT:**

Proposed document was not submitted or was not submitted as a separate attachment.

Other:

Pursuant to Local Rule 5–4.4.1– Proposed orders not lodged with a main document shall be electronically lodged as an attachment to a Notice of Lodging.

**Note:**   **In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated: September 16, 2023

By:  _/s/ Ingrid Valdes_ _ingrid_valdes@cacd.uscourts.gov_
Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

G–112A(08/22) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.