MORGAN, LEWIS & BOCKIUS LLP
Barbara A. Fitzgerald, State Bar No. 151038
barbara.fitzgerald@morganlewis.com
300 South Grand Avenue, Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: 213.612.2500
Fax: 213.612.2501

GREENBERG TRAURIG LLP
Ethel J. Johnson, *pro hac vice*
ethel.johnson@gtlaw.com
Angeles G. Cassin, *pro hac vice*
Angeles.cassin@gtlaw.com
1000 Louisiana St., Suite 6700
Houston, TX 77002-5006
Tel: 1.713.374.3647
Fax: 1.713.374.3505

*Additional Counsel Listed on Next Page*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELLUS MCMILLIAN,<br><br>Plaintiffs,<br><br>vs.<br><br>GOLDEN STATE FC LLC, AMAZON FULFILLMENT SERVICES, INC., AMAZON.COM SERVICES, INC., AMAZON.COM, INC., and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No.: CV 19-2121-MWF(JCx)<br><br>Honorable Michael W. Fitzgerald<br><br>**NOTICE OF LODGING PROPOSED ORDER GRANTING DEFENDANTS' *EX PARTE* APPLICATION FOR LEAVE TO FILE SUR-REPLY IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION TO SUPPLEMENT HIS RULE 26 DISCLOSURES TO DESIGNATE ANOTHER EXPERT PSYCHOLOGIST**<br><br>Hearing Date: Sept. 25, 2023<br>Pretrial Conference: Sept. 25, 2023<br>Trial Date: Nov. 7, 2023 |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
COSTA MESA

DB2/ 46668594.1

1

DEFENDANT'S NOTICE OF LODGING PROPOSED ORDER RE *EX PARTE* APPLICATION FOR LEAVE TO FILE SUR-REPLY
CASE NO. 19-CV-2121-MWF

| | |
|---|---|
| 1 | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | Alexander L. Grodan, State Bar No. 261374<br>alexander.grodan@morganlewis.com |
| 3 | Kevin J. Bohm, State Bar No. 329569<br>Kevin.bohm@morganlewis.com |
| 4 | 600 Anton Boulevard, Suite 1800<br>Costa Mesa, CA  92626-7653 |
| 5 | Tel:  714.830.0600<br>Fax:  714.830.0700 |
| 6 | Attorneys for Defendants |
| 7 | GOLDEN STATE FC LLC, AMAZON FULFILLMENT SERVICES, INC., |
| 8 | AMAZON.COM SERVICES, INC., AMAZON.COM, INC. |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
COSTA MESA

DB2/ 46668594.1

2

DEFENDANT'S NOTICE OF LODGING
PROPOSED ORDER RE *EX PARTE* APPLICATION
FOR LEAVE TO FILE SUR-REPLY
CASE NO. 19-CV-2121-MWF

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendants GOLDEN STATE FC LLC, AMAZON FULFILLMENT SERVICES, INC., AMAZON.COM SERVICES, INC., AMAZON.COM, INC. (collectively, "Defendants") hereby lodge a Proposed Order Granting Defendants' Ex Parte Application For Leave To File Sur-Reply In Support Of Opposition To Plaintiff's Motion To Supplement His Rule 26 Disclosures To Designate Another Expert Psychologist (ECF Docket #157).  The Proposed Order is attached hereto as Exhibit A.

Dated:  September 18, 2023

MORGAN, LEWIS & BOCKIUS LLP

By  /s/ Alexander Grodan
Barbara A. Fitzgerald
Alexander L. Grodan
Attorneys for Defendants
GOLDEN STATE FC LLC, *et al.*

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
COSTA MESA

DB2/ 46668594.1

1

DEFENDANT'S NOTICE OF LODGING PROPOSED ORDER RE *EX PARTE* APPLICATION FOR LEAVE TO FILE SUR-REPLY
CASE NO. 19-CV-2121-MWF