UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

**Case No.** CV 19-2121-MWF (JCx)          **Date:** September 19, 2023
**Title:** Marcellus McMillian v. Golden State FC LLC, et al.

**Present:** The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

| Deputy Clerk: | Court Reporter: |
|---|---|
| Rita Sanchez | Not Reported |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings (In Chambers):** ORDER DENYING DEFENDANTS' EX PARTE APPLICATION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO PLAINTIFF'S MOTION TO SUPPLEMENT HIS RULE 26 DISCLOSURES [157]

    Before the Court is an Ex Parte Application for Leave to File a Sur-Reply (the "Application") filed by Defendants Amazon Fulfillment Services, Inc., Amazon.com Services, Inc., Amazon.com, Inc., and Golden State FC LLC (collectively "Defendants") on September 14, 2023. (Docket No. 157). Plaintiff Marcellus McMillian filed an Opposition on September 15, 2023. (Docket No. 158).

    Defendants argue that Plaintiff raised new facts and arguments for the first time in his Reply in Support of his Motion to Supplement His Rule 26 Disclosures (Docket No. 154), and will attempt to do so again in an *in camera* setting. (Application at 1). Defendants therefore request that the Court grant leave to file a sur-reply to respond to these newly submitted matters. (*Id.*). Plaintiffs' Motion to Supplement his Rule 26 Disclosures is scheduled to be heard on September 25, 2023.

    The Application is **DENIED**. Defendants will have the opportunity to respond to any new facts or arguments at the hearing.

    IT IS SO ORDERED.