UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **CV 19-2121-MWF(JCx)**                                Dated: **September 25, 2023**

Title:    Marcellus McMillian -v- Golden State FC, LLC, et al.

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | Kathy Stride |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANTS:

Mahru Madjidi                                                    Barbara Fitzgerald
                                                                 Alexander L. Groden

**PROCEEDINGS:**    **PLAINTIFF'S MOTION TO SUPPLEMENT HIS RULE 26 DISCLOSURES [152]**

   Case called, and counsel make their appearance. The Court invites counsel to present their oral arguments. Arguments by counsel are heard. The Court holds a sidebar conference and places that portion of the transcript under seal.  An order will issue.

   **IT IS SO ORDERED.**

Initials of Deputy Clerk   rs
:25  MIN