JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELLUS MCMILLIAN,<br><br>        Plaintiff,<br><br>    v.<br><br>GOLDEN STATE FC LLC, AMAZON FULFILLMENT SERVICES, INC., AMAZON.COM SERVICES, INC., and AMAZON.COM, INC.,<br><br>        Defendants. | Case No.  CV 19-2121-MWF (JCx)<br><br>The Honorable Michael W. Fitzgerald, United States District Judge<br><br>**JUDGMENT AFTER TRIAL** |

This action came on regularly for jury trial between February 27, 2024, and March 12, 2024, in Courtroom 5A of this United States District Court. Plaintiff Marcellus McMillian was represented by Griselda S. Rodriguez, Bryan Kirsh, and Alex DiBona, of Shegerian and Associates, Inc. Defendants Golden State FC LLC, Amazon Fulfillment Services, Inc., Amazon.com Services, Inc., and Amazon.com, Inc. (collectively, "Defendant Amazon") were represented by Barbara Fitzgerald, Kevin J. Bohm, Alexander L. Grodan, Jason S. Mills, of

Morgan Lewis and Bockius LLP and Ethel J. Johnson and Angeles G. Cassin, of Greenberg Traurig LLP.

     A jury of eight persons was regularly empaneled and sworn. Witnesses were sworn and testified, and exhibits were admitted into evidence. After hearing the evidence and arguments of counsel, the jury was duly instructed by the Court and the cause was submitted to the jury. The jury deliberated and thereafter returned a verdict as follows:

## DISABILITY DISCRIMINATION - DISPARATE TREATMENT

1. Did Plaintiff Marcellus McMillian prove that Defendant Amazon wrongfully discriminated against Plaintiff Marcellus McMillian? (Instruction No. 16).

**Yes** _____     **No** __X__

*Regardless of your answer, please answer Question No. 2.*

## DISABILITY DISCRIMINATION - REASONABLE ACCOMMODATION CLAIM

2. Did Plaintiff Marcellus McMillian prove that Defendant Amazon failed to reasonably accommodate Plaintiff Marcellus McMillian's physical disability? (Instruction No. 22).

**Yes** _____     **No** __X__

*Regardless of your answer, please answer Question No. 3.*

///

///

## FAILURE TO ENGAGE IN THE INTERACTIVE PROCESS CLAIM

3. Did Plaintiff Marcellus McMillian prove that Defendant Amazon failed to engage in a good–faith interactive process with Plaintiff Marcellus McMillian?  (Instruction No. 23).

**Yes** _____       **No** \_\_X\_\_\_

*Regardless of your answer, please answer Question No. 4.*

## RETALIATION CLAIM

4. Did Plaintiff Marcellus McMillian prove that Defendant Amazon retaliated against Plaintiff Marcellus McMillian?  (Instruction No. 25).

**Yes** _____       **No** \_\_X\_\_\_

*Regardless of your answer, please answer Question No. 5.*

## WRONGFUL TERMINATION IN VIOLATION OF PUBLIC POLICY CLAIM

5. Did Plaintiff Marcellus McMillian prove that Defendant Amazon discharged Plaintiff Marcellus McMillian from employment for reasons that violate a public policy?  (Instruction No. 26).

**Yes** _____       **No** \_\_X\_\_\_

*If your answer to ANY Question Nos. 1–5 is "Yes," please answer Question No. 6. If your answers to Question Nos. 1–5 are all "No," please sign and return this form.*

3
**JUDGMENT AFTER TRIAL**

## DAMAGES

6. Based on any "Yes" answers, what amount of money will fairly and adequately compensate Plaintiff Marcellus McMillian? (Instruction No. 27). (If you have found for Plaintiff Marcellus McMillian on more than one claim, do not award duplicative damages.)

Past noneconomic damages:    $_____NONE $0.00_____

Now, therefore, pursuant to Rules 54 and 58 of the Federal Rules of Civil Procedure, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that final judgment in this action be entered as follows:

1. *On Plaintiff Marcellus McMillian's First Claim for Relief for discrimination on the basis of disability (California Government Code section 12940(a))*: Judgment is entered in favor of Defendant Amazon, and against Plaintiff Marcellus McMillian. Plaintiff Marcellus McMillian shall take nothing on his disability discrimination claim.

2. *On Plaintiff Marcellus McMillian's Second Claim for Relief for harassment on the basis of disability (California Government Code sections 12940 (j), (k))*: Judgment is entered in favor of Defendant Amazon, and against Plaintiff Marcellus McMillian. Plaintiff Marcellus McMillian shall take nothing on his disability-based harassment claim.

3. *On Plaintiff Marcellus McMillian's Third Claim for Relief for failure to prevent discrimination and harassment (California Government Code sections 12940 (j), (k))*: Judgment is entered in favor of Defendant Amazon, and against Plaintiff Marcellus

McMillian.  Plaintiff Marcellus McMillian shall take nothing on his failure to prevent discrimination and harassment claim.

4. *On Plaintiff Marcellus McMillian's Fourth Claim for Relief for failure to provide reasonable accommodation (California Government Code section 12940(m))*:  Judgment is entered in favor of Defendant Amazon, and against Plaintiff Marcellus McMillian.  Plaintiff Marcellus McMillian shall take nothing on his failure to accommodate claim.

5. *On Plaintiff Marcellus McMillian's Fifth Claim for Relief for failure to engage in an interactive process (California Government Code section 12940(n))*:  Judgment is entered in favor of Defendant Amazon, and against Plaintiff Marcellus McMillian.  Plaintiff Marcellus McMillian shall take nothing on his failure to engage in the interactive process claim.

6. *On Plaintiff Marcellus McMillian's Sixth Claim for Relief for breach of implied-in-fact and/or oral contract not to terminate employment without good cause*:  Judgment is entered in favor of Defendant Amazon, and against Plaintiff Marcellus McMillian.  Plaintiff Marcellus McMillian shall take nothing on his breach of contract claim.

7. *On Plaintiff Marcellus McMillian's Seventh Claim for Relief for negligent supervision, hiring, and retention*:  Judgment is entered in favor of Defendant Amazon, and against Plaintiff Marcellus McMillian.  Plaintiff Marcellus McMillian shall take nothing on his negligent supervision claim.

8. *On Plaintiff Marcellus McMillian's Eighth Claim for Relief for retaliation (California Government Code section 12940(h))*:  Judgment is entered in favor of Defendant Amazon, and against

Plaintiff Marcellus McMillian. Plaintiff Marcellus McMillian shall take nothing on his retaliation claim.

9. *On Plaintiff Marcellus McMillian's Ninth Claim for Relief for wrongful termination in violation of labor code (California Government Code section 12900, et seq.; California Labor Code section 1102.5)*: Judgment is entered in favor of Defendant Amazon, and against Plaintiff Marcellus McMillian. Plaintiff Marcellus McMillian shall take nothing on his wrongful termination claim.

10. *On Plaintiff Marcellus McMillian's Tenth Claim for Relief for intentional infliction of emotional distress)*: Judgment is entered in favor of Defendant Amazon, and against Plaintiff Marcellus McMillian. Plaintiff Marcellus McMillian shall take nothing on his intentional infliction of emotional distress claim.

11. Defendant Amazon is awarded its costs as provided by law.

Dated: March 19, 2024

MICHAEL W. FITZGERALD
United States District Judge